UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Darlene Hinson, mother　　　　　　　　*
And next friend of the minor child,　*
NH　　　　　　　　　　　　　　　　　*
and　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
NH, minor child　　　　　　　　　　　*
5121 Fitch Street SE　　　　　　　　*
Washington, DC 20019　　　　　　　　*
　　　　　Plaintiffs　　　　　　　　*
　　　　　　　　　　　　　　　　　*CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
Merritt Educational Center　　　　　*
District of Columbia Public School　*
　　　　　　　　　　　　　　　　　　*
Government of the　　　　　　　　　*
District of Columbia　　　　　　　　*
441 4th Street NW　　　　　　　　　*
Washington, DC 20001　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
And　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
Mayor Adrian Fenty　　　　*
Office of the Secretary　　　　　　　*
Tabethea Braxton, designee　　　　　*
1350 Pennsylvania Avenue, NW　　　　*
Washington, DC 20004　　　　　　　　*
　　　　　Defendants　　　　　　　　*

**COMPLAINT**
(For declaratory and injunctive relief)

JURISDICTION

1.　　Plaintiffs brings this complaint seeking relief for denial of rights to due process, equal protection and equal access to education, pursuant to the Civil Rights Acts of 1871, 42 U.S.C §§ 1983 and 1985; the Individual with Disability Act (IDEA), 20 U.S.C §§1400 et seq.; Title II of the American with Disability Act of 1990 (ADA) 42 U.S.C §§ 1231 et seq.; the Rehabilitation Act (section 504),

1

29 U.S.C §§ 701 et seq.; and the Fifth Amendment of the Constitution of the United States.

2. This Court has jurisdiction pursuant to 28 U.S.C §§ 1331 and 1343; and pendant jurisdiction pursuant to 5 D.C. Mun. Regs. § 3000 et seq.,

3. Declaratory relief is authorized by 28 U.S.C §§ 2201 and 2202.

4. Plaintiff was a student attending Merritt EducationaL Center is a public school in the District of Columbia.

5. Plaintiff is a resident of District of Columbia.

6. Defendant is a municipal corporation. As one of its governmental functions, Defendant operates the District of Columbia Public School System (DCPS). DCPS is responsible for affording children with disabilities in the District of Columbia all rights pursuant to IDEA.

## FACTS

7. NH is a twelve-year-old boy, special education with the classification of multiple disabilities in the area of other health impaired and emotional disturbed.

8. NH is enrolled Merrit Educational center.

9. NH has not received appropriate services since 2005/2006 school year to present.

10. On November, 2003, the parties reached a settlement where DCPS agreed to comprehensively revaluate NH and develop individualize education plan (IEP), issue a notice of placement and provide compensatory services for period of time appropriate services were not provided to student.

11. DCPS did not complete evaluation.

12. Parent obtained independent evaluation submitted the independent evaluation to requested that DCPS convene multidisciplinary team meeting.

13. DCPS took 14 months from the date of the settlement and 6 months from the date parent submitted evaluation before

14. While waiting for DCPS to develop IEP, NH suffered several academic and behavioral difficulties.

15. While waiting for DCPS to develop appropriate IEP, NH was hospitalized at a mental hospital.
16. While waiting for DCPS to develop appropriate IEP, NH has also been suspended several times or sent home without proper interventions
17. On February 20, 2007, DCPS developed an IEP that was not tailored to meet NH's educational and related service needs.
18. Plaintiff, NH does not have appropriatet IEP.
19. Plaintiff, NH does not have appropriate placement.
20. Plaintiffs want DCPS to revise NH's IEP.
21. Plaintiffs want DCPS to provide appropriate educational and related services to enable NH to become a productive member of the society.
22. Plaintiffs want DCPS to issue a notice to an appropriate setting where NH' multiple disability would be addressed.
23. Parent filed a due process hearing requests the hearing officer denied the relief that parent sought.
24. Parent files this appeal to the decision of the hearing officer dated April 25, 2007

## COUNT I

25. Plaintiffs repeat and reallege paragraphs 1 to 24
26. DCPS denied FAPE when it failed to perform required evaluations
27. DCPS failed to honor the terms of the settlement agreement to complete a comprehensive evaluation.
28. NH is presently being unlawfully deprived of his rights to receive an appropriate education and related services.
29. It is very unlikely that defendants would provide appropriate educational and related services unless this Honorable Court orders defendants to act
30. Plaintiffs requests that this honorable Court find that Defendants has denied Free Appropriate Public Education to NH

## COUNT II

31. Plaintiffs repeat and reallege paragraphs 1 to 30

32. DCPS denied FAPE when it failed to develop appropriate IEP for the 2005/2006, 2006/2007 school years.
33. NH current IEP is not tailored to his needs
34. Plaintiffs requests that this honorable Court find that Defendants has denied FAPE to NH

### COUNT III

35. Plaintiffs repeat and reallege paragraphs 1 to 34
36. DCPS denied FAPE when it failed to issue a notice of placement to an appropriate setting for the 2005/2006 and 2006/2007 school years.
37. NH is presently being unlawfully deprived of his rights to receive an appropriate education and related services in an appropriate setting.
38. Plaintiffs requests that this honorable Court find that Defendants has denied FAPE to NH

. **WHEREFORE**, Plaintiff respectively requests this court to

1. Issue a judgment for plaintiff and against Defendants on all aforementioned counts
2. Order that DCPS fund placement at Sunrise Academy or Cross Creek school
3. Order that DCPS provide compensatory education service for period of time appropriate services were not provided.
4. Award attorneys' fee and cost to Plaintiff; and
5. Grant such other and further relief as this Honorable Court deems just and proper.

Respectively Submitted,

Law offices of Olekanma A. Ekekwe, PC
 /s/Olekanma Ekekwe
Olekanma Ekekwe, Esq.
DC Bar No. 479967
Law offices of Olekanma A. Ekekwe, PC
1001 Pennsylvania Avenue NW, Suite 160600
Washington, DC 20004
(202) 742-6694(O)
(1800) 524-2370(F)
academy@olekanmalw.com

4

934
C CKK

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Darlene Hinson and NH

## DEFENDANTS
Government of the District of Columbia

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Law Offices Of Olekanma A. Ekekwe, PC
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
202 742-6694

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-00934
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/21/2007
Description: Admin Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

|   | PTF | DFT |   | PTF | DFT |
|---|-----|-----|---|-----|-----|
| Citizen of this State | ⊙ 1 | ⊙ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. *Antitrust*
- ☐ 410 Antitrust

### ○ B. *Personal Injury/Malpractice*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ● C. *Administrative Agency Review*
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)* OR ○ F. *Pro Se General Civil*

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
_____

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____  Check YES only if demanded in complaint
JURY DEMAND: YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐  NO ☒  If yes, please complete related case form.

DATE 5/18/07    SIGNATURE OF ATTORNEY OF RECORD *Olekanma A. Ekekwe*

JTC

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.