United States Dist. COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

AFFIDAVIT

**RECEIVED**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Darlene Hinson + NH (Minor)
_____
Plaintiff

VS.

Merrit Educational Center
Office of Attorney General
for Wash. DC
_____
Defendant

CASE NO. 1:07-CV-00934 CKK

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
That my age is 61 and date of birth is 3/14/46
That my residential address is Washington, DC
That my business address is 1617 Holbrook St. N.E. Apt 1
That I am not a party to or otherwise interested in this suit

That at 2:00 PM O'clock, on the 29 day of May 2007, I served the within named defendant(s) Office of Atty General for Wash DC by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at:

441 4th St. NW 6th Floor, Washington, D.C., with George Valentine / Deputy Attorney, a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

|  | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | M | 5'11" | 200 | 52 |

Signature of Process Server

Subscribe and sworn to before me this 29th day of May, 2007

Notary Public/Deputy Clerk

Office of Attorney General for Wash DC
441 4th St. NW 6th Floor

Serve on: George Vale [signature]

** ATTEMPTS **

DATE    TIME    COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE **

Date: 5/29/07   Time: 2:00 am/(pm)

If substitute: SERVED ON: George Valentine   RELATIONSHIP: Deputy Atty

Address if different from above: _____

Age: 52  Sex: (M) F  Race: B W H A  B   Ht: 5'11"  Wt: 200  Hair: Bald  Eyes: Br

Comments: _____