UNITED STATES DIST. COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

AFFIDAVIT

**RECEIVED**
MAY 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Darlene Hinson & NH (Minor)
Plaintiff

VS.

Merritt Education Center
Mayor Adian Fenty
Defendant

CASE NO. 1:07-CV-00934

I, Edwin Jarnagin, having been duly authorized to make service of Summons and Complaint in the above entitled case hereby depose and says:
That my age is 61 and date of birth is 3/14/46
That my residential address is Washington, DC
That my business address is 1617 Holbrook St. N.E. Apt 1
That I am not a party to or otherwise interested in this suit

That at 1:15 PM O'clock, on the 29 day of May 2007, I served the within named defendant(s) Mayor Adian Fenty by leaving a copy of the Initial Order & Summons of Complaint at his/her usual place of abode or (employment) at:

1350 Pa. Ave, NW #419, Washington, D.C., with Office of Sec for Wash. DC / Tabatha Braxton (Staff Asst), a person of reasonable age and discretion, then residing therein as directed by the plaintiff.

| | Race | Sex | Height | Weight | AGE |
|---|---|---|---|---|---|
| Description | B | F | 5'3" | 130 | 40 |

Signature of Process Server

Subscribe and sworn to before me this 29th day of May 2007

Notary Public/Deputy Clerk

Mayor Adian Fenty
1350 Pa. Ave. NW
Office of Sec for DC

Serve on: _Tabatha Bush_

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

DATE    TIME        COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 5/29/07   Time: 1:15 am/**pm**

If substitute: SERVED ON: _Tabatha Braxton_   RELATIONSHIP: _Staff Asst_

Address if different from above: _____

Age: 40  Sex: M /**F**  Race: B W H A  _B_   Ht: 5'3"  Wt: 130  Hair: BR  Eyes: BR
Comments: _____
_____
_____