UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE HINSON, as mother and next friend of N.H., a minor child<br><br>    Plaintiff,<br><br>    v.<br><br>MERRITT EDUCATIONAL CENTER, *et al*.<br><br>    Defendants. | Civil Action No. 07-934 (CKK) |

**ORDER**
(November 13, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 13th day of November, 2007, hereby

**ORDERED** that [4] Defendants' Motion for Partial Dismissal is GRANTED; it is further

**ORDERED** that the District of Columbia shall file its Answer to Plaintiffs' IDEA claim on or before November 27, 2007; it is further

**ORDERED** that the parties shall file a copy of the Administrative Record in this action with the Court on or before November 27, 2007; it is further

**ORDERED** that the parties shall confer and propose a schedule for proceeding with briefing on Plaintiffs' IDEA claim. The parties shall file their proposed schedule as a Joint Status Report on or before December 4, 2007.

    **SO ORDERED**.

                                    /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge