# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARLENE HINSON et al., | : |
| Plaintiffs, | : |
| v. | : Civ. No. 07-0934(CKK) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## NOTICE OF FILING ADMINISTRATIVE RECORD

Defendant District of Columbia hereby files the administrative record in the above captioned case.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
E-mail – maria.merkowitz@dc.gov

November 21, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Darlene Hinson, mother and next friend of minor child NH, and NH, minor child | ) ) ) |
| Plaintiffs, | ) |
| v. | )C.A. No.07-00934(CKK) |
| District of Columbia, | ) ) |
| Defendant. | ) ) |

## **INDEX OF RECORD**

HOD filed 4/25/07                                              -     1

Petitioner's Disclosure Statement, 4/4/07                      -     8

Plaintiff's Disclosure Statement dated 2/26/07 w/att.          -     10

NH-1  Expedited Due Process Complaint Notice 2/8/07[1]         -     14

NH-2  Suspension letter dated 12/14/06                         -     19

NH-3  Suspension letter dated 1/8/07                           -     22

NH-4  MDT Meeting Notes dated 1/12/07                          -     23

NH-5  MDT Meeting Notes dated 12/06                            -     29

NH-6  Emergency Treatment Record dated 1/9/07                  -     31

NH-7  Intervention Behavior Plan dated 2/20/07 w/att.          -     44

NH-8  Neuropsychological Evaluation dated 6/27/06              -     47

NH-9  Children's Hospital Final Progress Notes dated 10/31/05  -     58

---

[1] NH-01 is listed on plaintiff's disclosure statement as Due Process Complaint Notice dated 10/2/06. What is actually attached and marked as NH-01 is the Expedited Complaint Notice dated 2/8/07.

1

NH-10 Psycho-educational Evaluation dated 7/27/06    -    86

NH-11 Speech and Language Evaluation Report dated 8/1/06    -    93

NH 12 Occupational Therapy Evaluation dated 7/20/06    -    100

NH-13 Review of Neuropsychological Evaluation    -    105

NH-14 MDT Prior Notice dated 1/23/07 w/att.    -    106

NH-15 Curriculum Vitae for Jose Dorce    -    128

NH-16 MDT Meeting Notes dated 12/5/06    -    130

MDT Meeting Notes w/att., 4/10/07    -    134

    Prior to Action Notice    -    135

    Notice of Student Disciplinary Action, 3/29/07    -    136

    Manifestation Determination    -    137

DCPS Disclosure Notice dated 2/27/07 w/att.    -    139

    DCPS 1- Expedited Due Process Complaint Notice 2/8/07    -    141

    DCPS 2- DCPS Response to Due Process Complaint,2/14/07-    146

    DCPS 3- Resolution Meeting Notes 2/21/07    -    149

Hearing Notice, 3/27/07    -    151

Scheduling Memorandum, 2/8/07    -    152

Expedited Due Process Complaint Notice, 2/8/07    -    155

Transcript of Hearing    -    160

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *State Enforcement and Investigative Division*
## <u>CONFIDENTIAL</u>

### Charles R. Jones, Esq., Due Process Hearing Officer
### 825 North Capitol Street, N.E. 8th Floor
### Washington, D.C. 20002
### Facsimile: (202) 442-5556

| | | |
|---|---|---|
| **In the Matter of** | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| N▬▬ H▬▬, Student, | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: ▬▬-93 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: April 12, 2007 |
| | ) | |
| vs. | ) | |
| | ) | Held at: 825 North Capitol Street, NE |
| The District of Columbia Public Schools, | ) | Eighth Floor |
| Attending: Merritt Educational Center | ) | Washington, D.C. 20002 |
| Respondent. | ) | |
| | ) | |

*2007 APR 25 PM 12: 02 DC PUBLIC SCHOOL SYSTEM*

## <u>DECISION AND ORDER</u>

**Parent:**
Ms. Darlene Hinson
5121 Fitch Street, S.E.
Washington, D.C. 20019

**Counsel for Parent:**
Olekanma A. Ekekwe, Esq.
Law Office of Olekanma A. Ekekwe, PLLC
717 D Street, N.W.
Suite 314
Washington, D.C. 20004

**Counsel for School:**
Aaron E. Price, Sr.. Attorney- Advisor
Office of the General Counsel, DCPS
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002

1

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

### State Enforcement and Investigative Division
### Special Education Due Process Hearing

## I. INTRODUCTION

On February 8, 2007 a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for the parent, Olekanma A. Ekekwe , Esq. The request alleges DCPS failed to develop an appropriate IEP for the student and failed to provide an appropriate educational placement for N.H.

A Due Process Hearing was convened on March 12, 2007, at the District of Columbia Public Schools, ("DCPS"), 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002.  Aaron E. Price, Sr., Esq., Attorney-Advisor, represented DCPS. Olekanma A. Ekekwe , Esq., represented the parent.  Five Day Disclosure Letters were entered into the record, without any objection by either party. On behalf of the parent: Disclosure Letter dated February 26, 2007: NH-01 through NH-16 and Disclosure Letter dated April 4, 2007.  The Hearing Officer allowed the MDT meetings notes and Manifestation Determination dated April 10, 2007 to added as an addendum to parent's counsel exhibits (NH-17).  Counsel for the respondent did not object to the inclusion of the MDT meeting notes.  On behalf of DCPS:  Disclosure Letter dated February 27, 2007: DCPS-01 and DCPS-03 were introduced into the record.  Parent's counsel waived a formal reading of the Due Process Rights.  Witnesses on behalf of the parent: Dana Hinson.  Witnesses on behalf of DCPS:  No DCPS witnesses were called to render testimony in this case.

## II.  JURISDICTION

The Due Process Hearing was convened, and this decision was written pursuant to *Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004,* 20 United States Code 1400 et. Seq.; Title 34 of the Code of Federal Regulations, part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act, effective October 21, 1998.

## III.  ISSUES

**Whether DCPS denied the student FAPE by failing to provide an appropriate educational placement for N.H and by failing to develop an appropriate IEP for the student?**

2.

IV.    **SUMMARY OF RELEVANT EVIDENCE**

In this case, petitioner by and through parent's counsel alleges that the District of Columbia Public Schools (hereinafter "DCPS") failed to provide N.H. a free and appropriate public education (FAPE). Parent's counsel asserts and alleges that the student has been denied entry into Merritt Educational Center resulting from several disruptive behavioral incidens including an incident involving the student spraying the fire extinguisher into the classroom. As a result, the student had not been attending classes because the principal of Merritt EC refused to allow the student to attend school. Further, parent's counsel alleges that a recently developed IEP was inappropriate for the student, as the student is not being provided an appropriate amount of services and the student requires a therapeutic setting.  According to parent's counsel, Merritt EC does not have a therapeutic setting.  DCPS alleges that the student has received a free and appropriate public education, as an eligibility meeting had been convened and the student received an appropriate IEP, which the parent signed agreeing with its contents.  DCPS further alleges that the student has not been locked out of the school and he has been receiving all of his services.  DCPS affirmatively alleges that the student has been absent on numerous occasions and that the only letter sent to the home of the parent was a letter requesting a conference with the parent.

V.    **FINDINGS OF FACT**

The Hearing Officer makes the following findings of fact:

1.    N.H. is a thirteen- (13) year old District of Columbia and a student presently enrolled at the Merritt Educational Center for the 2006-2007 school years.

2.    N.H. is eligible for special education and related services.  According to the student's most recent Individualized Educational Program ("IEP") dated January 23, 2007, the student's disability classification is other health impaired (OHI).[1]

3.    On or about January 23, 2007, DCPS convened a MDT/IEP team meeting consisting of qualified educational professionals.  The MDT team determined that the student required a combination setting, which requires general education classes and special education classes.[2] The student required 16 hours of specialized instructions.

3.

---

[1] Exhibit: NH-14.
[2] Exhibit: NH-14 page 4.

4.      The MDT team reviewed the following evaluations: a Neurological Report (07/06); Psycho-Educational Evaluation (07/06); a Speech and Language Evaluation (08/06); an Occupational Therapy Evaluation (07/06) and a Review of Neuropsychological.

5.      The Neuropsychological Evaluation dated July 27, 2006 revealed that the student is functioning in the Average Range of intelligence, based on his Full Scale IQ Score of (92) on the WISC-IV.  N.H.'s cognitive abilities were not commensurate with academic achievement skills, thus providing an indication of the presence of a learning disability.

6.      The parent attended and participated in the MDT/IEP meeting. The parent signed the approval line indicating that she agreed with the contents of the IEP.[3]

7.      Darlene Hinson, the parent of N.H. testified and concluded that she had attended and participated in a number of meetings at Merritt EC including the January 23, 2007 meeting, as she participated in the development of the student's IEP.

8.      The parent further testified that her son was not attending classes and he was not doing his work.  While the parent had never formally attended any of the student's classrooms, the parent opined that the placement at Merritt EC was just not working.[4]

9.      According to Ms. Hinson, the student had received a number of suspensions[5] and he was failing most of his classes.

10.     .The parent further opined that the student is not capable of function within an open-space classroom such as those employed at Merritt EC.  The student suffers from ADHD and he needs a structured setting.

4.

---

[3] Exhibit: NH-14 page 1.
[4] Testimony of Darlene Hinson at the Due Process hearing.
[5] Exhibit: NH-02 and 03.

10.    The student had been absent for a number of days (45) days, but the parent had not received any notice from DCPS.


## VI.  DISCUSSION AND CONCLUSION OF LAW

In this matter, petitioner by and through parent's counsel has failed to sustain its burden of proof.  The initial issue in this case is whether the student's placement at the Merritt EC is an appropriate educational placement.  A preponderance of the evidence does not support the contention of the parent that the Merritt EC was an inappropriate placement.  Attention is directed at the student's IEP, which does not require a full-time special education program.  On the contrary, the IEP requires a combination regular education and special education classes.  Moreover, none of the student's evaluations recommended a full-time placement and there was nothing in the record to support a full-time program, as the only testimony on this issue was the parent's testimony.  While parent's counsel argued that the student has manifested significant behavioral misconduct and this conduct has impacted on the student's ability to obtain educational benefit.  It is noted, however, that the student has been absent a great deal; as a result he has missed approximately forty-five (45) days of school.  The parent challenged this fact.  However, the parent had indicated that the student did not attend classes; consequently, the student was unavailable for obtaining educational benefit.

IDEA mandates and requires a local educational agency (LEA) to provide an appropriate IEP and to provide a placement capable of implementing the student's IEP.  Here, in this instance, DCPS developed an appropriate IEP with the parent's participation and determined an appropriate educational placement for N.H.  Moreover, the parent participated in the placement decision-making process.  Thereafter, the student's IEP was being implemented at the Merritt EC.  The student, however, was not availing himself of educational benefit, as the student was consistently absent or skipping class.  Under this set of circumstances, the student has been provided a free and appropriate public education.

### Based upon the foregoing, IT IS HEREBY ORDERED:


1) **Petitioner's request for relief is DENIED.**


2) **Petitioner's request to find a denial of FAPE for DCPS' failure to develop an appropriate IEP and provide an appropriate educational placement for N.H. is DENIED.**

5.

3) Petitioner's complaint is hereby DISMISSED WITHOUT PREJUDICED.

VII.    APPEAL PROCESS

This is the FINAL ADMINISTRATIVE DECISION.  Appeals may be made to a court of competent jurisdiction within ninety- (90) days from the date this decision was issued.

_____    Date Filed: _04-25-07____
Charles R. Jones, Esq., Hearing Officer

Date Issued: _____

6.

## ATTENDANCE SHEET

STUDENT'S NAME: N██████ H███████

SCHOOL OF ATTENDANCE: MERITT EDUCATIONAL CENTER

D.O.B: ███████ 93

HEARING DATE: 04-12-07   ROOM: HR-3   TIME: _____ A.M./P.M.

| PARTICIPANT NAME: | ON BEHALF OF DCPS OR STUDENT: | TITLE: |
|---|---|---|
| OLEKANMA EKEKWE | Student | Atty/Advocate |
| Marlene Johnson | | Mother |
| Aaron E. Price, Sri, Esq | DCPS | Attorney - Advisor |
| Eric T. Abraham | DCPS | Intern - Paralegal |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Impartial Hearing Officer

Revised 10/17/2006

7

# LAW OFFICES OF OLEKANMA A. EKEKWE, PC
**1001 Pennsylvania avenue, NW**
**Suite 600**
**Washington, DC 20004**

**TELEPHONE: (202) 742-6694**
**FACSIMILE: 1(800) 524-2370**

April 4, 2007

DCPS, Office of the General Counsel
825 N. Capitol Street, NE-9th Fl.
Washington, DC 20002
By Fax 442-5098

Disclosure Statement for N████ Hi████ (DOB ████/93)

Dear Madam/Sir:

A due process hearing is scheduled in this case on Tuesday, April 12 2007, at 1:00 p.m. Pursuant to CFR 300.509(a)(3), in addition to all documents disclosed by DCPS, Parent will rely on any of the following witnesses and documents:

Witnesses:
1.  Darlene Hinson    Mother 5121 Fitch Street SE Wash DC
2.  Dr. Ballard or designee clinical  psychologist
3.  Mr. Jose Dorce Education Specialist – 1269 Sumner Road SE Washington DC

Parent reserves the right to examine any witness called or witness called or identified as potential witness by the representative of DCPS. In addition, parent reserves the right to rely upon and use any documents disclosed, offered into evidence, produced or relied upon, or used by the representative of DCPS, whether for this hearing, or any other hearing relating to this student. Parent reserves the right to have witnesses testify by telephone if necessary; and parent reserves the right to supplement this disclosure with new information or documents when necessary.

Sincerely,

Olekanma Ekekwe, Esq.
Attorney for the Student and Parent

```
        TRANSMISSION VERIFICATION REPORT

                                    TIME  : 04/04/2007 08:38
                                    NAME  :
                                    FAX   :
                                    TEL   :


DATE,TIME                           04/04  08:38
FAX NO./NAME                        91634374425098
DURATION                            00:00:00
PAGE(S)                             00
RESULT                              BUSY
MODE                                STANDARD


        BUSY: BUSY/NO RESPONSE
```



PART
1

# LAW OFFICES OF OLEKANMA A. EKEKWE, PC
### 717 D Street, NW
### Suite 314
### Washington, DC 20004

TELEPHONE: (202) 783-1750
FACSIMILE: (202) 783-1751

February 26 2007

Aaron Price, Esq.
DCPS, Office of the General Counsel
825 N. Capitol Street, NE-9th Fl.
Washington, DC 20002
By Fax 442-5098

<div align="center">Disclosure Statement for N▬▬ H▬▬ (DOB ▬▬/93)</div>

Dear Mr. Price:

A due process hearing is scheduled in this case on Tuesday, March 6, 2007, at 3:00 p.m.
Pursuant to CFR 300.509(a)(3), in addition to all documents disclosed by DCPS, Parent
will rely on any of the following witnesses and documents:

Witnesses:
1. Darlene Hinson     Mother 5121 Fitch Street SE Wash DC
2. Dr. Ballard or designee clinical psychologist .
3. Mr. Jose Dorce Education Specialist – 1269 Sumner Road SE Washington DC

Documents:

NH-01  - 10/2/06 Due Process Complaint Notice
NH-02  - 12/14/07 Suspension letter
NH-03  - 1/8/07 Suspension letter
NH-04  - 1/12/07 Manifestation meeting notes
NH-05  - 12//06 Manifestation meeting notes
NH-06  - 1/9/07 Children Hospital Emergency room treatment report
NH-07  - 2/20/07 intervention plan and meting note
NH-08  - 7/27/06 neurological report
NH-09  - report and evaluation from children hospital
NH-10  - 7/27/06 psycho-educational
NH-11  - 8/1/006 speech and language evaluation
NH-12 -  7/20/06 OT evaluation
NH-13  - review of neuropsychological (Lewis-Jacks)

10

NH-14  - 1/23/07 IEP and meeting notes
NH-15  - CV of Jose Dorce
NH-16 - 12/05/06 meeting notes


Parent reserves the right to examine any witness called or witness called or identified as potential witness by the representative of DCPS. In addition, parent reserves the right to rely upon and use any documents disclosed, offered into evidence, produced or relied upon, or used by the representative of DCPS, whether for this hearing, or any other hearing relating to this student. Parent reserves the right to have witnesses testify by telephone if necessary; and parent reserves the right to supplement this disclosure with new information or documents when necessary.


Sincerely,

Olekanma Ekekwe, Esq.
Attorney for the Student and Parent

02/26/2007 19:53 FAX 2027831751

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    0174
RECIPIENT ADDRESS           4425097
DESTINATION ID
ST. TIME                    02/26 19:47
TIME USE                    06'41
PAGES SENT                    47
RESULT                      OK
```

# LAW OFFICES OF OLEKANMA A. EKEKWE, PC
## 717 D Street, NW
## Suite 314
## Washington, DC 20004

**TELEPHONE: (202) 783-1750**
**FACSIMILE: (202) 783-1751**

February 26 2007

Aaron Price, Esq.
DCPS, Office of the General Counsel
825 N. Capitol Street, NE-9th Fl.
Washington, DC 20002
By Fax 442-5098

Disclosure Statement for N███ H███ (DOB ███/93)

Dear Mr. Price:

A due process hearing is scheduled in this case on Tuesday, March 6, 2007, at 3:00 p.m. Pursuant to CFR 300.509(a)(3), in addition to all documents disclosed by DCPS, Parent will rely on any of the following witnesses and documents:

Witnesses:
1.  Darlene Hinson    Mother 5121 Fitch Street SE Wash DC
2.  Dr. Ballard or designee clinical psychologist
3.  Mr. Jose Dorce Education Specialist – 1269 Sumner Road SE Washington DC

Documents:

NH-01  - 10/2/06 Due Process Complaint Notice
NH-02  - 12/14/07 Suspension letter

12

```
***************************
***   ERROR TX REPORT   ***
***************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO              0175
RECIPIENT ADDRESS     4425097
DESTINATION ID
ST. TIME              02/26 20:02
TIME USE              00'00
PAGES SENT               0
RESULT                NG        # 0018 BUSY/NO SIGNAL
```

*Part 2*

# LAW OFFICES OF OLEKANMA A. EKEKWE, PC
## 717 D Street, NW
## Suite 314
## Washington, DC 20004

TELEPHONE: (202) 783-1750
FACSIMILE: (202) 783-1751

February 26 2007

Aaron Price, Esq.
DCPS, Office of the General Counsel
825 N. Capitol Street, NE-9th Fl.
Washington, DC 20002
By Fax 442-5098

Disclosure Statement for N███ H████ (DOB █/██/93)

Dear Mr. Price:

A due process hearing is scheduled in this case on Tuesday, March 6, 2007, at 3:00 p.m. Pursuant to CFR 300.509(a)(3), in addition to all documents disclosed by DCPS, Parent will rely on any of the following witnesses and documents:

Witnesses:
1. Darlene Hinson    Mother 5121 Fitch Street SE Wash DC
2. Dr. Ballard or designee clinical psychologist
3. Mr. Jose Dorce Education Specialist – 1269 Sumner Road SE Washington DC

Documents:

NH-01  - 10/2/06 Due Process Complaint Notice
NH-02  - 12/14/07 Suspension letter
NH-03  - 1/8/07 Suspension letter

13

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs





# Expedited Due Process Complaint Notice

- This form is used to give notice of a complaint to the District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) an/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a Free appropriate public education to that child. A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).

- The complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, D.C. 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. The Student Hearing Office does NOT schedule resolution meetings.

- Mediation is also available to all parties as an alternative to a resolution meeting of a Due Process Hearing.

A.    **INFORMATION ABOUT THE STUDENT:**

Student Name: N█████ Hi█████        Birth Date: ████/93

Address: 5121 Fitch Street, SE #103 Washington, DC 20019

Home School: Merritt Educational Center

Present School of Attendance: Merritt Educational Center

1

Is this a charter school? ____No____    (If yes, you must provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: Darlene Hinson

Address (If different from the student's above): _Same_

Phone/Contact Number: 202 783-1750    Fax Number (if applicable): 202 783-1751

**B.**    Individual Making the Complaint/Request for Due Process Hearing:

Name:    __Olekanma Ekekwe on behalf of Darlene Hinson_

Address:    _717 D Street NW Suite 314, Washington, DC 20004_____

Phone: (w) _____202 783-1750_____ (fax) ____202 783-1751_____ (e-mail) __academy@olekanmalaw.com_

Relationship to Student:

G  Parent              G  Legal Guardian              G  Parent Surrogate
G  Self/Student        G  Local Education Agency (LEA) G  Parent Advocate

**C.**    Legal Representative:

Name:    __Law Offices of Olekanma A. Ekekwe, PC_____

Address:    _717 D Street NW Suite 314, Washington, DC 20004_____

Phone: (w) _202 783-1750_ (fax) ____Olekanma Ekekwe_____ (e-mail) __academy@olekanmalaw.com_

Will attorney / legal representative attend the resolution session?  G  Yes    G  No

**D.**    Complaint Made Against (check all that apply):

(Gx)  DCPS school (name of school if different from page one)    _____
G  Charter school (name of school if different from page one)    _____
G  Non-public school or residential treatment facility (name)    _____
G  Parent    _____

**E.**    Resolution Session Meeting between Parent and LEA:

I understand that it is my right to have a resolution meeting to receive this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: all Parties must agree to waive the resolution meeting to avoid having this meeting).

G x   I wish to waive the Resolution Session Meeting

2

15

**F. Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

G    I am requesting mediation as an alternative to the resolution session meeting.

G    I am requesting mediation **only** at this time.

ₓG    I am requesting a due process hearing. (suggested dates 2/19/07; 2/20/07; 2/26/07)

G    I am requesting mediation **only** at this time.

**G.    Facts and Reasons for the Complaint:**
In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1.    What is the nature of the problem, including the facts related to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?
    DCPS violation of the sections 1412, 1414(d) of the IDEA
        N██████ H█████ is a thirteen year old special education student attending Merritt Educational Center. The prinicpal informed parent that is not allowed to come to the school anymore. Parent does not want her child to remain at home and parent. Since DCPS through Merrit has refused to allow N█████ to attend school and DCPS has failed to provide norma with appropriate services; Parent is requesting that N█████ be either placed at Accotink academy, Leary School, or Sunrise Academy or similar school that would provide the services that her son needs.
        Merrit on prior occasion filed a trespassing charge against N█████ when he arrived at school. At that time the teacher and the principal informed N█████ that they no longer want him at the school. N█████ is not in school right now because he is not allowed into the DCPS school
        In addition, DCPS recently developed an IEP for N█████ however the IEP goal did not seem tailored to N█████ level but the DCPS standard for 7ᵗʰ grade students. N█████ is repeating seventh grade and his performing at a third and fourth grade level in math and reading. Furthermore, Merritt did not provide N█████ with enough service hours in his IEP to sufficiently allow for N█████ to obtain appropriate benefit from the IEP that is develop. Parent alleges that DCPS has denied her son free appropriate public education. Ms. Hinson wants N█████ to attend a therapeutic school where his academic and related service needs would be met.

Based upon the above, Parent contends:

1.    DCPS denied N█████ FAPE by failing to provide appropriate placement 2006/2007 school

2.    DCPS denied N█████ FAPE by failing to properly develop appropriate IEP's in 2006/2007 school year.

3.    DCPS denied N█████ FAPE by failing to provide appropriate services in 2006/2007 school year.

To the extent known to you at this time, how can this problem be resolved?

3

We are seeking:

1. A determination that DCPS denied N██████ FAPE by failing to provide appropriate placement for N██████

2. A determination that DCPS denied N██████ FAPE by failing to properly develop appropriate annual IEP 2006/2007 school year

3. A determination that DCPS denied N██████ FAPE by failing to provide appropriate services

4. Declaratory relief for denial of FAPE, denial of due process and for discrimination based solely on client's disability by DCPS.

5. A determination that N██████ be placed at Sunrise Academy.

6. A determination that all meetings be scheduled through Parent's counsel, Ms. Olekanma Ekekwe, Esq., via fax at (202) 783-1751.

H. Estimated amount of time needed for the hearing:   two hours

Note: In the absence of a specified amount of time SHO schedules hearing in two hour blocks of time and will allocate two hours to conduct the hearing. Please indicate if you believe more than two hours will be needed

I. **Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting / Mediation Conference / Due Process Hearing:   NONE

G   Interpreter (please specify the type)

G   Special Communication (please describe the type)

G   Special Accommodation for Disability (please be specific)

G   Other

J. **Waiver of Procedural Safeguards:**

G   I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

K. **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

_____
Signature of Parent or Guardian                 Date

L. Signature of Attorney/Legal Representative:

_____

4

17

_____     2/8/07
Legal Representative/Advocate                                Date

**M.  Signature of LEA Representative (if hearing requested by LEA):**


_____
Representative of LEA                              Date


**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number 202/442-5556**

*NH-1*

  *N#2* 

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## NOTICE OF STUDENT DISCIPLINARY ACTION

### SUSPENSION LEVEL I

School _Merritt M.S_

Telephone _(202) 724-4618_

Signature of Principal _[signature]_

Date of Delivery _12-14-06_

[ ] Certified Mail
[✓] Hand Delivery

Student _N████ H████_    Date of Birth _████-93_

Student's Grade _7_    Male [✓] Female [ ]    Ethnicity Code _B_

Sp. Ed. Student: Yes [ ] No [✓]    Disability Code _____    LRE/Educational Setting _____

Parent/Guardian _Darlene Hinson_

Address _5121 Fitch Street SE #103 WAC 20019_

Home Telephone _(2) 582-1203_    Work Telephone _(202) 340-5320_

Dear _Darlene Hinson_ :
     Name of Parent/Guardian

     Please be advised that pursuant to the **Rules of the Board of Education**, Section 250(
your son/daughter is being disciplined for violating the following section(s) of the Board Rules:

_2503.1h_

Brief description of incident:

_N████ was observed throwing a boot over into_
_another teacher's classroom striking a young lady_
     (State each section individually)
_in the head. Also, he was observed taking food off other_
_students lunch trays._

Page 1 of 4
SHO 101
August 2000

# MERRITT MIDDLE SCHOOL
## INFRACTION NOTICE

Date 12/14/06

Name of Student ████████ ██████    Grade 7

Number    Letter

**Describe Infraction:**

I OBSERVED ██████ THROWING A BOX OVER INTO MY CLASSROOM FROM THE HALLWAY, IT HIT DIAMOND PRUE IN THE HEAD.

**Corrective Measures Taken by Teacher:**

- I TOLD HIM TO REPORT TO THE OFFICE (HE RAN UPSTAIRS)
- I CALLED HIS PARENT BUT NO ANSWER

**Recommendation(s):** 25 DAYS

**Disposition**

Signature of Teacher/Staff Member Submitting Report: _A.M._

Signature of Principal _W. Eugen 2Pai_

20

# MERRITT MIDDLE SCHOOL
## INFRACTION NOTICE

Date _12-14-06_

Name of Student _███████ █████_ Grade _7C_

                                                   Number    Letter

**Describe Infraction:**
_███████ █████ was running through the halls_

**Corrective Measures Taken by Teacher:**
_When the counselor told him to stop, he continued running_

**Recommendation(s):** _____

**Disposition** _10 days) ██ Michell gay_

**Signature of Teacher/Staff Member Submitting Report:** _____

**Signature of Principal** _W. Eugen ██_

21





NH-3



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## NOTICE OF STUDENT DISCIPLINARY ACTION

### SUSPENSION LEVEL I

Merritt MS
_____
**School**

(202) 724-4618
_____
**Telephone**

_____
**Signature of Principal**

1-8-07
_____
**Date of Delivery**
[ ] Certified Mail
[✓] Hand Delivery

**Student** ▓▓▓▓▓ H▓▓▓▓    **Date of Birth** ▓▓▓▓-93

**Student's Grade** 7        **Male** [✓] **Female** [ ]        **Ethnicity Code** B

**Sp. Ed. Student: Yes** [ ] **No** [✓]    **Disability Code** _____    **LRE/Educational Setting** _____

**Parent/Guardian** Darlene Hinson

**Address** 5121 Fitch Street, SE #103 WDC 20002

**Home Telephone** 582-1203        **Work Telephone** (202) 340-5320

**Dear** Darlene Hinson
_____
Name of Parent/Guardian

   Please be advised that pursuant to the **Rules of the Board of Education**, Section 250
your son/daughter is being disciplined for violating the following section(s) of the Board **Rules**

2503.1h
_____

**Brief description of incident:**

Running halls
_____

(State each section individually)

Page 1 of 4
SHO 101
August 2000

NHU

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MANIFESTATION DETERMINATION MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT |

MDT REFERRAL DATE: _____

MEETING DATE: 1/12/2007

STUDENT: N_____ H_____          SCHOOL: MERRITT

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| DARLENE HINSON | Darlene Hinson | PARENT |
| D. EKEKWE | | ATTORNEY |
| TIFFANI WEAVER | | GEN-ED TEACHER |
| MICHELLE DAVIS | Michelle Davis | PSYCHOLOGIST |
| WAYNONIA POTTS | | SOCIAL WORKER |
| SUE BRADLEY | | LEA |
| EUGENE FAIR | H. Eugene D.V. | PRINCIPAL |

PURPOSE OF MEETING: MANIFESTATION DETERMINATION MEETING - DETERMINE IF N_____ SUSPECTED DISABILITY WAS MANIFESTATION OF BEHAVIORS THAT OCCURED JANUARY 8, 2007.

N_____ IS ACCUSED OF PUSHING AND STRIKING A SECURITY.

- MS. EKEKWE ASKED FOR COPY OF 3 DAY SUSPENSION GIVEN TO N_____ FOR VANDALIZING A CLASSROOM.

- MS. HINSON REPORTED THAT N_____ STATED TOLD HER THAT SECURITY OFFICER HIT HIM

- MR. FAIR REITERATED THAT THIS MEETING IS NOT A HEARING FOR SUSPENSION BUT A MEETING TO DETERMINE IF SUSPECTED DISABILITY IS CAUSE OF N_____ BEHAVIOR.

- MS. EREKWE STATED THAT N_____ HAD AN INJURY DUE TO THIS INCIDENT. N_____, WHILE IN CUSTODAY OF DC METROPOLITAN POLICE, WAS TAKEN TO HOSPITAL DUE TO BLOOD IN HIS EAR.

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

[ ] IS ELIGIBLE FOR SPECIAL EDUCATION      N/A

[ ] IS NOT ELIGIBLE FOR SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
MEETING NOTES (continuation)

MDT

STUDENT: N█████ H█████            SCHOOL: MERRITT MS            DATE: 1/12/2007

WHEN ASKED IF N█████ UNDERSTOOD IMPACT + CONSEQUENCES OF BEHAVIOR SUBJECT TO
DISCIPLINARY ACTION
MOTHER STATED THAT N█████ PROBABLY DIDN'T CARE AT THAT TIME
MOTHER STATED - "LET'S GET THIS PAPER WORK DONE. GET HIM OUT OF HERE
I DON'T WANT HIM BACK HERE. I KNOW WHAT YOU ALL ARE GOING TO
SAY. STOP. WASTING TIME."

THE MDT, EXCLUDING ATTORNEY, STATE THAT BEHAVIORS WERE NOT
MANIFESTATION OF DISABILITY. MR. PAIR, PRINCIPAL WILL GO
FORWARD WITH THE LEVEL 2 SUSPENSION. ATTORNEY + PARENT
UNDERSTANDING HEARING FOR DUE PROCESS. COPY OF INCIDENT +
SUSPENSION WILL BE PROVIDED TO ATTORNEY & PARENT.

— MS. EKEKWE WANTED TO ADD THAT, SHE BELIEVES N█████ DISABILITY
DOES CAUSE HIS BEHAVIORS (IMPULSIVITY ADHD DIAGNOSIS). N

— N█████ HAS NOT BEEN FOUND ELIGIBLE FOR SPECIAL EDUCATION SERVICES.
THE ELIGIBILITY IS PENDING — FURTHER ASSESMENTS NEED TO BE
COMPLETED.



# *Manifestation Determination*

# MANIFESTATION DETERMINATION

## SETTING THE STAGE

In carrying out a manifestation determination review, the *MDT must consider, in terms of the behavior in subject to disciplinary action, all relevant information, including:

- Evaluation and diagnostic results or other relevant information supplied by the parent;
- Observation/anecdotal records of the student;
- IEP and placement of the student;
- Functional Behavior Assessment and/or Behavior Intervention Plan
- The current IEP and placement were appropriate and the special education services, supplemental aides and services, and behavior intervention were provided consistent with the IEP & placement

## NEXT STEPS

If the manifestation determination of the MDT is "NO" to either statement below, then the behavior <u>must</u> be considered a manifestation of the student's disability.

1) The student understood the impact and consequences of the behavior subject to disciplinary action;

     <u>X</u> YES      _____ NO

2) The student had the ability to control the behavior subject to disciplinary action.

     <u>X</u> YES      _____ NO

The determination of the MDT is that the behavior is:

     _____ a manifestation of the disability

     <u>X</u> not a manifestation of the disability. (Transfer records to general education for Chapter 25 procedures)

All District of Columbia Public Schools' students are given due process rights relative to student discipline in Chapter 25 of the District Columbia Municipal Regulation, Title Five (DCMR). The DCMR Title Five document is located in all public libraries and in the main office of District of Columbia Public Schools.

# MANIFESTATION DETERMINATION (Cont.)

District of Columbia Municipal Regulations, Chapter 25 requires parental notification prior to any action taken against the student. In addition, a pre-suspension parent conference with the student is required within two school days of the infraction. Infractions fall in the following categories:

Level 1— Ten days or less
Level 2— Eleven to twenty-four days*
Level 3— Twenty-five or more days*

*Requires Authorization from the Student Hearing Office

IDEA '97 requires a manifestation determination review by the MDT immediately, if possible, but in no case later than ten school days after the date on which the decision to take disciplinary action is made. The review must be conducted by the MDT in a meeting.

**Although IDEA allows up to ten days for a <u>manifestation determination (MDT meeting)</u>, DCPS requires a pre-conference within two days of the infraction.**

Committee Recommendation(s):

MDT MTG, PLAN/PL, WILL GO FORWARD WITH level II SUSPENSION. ATTORNEY +

PARENT AWARE OF DUE PROCESS HEARING STEPS. COPY OF INCIDENT + SUSPENSION

WILL BE PROVIDED TO ATTORNEY + PARENT

| Signatures | Title | YES | NO |
|---|---|---|---|
| DARLENE HUDSON | PARENT | | X |
| Q EKERIWE | ATTORNEY | | |
| MICHELE DAVIS | PSYCHOLOGICAL | | X |
| TIFFANI WEATHER | GENERAL ED TEACHER | X | |
| WYNONA POTTS | SPECIAL WORKER | X | |
| DARLENE PAUL | PRINCIPAL | X | |
| SUE BRADLEY | SP. ED. TEACHER | | X |

Spec. . Education Reference Guide - School Year 2001-2002

26

# MANIFESTATION DETERMINATION (Cont.)

District of Columbia Municipal Regulations, Chapter 25 requires parental notification prior to any action taken against the student. In addition, a pre-suspension parent conference with the student is required within two school days of the infraction. Infractions fall in the following categories:

> Level 1— Ten days or less
> Level 2— Eleven to twenty-four days*
> Level 3— Twenty-five or more days*

\* Requires Authorization from the Student Hearing Office

IDEA '97 requires a manifestation determination review by the MDT immediately, if possible, but in no case later than ten school days after the date on which the decision to take disciplinary action is made. The review must be conducted by the MDT in a meeting.

*Although IDEA allows up to ten days for a <u>manifestation determination (MDT meeting)</u>, DCPS requires a pre-conference within <u>two days</u> of the infraction.*

Committee Recommendation(s):
MS. EKEKWE STATED THAT SHE IS GOING FOR "STAY PUT" PROVISION IN IDEA. WEBSITE MDT DOES NOT AGREE WITH HER UNDERSTANDING OF STAY PUT. — ▇▇▇ PAPER WORK WILL BE FORWARDED TO THE HEARINGS OFFICER. ATTORNEY + PARENT WILL FILE FOR HEARING. UNTIL HEARING, ▇▇▇ WILL REMAIN OUT. THE JUSTIFICATION OF DECISION IS SAFETY FOR SCHOOL

| Signatures | Title | YES | N |
|---|---|---|---|
| DARLENE HINSON | PARENT | | ✓ |
| DIANE ANDERSON | STUDENT'S ED | ✓ | |
| TIFFANI WOMACK | SPEC ED | ✓ | |
| C. EKEKWE | ATTORNEY | | ✓ |
| SUE BRADLEY | LEA | ✓ | |
| WISCONSIN POTTS | SOCIAL WORKER | ✓ | |
| OSCAR BASKERVILLE | PRINCIPAL/DESIGNEE | | ✓ |

Special Education Reference Guide – School Year 2001-2002

H-5

27

# MANIFESTATION DETERMINATION

## SETTING THE STAGE

In carrying out a manifestation determination review, the *MDT must consider, in terms of the behavior in subject to disciplinary action, all relevant information, including:

- Evaluation and diagnostic results or other relevant information supplied by the parent;
- Observation/anecdotal records of the student;
- IEP and placement of the student;
- Functional Behavior Assessment and/or Behavior Intervention Plan
- The current IEP and placement were appropriate and the special education services, supplemental aides and services, and behavior intervention were provided consistent with the IEP & placement

## Manifestation Determination

### NEXT STEPS

If the manifestation determination of the MDT is "NO" to either statement below, then the behavior must be considered a manifestation of the student's disability.

1) The student understood the impact and consequences of the behavior subject to disciplinary action;

___ YES    ___ NO

2) The student had the ability to control the behavior subject to disciplinary action.

___ YES    ___ NO

The determination of the MDT is that the behavior is:

___ a manifestation of the disability

___ not a manifestation of the disability. (Transfer records to general education for Chapter 25 procedures)

All District of Columbia Public Schools' students are given due process rights relative to student discipline in Chapter 25 of the District Columbia Municipal Regulation, Title Five (DCMR), The DCMR Title Five document is located in all public libraries and in the main office of District of Columbia Public Schools.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MD

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: H_____, N_____        SCHOOL: MERRITT        DATE: 12/01/200_

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| DARLENE HINSON | Darlene Hinson | PARENT |
| DIANE ANDERSON | Diane C. Anderson | SP. ED TEACHER |
| TIFFANI WEAVER | | GEN-ED. TEACHER |
| WAYNONIA POTTS | | SOCIAL WORKER |
| SUE BRADLEY | | LEA |
| OSCAR BROADIE | | PRINCIPAL/DESIGNEE |
| O. EKEKWE | | ATTORNEY |

PURPOSE OF MEETING - DETERMINE MANIFESTATION
    INCIDENT ON NOV. 27, 2006 - N_____ SPRAYED FIRE EXTINGUISHER
INTO CLASSROOMS.
PARENT AGREED TO MEETING 12/01/2006 11AM -
ATTORNEY'S OFFICE HAD GIVEN 11/29/06 9AM 11/30/06 9AM 12/01/2006 11AM
Ms. HINSON CAN NOT ATTEND 9AM MEETINGS - NOTIFICATION OF 12/01/06 11AM
MEETING FAXED TO MS. EKEKWE.
MOTHER QUESTIONED IF ANY ONE ACTUALLY SAW HIM. MS. WEAVER STATED
    SHE SAW N_____ BEFORE AND AFTER INCIDENT. MOTHER ASKED IF
    HE WAS ALONE - MS. WEAVER REPLIED THAT HE WAS NOT ALONE
    MS. ANDERSON SAW N_____ WITH THE EXTINGUISHER BUT DID NOT
ACTUALLY SEE HIM SPRAY IT. THE INCIDENT IS RECORDED ON TAPE
SHOWING N_____ H_____ RUNNING ON 3RD FLOOR AND SPRAYING
EXTINGUISHER INTO CLASSROOMS.
MOTHER THINKS SUSPECTED DISABILITY IS CAUSE OF BEHAVIOR
ATTORNEY THINKS SUSPECTED DISABILITY IS CAUSE OF BEHAVIOR
SOCIAL WORKER SUSPECTED DISABILITY IS NOT CAUSE OF BEHAVIOR
MS. WEAVER GEN. ED. OBSTAINED - STATED SHE DOES NOT FEEL ADHD
    WOULD CAUSE N_____ TO BEHAVE AS HE DID - BUT SINCE THERE
    HAS NOT BEEN A DETERMINATION OF ELIGIBILITY DOES NOT
    FEEL COMFORTABLE MAKING JUDGEMENT

Page 2                    Manifestation Determination                    12/01/2006

Mr. Brodie states that he does not feel suspected disability is cause for behavior.

Mr. Anderson states that she does not feel suspected disability is cause for behavior.

Ms. Bradley states that she does not feel suspected disability is cause for behavior.

Mother and attorney do not think N_____ understood the impact and consequences of behavior.

Mother stated that his impulsivity caused him to behave as he did and that he was not aware that he would get in trouble.

Ms. Anderson stated that she had asked N_____ to leave area before he actually took extinguisher out.

Ms. Potts and Ms. Weaver both stated that N_____ tried to change his appearance after committing behavior.

Ms. Erekwe stated that until hearing, "stay put" provision states that N_____ (change of placement) can return to school until hearing. Merritt does not agree. Justification of decision for N_____ to remain at home is that his behaviors are safety issue for students and staff.

Mother stated again that she does not think N_____ knew what he was doing nor that he would get in as much trouble.

30



# EMERGENCY TREATMENT RECORD
## Staff Exam, Decision-Making & Progress Notes





| STAFF PHYSICIAN EXAM ( O = present; / = absent) | | | | | |
|---|---|---|---|---|---|
| GENERAL | Alert    Smiling    Fussy    Toxic    Well hydrated | | | | |
| HEAD | AFOF   AT/NC    **Neck**    NT    FROM    Supple | | | | |
| EYES | EOMI    Conj clear    PERRL    Discs sharp    D/C | | | | |
| EARS | TMs clear (B)    External scars/lesions    D/C | | | | |
| NOSE | Flaring    Rhinorrhea    Foreign body | | | | |
| MOUTH | MMM    OP benign    Tonsil exudate    Pharyngeal erythema | | | | |
| LUNGS | CTA (B)    Wheezes    RTX    Crackles | | | | |
| CV | RRR    $S_1 S_2$    Rub    Murmur    Gallop    Distal pulses nl | | | | |
| CHEST WALL | NT    No breast masses | | | | |
| LYMPH NODES | Axilla    Neck    Groin    Other | | | | |
| ABDOMEN | Soft    NT    ND    BS nl    HSM    Mass    Pelvis stable | | | | |
| GU – FEMALE | NEFG    CMT    Vaginal d/c | | | | |
| GU – MALE | Testes ↓    Hydrocoele    Penile d/c | | | | |
| NEURO | Good tone    Norm gait    MAEE    CN's normal | | | | |
| SKIN | Rash    Abrasions    Bruises    Burns    Laceration | | | | |
| EXTREMITIES | FROM    Edema    Warm    Perfused    Non Tender | | | | |

Exam Notes

REVIEWED:  ☐ Triage assessment & VS   ☐ Prior record

| Time | Initials | STAFF PHYSICIAN DECISION MAKING & MEDICAL REASONING |
|---|---|---|
|  |  | ☒ Reviewed resident history and examined patient. Concur except as noted. |

*Trauma to R jaw*
*Sensation/Strength Intact*
*[illegible] Dentition intact*
*GT (−)*

| Time | Initials | PROGRESS NOTES |
|---|---|---|

Patient signed out to Dr. _____

TEACHING DONE BY MD  ☐ Verbal   ☐ Written: See D/C instructions   ☐ States understanding   ☐ Interpreter

FINAL DIAGNOSES
1. *Contusion*
2.
3.

| FINAL ASSESSMENT | ☐ Color Pink   ☐ Alert/Responsive   ☐ MMM   ☐ Respiration Unlabored   ☐ Pain Score ___ |
|---|---|
| FINAL CONDITION | ☐ Improved   ☐ Unchanged   ☐ Deteriorated   ☐ Deceased |
| CONTINUITY OF CARE | ☐ Logifax sent   ☐ Referring MD called   ☐ Discussed with Dr |
| DISPOSITION DECISION | ☐ Discharge   ☐ Admit to ___ Rm # ___   ☐ Transfer to ___   ☐ Packet Complete |
|  | ☐ LWBS   ☐ Left AMA (release signed  ☐ Yes  ☐ No)   Expired   ME notified at ___ |

Signature, Title & Initials        Signature, Title & Initials

*[signature]*
Resident Physician Signature, Title & Initials

*[signature]*
Staff Physician Signature, Title & Initials



**PHYSICIAN CHART PG 2 of 3**

31

R18-115 Rev 06/06

**EMERGENCY TREATMENT RECORD**
**History & Physical**

Children's
National Medical Center

| TIME SEEN BY MD | 240A | REFERRED BY | |
| --- | --- | --- | --- |
| | | HISTORIAN | PT |
| CHIEF COMPLAINT | hit (L) jaw | | |
| HPI | 13yo male hit (L) jaw | | |

c fist. Ø LOC. Ø neck
pain Ø vomiting
c/o (L) ear pain + slight HA

Label / Addressograph

**PAIN SCORES**  ☐ Numeric Rating Scale  ☐Faces  ☐FLACC  ☐CRIES  Score ____ /  Character ☐ sharp ☐ dull ☐ pressure
**Frequency** ☐ continuous ☐ intermittent ☐ ____  **Duration** ____ ☐ min ☐ hrs ☐ days ☐ wks ☐ mon ☐ yrs Location ____
**INJURY** ☐ No ☒Yes  ☐ Unintentional  ☐Intentional  ☐ Self-Inflicted  ☒APA  ☐ ASA
**CURRENT MEDS** Ø
**ALLERGIES** ☒ No Known  ☐ Yes
**PAST MEDICAL HX** No significant Wheezing  Pneumonia  Seizures  SCD  Dev. Delay  Birth WT ____ kg
☐ present; ☐ absent  ☐ Prematurity ____ wks  ☐ Peri-natal complications:  ☐ Other ____
**IMMUNIZATION UTD** ☒Yes  ☐No  ☐Unknown  **FAMILY & SOCIAL HX** ☐ Daycare  ☐ Smoker in house  ☐ Asthma  ☒ Other school
**REVIEW OF SYSTEMS** (O = present; / = absent)  ☐ All Other ROS Noncontributory

| CONSTITUTIONAL Fever  Pain/crying | HEM/ONC Pallor  Bruising tendency | GI Vomiting  Constipation  Diarrhea |
| --- | --- | --- |
| Lethargic/fussy  ☐ po intake  ↓UOP | Bleeding tendency | Black/bloody stools  Abdominal pain  Nausea |
| PULM & CVS Cough  Dyspnea | MUSC/SKEL & LYMPH Swollen glands | PSYCH  H/O Suicidal ideation / attempt |
| Wheezing  Stridor (mild / mod / severe) | Lumps  Extremity pain / swelling | H/O Depression  H/O Violence |
| CP  Palpitation | Neck pain  Back pain  Joint pain | H/O Substance Abuse |
| NEURO HA  Blurry vision  LOC  Seizure | SKIN Diaper rash  Generalized rash | ENDO Polyuria  Polydipsia |
| EENT Rhinorrhea  Otalgia  Eye d/c | GU Frequency  Dysuria  Hematuria | FEMALE REPRO LNMP: ____ |
| Conjunctiva injected  Pharyngitis | Penile d/c  Painful / swollen genital area | Abnormal bleeding  Vaginal d/c |

**RESIDENT PHYSICIAN EXAM** ( O = present; / = absent )

| | | REVIEWED  ☐ Triage assessment & VS  ☐ Prior record |
| --- | --- | --- |
| GENERAL | Alert  Smiling  Fussy  Toxic  Well Hydrated | Triage VS T ____ HR ____ RR ____ BP ____ PO ____ WT ____ kg |
| HEAD | AFOF  AT/NC  NECK  NT  FROM  Supple | Exam Notes |
| EYES | EOMI  Conj clear  PERRL  Discs sharp  D/C | 37.4  134/73  8  71  8 |
| EARS | TMs clear (B)  External scars/lesions  D/C | blood on (L) TM |
| NOSE | Patent  Rhinorrhea  Foreign body | Conductive + sensorineural |
| MOUTH | MMM  OP benign  Tonsillar exudate  Pharyngeal erythema | grossly intact (L) |
| LUNGS | CTA (B)  Wheezes  RTX  Crackles | ear |
| CV | RRR  S1 S2  Rub  Murmur  Gallop  Distal pulses nl | good strength c teeth against |
| CHEST WALL | NT  No breast masses | tongue blade |
| LYMPH NODES | Axilla  Neck  Groin  Other | good hinge nose |
| ABDOMEN | Soft  NT  ND  BS nl  HSM  Mass  Pelvis stable | |
| GU – FEMALE | NEFG  CMT  Vaginal d/c | |
| GU – MALE | Testes  Circumcised  Penile d/c  Hernia | |
| NEURO | Good tone  Norm gait  DTRs 2+ all ext  CN's normal | |
| SKIN | Rash  Abrasions  Bruises  Burns  Lacerations | |
| EXTREMITIES | FROM  Edema  Warm  Perfused | |

| Signature, Title & Initials | Signature, Title & Initials | Resident Physician Signature, Title & Initials  MALOY | Staff Physician Signature, Title & Initials |
| --- | --- | --- | --- |

#18-112 Rev. 11/08



**PHYSICIAN CHART PG 1 of 3**

32



**Children's**
*National Medical Center*
*111 Michigan Ave. N.W.*
*Washington, D.C. 20010*

ACCT#   0700900011
NAME:   H█████, N█████
SEX: M  DOB: ███/93   ADM: 01/09/07
DR:     CHAMBERLAIN JAMES
MRN#  020315565
INS:    DC MEDICAID OUTPATIENT



Page 2

## DISCLOSURE OF INFORMATION

I understand that Children's complies with all federal and local regulations including the Health Insurance Portability and Accountability Act; and that this Consent includes my agreement that Children's can use private health information for treatment, payment and hospital operations as defined in the Notice of Privacy Practices.

## PAYMENT, INSURANCE, ASSIGNMENT OF BENEFITS

I assign to Children's the right to bill and collect from any insurance that covers the patient. I agree to cooperate with the Hospital in seeking payment including alerting the Hospital to any resources for payment of the patient's bill. I will pay any deductible, co-payment, and any amounts denied or not covered by insurance. If the patient is uninsured, I agree to apply for any applicable medical assistance program includinf but not limited to Medicaid. If the patient is uninsured and not eligible for a medical assistance program I agree to complete financial information forms to determine eligibility for reduced charges or charity funds.

I understand that I have (parent must initial any and all that apply):

_____ requested services that are outside of my insurance company's network;

_____ knowingly requested services outside my highest level benefit option (e.g., Preferred, POS Choice, Select, etc...) and that my "out-of-pocket" financial responsibility may be greater;

_____ not provided the Hospital with the proper referral form, referral information and/or authorization;

_____ not provided the Hospital with adequate proof of insurance; or

_____ voluntarily requested that the Hospital NOT bill any insurance I may have, without ref=agrd to whether these services are covered by any such insurance.

I further understand and agree that I am personally responsible for making full payment for all charges resulting from this Consent for Services.

## DISCHARGE

I understand that Children's Hospital is an acute care facility and that once my child is medically able he/she will be discharged to home or to a non-acute care facility. I consent to a transfer or discharge once the attending physician determines that it is medically appropriate. If I do not take the patient home after being discharged to home, I agree to pay Hospital's full inpatient charges for additional days and services. I will provide the specific names of any persons other than my spouse who is authorized to take patient home when discharged from inpatient or outpatient care.

_____ Date: _____ Time: _____
Signatures of Parent/Legal Guardian/Patient 18 yrs of age or older

Relationship: _____  Phone No. _____

_____ Date: 1/9/07  Time: _____
Signature of CNMC Employee (Witness)

**PATIENT TO BE DISCHARGED TO:**

_____ Relationship: _____  Phone No. _____

_____ Relationship: _____  Phone No. _____

**PATIENT TO BE DISCHARGED TO:**

_____ Relationship: _____  Phone No. _____

**EMERGENCY CONSENT:** This patient needs immediate attention. Efforts are being made to locate the parent or legal guardian. A delay in admission and treatment will be harmful.

Signature: _____ , M.D.    Signature: _____ , M.D.



**Children's**
*National Medical Center*
*111 Michigan Ave. N.W.*
*Washington, D.C. 20010*

ACCT# 0700900011
NAME: H████,N█████████
SEX: M  DOB: ███/93  ADM: 01/09/07
DR:    CHAMBERLAIN,JAMES
MRN# 020315565
INS:   DC MEDICAID OUTPATIEN

**Page 1    OUTPATIENT**

## CONSENT FOR PROCEDURES AND TREATMENT

I understand that Children's National Medical Center, including all corporate entities and off-site locations (Children's), requires a signed Consent for Services before proceeding with treatment.

I ___ER doctors___ give consent to Children's, it's employees and/or

contractors to examine and treat _____

I understand that:
Tests and immunizations may be included as part of the examination and treatment;
I may be required by Children's policy to give a separate written consent for some treatments and procedures;
I have the right to cancel this COnsent for Services in writing and/or limit my disclosures. If I notify Children's in writing
to cancel this Consent for Services, Children's may stop examining and treating my child;
There are no guarantees regarding outcomes and results of these examinations and treatments.

## TEACHING, TRAINING AND EDUCATION

I understand that:
Children's is a teaching institution and provides education and training for students pursuing careers in the medical field;
All examinations, treatment and procedures at Children's are performed under the direction of members of Children's
medical staff (faculty);

## PUBLICATIONS, MARKETING AND FUNDRAISING

Children's may use medical information, patient statements, artwork, and videos or pictures in which the patient appears,
for educational purposes or in publications, marketing and fund raising, provided the patient is not identifiable.

## PATIENT RIGHTS (parents initials here)

_____ I have received information about Patient Rights and the Notice of Patient Privacy Practices at Children's
including whom to contact with questions or concerns or formal grievance.

## SPECIMENS AND BLOOD TESTING

I agree that blood, tissues and other samples taken in the normal course of tests or during procedures and resulting in waste
materials, may be used for education or scientific purposes or in medical chart review provided the patient is not
identifiable. These activities must be approved by an Institutional Review Board and are exempt under the Office for
Human Research Protections, the federal governing body of human research.

If anyone comes into contact with the patient's blood or body fluids:
    I consent to testing of the patient for infectious diseases including HIV.
    I agree that the exposed person may be given the results.
    I understand that Children's will comply with regulations that require reporting certain medical outcomes to
    government agencies.

## OBSERVATION, MONITORING

I understand that Children's may use video or monitoring devices for treatment, teaching or monitoring of the patient's
condition, progress, safety, or other purposes.

## ACCESS TO INFORMATION, VISITORS

Except in cases where Children's National Medical Center has been presented with a court document restricting or
redirecting parental rights, I understand that either parent may see the medical record, visit the patient, take the child home,
or make care decisions.

I agree to provide the names of any alternative representative(s) who I authorize to receive patient information. I agree to
alert Children's to alternative methods of contacting me such as by phone, cell phone, fax, mail, or e-mail.





ACCOUNT NO.
**0700900011**

MED REC NO.
**020315565**

# EMERGENCY

| HSR/ROOM/BED | SVC | ADMISSION DATE | TIME | S | R | DEN | BIRTHDATE/AGE | TYPE | SRC |
|---|---|---|---|---|---|---|---|---|---|
| ER | EMR | PRE ADM 01/09/07 | 0153 | M | 3 | BAP | ▓▓93  13Y | ER | 1 |

| | E AG CODE |
|---|---|
| ADMITTING DIAGNOSIS | JAW EAR |
| JAW EAR PAIN ASSAULT | |

NAME ADDRESS PATIENT
H▓▓▓▓,N▓▓▓▓
5121 FITCH STREET SE
APT 103
WASHINGTON    DC 20019
PHONE HOME (202)582-1203

| ALLERGIES | STAFF ALERT | REP INTL |
|---|---|---|
| NKA | | ROB |

ADMITTING PHYSICIAN
1291    CHAMBERLAIN,JAMES MICHAEL

ATTENDING PHYSICIAN
1291    CHAMBERLAIN,JAMES

SHARED CARE GIVER

| SVC EMR | P C P |
|---|---|
| SVC EMR | |
| SVC | |

PRIMARY CARE/FAMILY PHYSICIAN NAME ADDRESS
38782    FRASER-LANGLELY,ROSALINE
5000 NH BURROUGHS AVE NE
WASHINGTON    DC  20019
EMAIL
PHONE (202)397-2650          FAX  202-397-3265

GUARANTOR NAME ADDRESS
HINSON,DARLENE
5121 FITCH STREET SE
APT 103
WASHINGTON    DC 20019

RELATIONSHIP
**MOTHER

PHONE HOME (202)582-1203

EMPLOYER NAME ADDRESS
DC GOVERNMENT METRO POLICE
1805 BLADENSBURG ROAD NE
WASHINGTON    DC 20002

WORK PHONE (202)727-4510

ACCIDENT DATE      TIME      LOCATION

COMMENTS
VALID ON LINE DC MEDICAID MA# 70281666

| R E F | REFERRING PHYSICIAN NAME ADDRESS 99895    NO,REFERRING PHYS NO ADDRESS NO CITY      XX  00000 |
|---|---|
| | EMAIL |
| | PHONE (000)000-0000          FAX |

| R E L A T I V E S | RELATIVE 1 NAME ADDRESS HINSON,MARY 1710 M STREET NE WASHINGTON    DC 20002 | RELATIONSHIP AUNT |
|---|---|---|
| | PHONE HOME (202)399-1587 | WORK |
| | RELATIVE 2 NAME ADDRESS | RELATIONSHIP |
| | PHONE: HOME | WORK |

| PRIMARY PLAN | | SECONDARY PLAN | |
|---|---|---|---|
| PLAN CODE NAME 505015    DC MEDICAID OUTPATIENT | ID/POLICY NO. 70281666 | PLAN CODE/NAME | ID/POLICY NO. |
| PLAN ADDRESS PO BOX 34693 WASHINGTON    DC 20043-476 | EFFECTIVE DATE 09/08/05 | PLAN ADDRESS | EFFECTIVE DATE |
| GROUP NO.       APPROVAL NO. | INS TEL# | GROUP NO.       APPROVAL NO. | INS TEL# |
| SUBSCRIBER HINSON,NORMAN | RELATIONSHIP **PATIENT IS INSURE | SUBSCRIBER | RELATIONSHIP |

INSURANCE NOTES
PPM CODE 50515 *****LAB= CNMC*****
THIS PLAN IS TO BE USED FOR OUTPT SERVICE
EXCEPT OPO,XOB,SDS. ALL INPT, OPO,SDS AND

# EMERGENCY CONSENT:
This patient needs immediate attention. Efforts are being made to locate the parent or legal guardian. A delay in treatment will be harmful.

                                            .M.D
Signature _____          Signature _____          M.D



35


Children's

# EMERGENCY TREATMENT RECORD
## Orders, Procedures & Treatment

PCP.    FRASER-LANGLEY, RC
MR#:    0203155565
ACCT#:  07050900011
NS/TYP. ER
SEX    M
PRE
ADM
DOB
ATTND  CHAMBERLAIN, JAMES
INS PL  DC MEDICAL (C.S.P.A.)
INS ID  702315666

| ORDER | | DONE | | DIAGNOSTICS, RESULTS & PROCEDURES |
|---|---|---|---|---|
| Time | Initials | Time | Initials | |
| / | | / | | ☐ POC Hemoccult |
| / | | / | | ☐ POC Urine Pregnancy |
| / | | / | | ☐ POC Drug Screen |
| / | | / | | ☐ POC UDIP |
| / | | / | | ☐ POC PCx Glucose |
| / | | / | | ☐ POC i-Stat |
| / | | / | | ☐ Bld Culture ☐ Aer ☐ Ana ☐ Fung  Sites: |

Label / Addressograph

**Blood**  Vein ☐ Art ☐ Portacath
☐ Broviac w ___ g ☐ IV cath ☐ Butterfly
X ___ attempts ☐ Tolerated well ☐ Other
**Urine** ☐ CC ☐ Cath w ___ cath Strat
☐ Foley x ___ attempts ☐ Tolerated well
☐ Other

| | | ORDER | | DONE | | | |
|---|---|---|---|---|---|---|---|
| | | Time / Initials | | Time / Initials | | | |
| ☐ CBC ☐ Retic ___ | | / | | / | | ☐ Rapid Strep | ☐ RSV |
| ☐ BMP | | / | | / | | ☐ CSF | ☐ Influenza |
| ☐ UA ☐ UC | | / | | / | | ☐ Pelvic CXS | |
| ☐ CMP ☐ LFTs | | / | | / | | ☐ Sono | To X-ray via ___ w ___ |
| ☐ X-Ray | | / | | / | | (*) Sono  BAKED PRXT | head & temporal bone cuts |

| | | ORDER | | DONE | | | |
|---|---|---|---|---|---|---|---|
| Time / Initials | | Time / Initials | | | | | |
| **OTHER ORDERS** | | | | | | | |
| Pathway *(specify)* | | ☐ Asthma ☐ DKA ☐ Gastro ☐ Bronchiolitis ☐ Other: | | | | | |
| Flowsheet Orders | | ☐ Asthma/Wheezing ☐ DKA ☐ Sedation ☐ Metabolic | | | | | |
| Monitor Continuously | | ☐ C-R ☐ Apnea ☐ IPox. Limits: ☐ Pre-set per age ☐ Other: | | | | | |
| Recheck Vital signs | | ☐ Q1hr x ___ ☐ Q2hr x ___ ☐ Q4hr x ___ | | | ☐ Per pathway ___ | | |
| Oxygen ___ To keep POx≥ ___ % ☐ ___ % ☐ | | | | LPM ___ | ☐ Cool Mist ___ | | |
| Oxygen ___ To keep POx≥ ___ % ☐ ___ % ☐ | | | LPM | With Humidity | | | |
| Hydrate ☐ PO ☐ GT with (specify fluid): | | ORDER | | DONE | | | |
| | | Time / Initials | | Time / Initials | | | |
| Saline Lock | | / | | / | | NPO | |
| IV Maintenance | | / | | / | | | |
| Bolus | | / | | / | | | |
| Other | | / | | / | | | ☐ NKDA |

| WEIGHT | ___ kg | **ALLERGIES** ___ | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Order | MD Dose | R.N Dose | Given | MEDICATION NAME | mg or mcg/kg (specify) | Times pt wt in kgs – dose in mg / mcg | Route | Final Concentration (if inf) | Vol/amt |
| Time / Initials | Time / Initials | Time / Initials | Time / Initials | | | | | |
| | | | | MOTRIN (Advil) | | ___ PO | | |

| Time/Initials | **LACERATION REPAIR**  Description/Size (cm): |
|---|---|

Distal Neurovascular Assessment: ☐ Sensation normal ☐ Vascular intact ☐ Motor normal ☐ No tendon injury
Anesthesia: ___ ml ☐ Topical ☐ Local ☐ Digital block ☐ Lidocaine 1% / 2% ☐ Epi ☐ NaHCO₃ ☐ LET ☐ Sensorcain .25/.25
Prep: Irrigated/washed w ☐ Betadine ☐ Shurclens ☐ NS ___ ml ☐ Undermined ☐ Debrided ☐ F/B removed ☐ Extensive cleaning
Repair: ☐ SC# ___ w ___ -0 vicryl/chromic/PDS, SKIN# ___ w ___ -0 nylon/ prolene/ FARG/ Monocryl ☐ Extensive cleaning
☐ Staples # ___ ☐ Dermabond ☐ Steri-strips # ___
Applied: ☐ Ointment ___ ☐ Sterile dsg ☐ Other: ___ ☐ Tolerated well ☐ Other ___
**Procedure performed under my supervision** ___
Physician Signature ___
Physician Signature ___

Post-Repair Wnd Assessment ☐ Well approximated ☐ No active bleeding ☐ ___
Suture/Staple Removal ☐ Sutures# ___ ☐ Staples# ___ ☐ Lac Condition: ___ Healed well ☐ Other:
Splint Application  Type/location: ___ ☐ Post application neuro/ circ check normal ☐ Other:
Crutch Walking: ☐ Successful return demo, crutches issued ☐ Unsuccessful return demo, referred to PT

Invasive Procedure Verification Process
☐ Time out safety check (includes verification of correct patient, procedure, position, verification of consent, correct site/side/structure/level, xrays and/or special equipment/supplies present if applicable)
Site marked? ☐ Yes ☐ N/A

Lumbar Puncture: ☐ Written informed consent obtained ☐ Local anesthesia w 1% Lidocaine ___ m. ☐ Sterile technique used
Skin prep ☐ Chloraprep ☐ Betadine  Position: ☐ Sitting ☐ Side lying R/L  Spinal needle ___ gauge inserted @ ☐ L3-4 ☐ L4-5
___ attempts  Fluid color ___ Opening Pressure ___ ☐ Tolerated well ☐ Time Out Safety Check

Signature, Title & Initials  Signature, Title & Initials  Resident Physician Signature, Title & Initials  Staff Physician Signature, Title & Initials



## EMERGENCY TREATMENT RECORD
### Procedures, Assessments, IV, Teaching & Discharge

*Label / Addressograph*

| Time/Initials | PO/GT INTAKE | AMT | | Time/Initials | OUTPUT | AMT | |
|---|---|---|---|---|---|---|---|
| / | | | ml | / | | | ml |
| / | | | ml | / | | | ml |
| / | | | ml | / | | | ml |
| / | | | ml | / | | | ml |
| / | | | ml | / | | | ml |

Pox Monitor, Alarms On @ _____

**COMMENTS** — Pain Scale ☐ Faces ☐ Numeric ☐ FLACC ☐ CRIES

| Time/Initials | ASSESSMENTS | | | | | | Fall Risk | AVPU | CAP | PAIN | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | T | P | R | B/P | POx | FIO₂ via | | | | |

Assessments note: "SEE TRIAGE SHEET" Ø A ×3 7/10

ASSUMED RN CARE OF PT AWAKE ALERT & ORIENTED X3, ON POLICE CUSTODY AT BEDSIDE, HANDCUFFS, SKIN COOL & MOIST, DOOR JAW PAIN AWAIT ER MD EVAL PER

Ø A ×3

PT BROUGHT TO CT SCAN ALERT & ACTIV ON A HAND CUFF

PT GIVEN FOOD & DRINK (APPLE JUICE) MOTRIN

**IV FLUIDS** *(includes syringe pump medications & flushes)*

| Time/Initials | Fluid/Size IV Site | Rate | Vol | Tot In | Site/ | Fluid/Size IV Site | Rate | Vol | Tot In | Site/ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |

**IV FLUIDS** *(includes syringe pump medications & flushes)*

| Time/Initials | Fluid/Size IV Site | Rate | Vol | Tot In | Site/ | Fluid/Size IV Site | Rate | Vol | Tot In | Site/ | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |

| LEARNING BARRIER | PT FM OTH | LEARNING BARRIER | PT FM OTH | LEARNING BARRIER | PT FM OTH |
|---|---|---|---|---|---|
| ☐ None, Ready to Learn ☐ Physical / Visual | | ☐ Cognitive/Learning ☐ Emotional/Motivation | | Cultural/Religious Language | Interpreter Used ☐ |

**TEACHING:** PT/CAREGIVER — ☑ Verbal ☐ Demo ☐ AV aid ☐ Written ☐ Return Demo — ☐ Tests/Procedures ☐ Dx ☐ Plan of Care ☐ Home Care/Follow-up ☐ States Understanding ☐ Pathophysiology ☐ Meds ☐ MDI & Spacer ☐ Successful Return Demo.

◄── **VISIT END TIME**
☐ DISCHARGED ☐ ADMITTED ☐ TRANSFERRED OUT ☐ EXPIRED

Accompanied by ☐ TECH ☐ LPN ☐ RN ☐ MD ☐ Parent/Caregiver — POLICE CUSTODY
Transport Mode ☐ WC ☐ Stretcher ☐ Bassinet ☐ Stroller ☐ Parents arms ☐ Walker

Discharge Pain Assessment: 5/10
Discharge Note: A&O×3, AMBULATORY, STILL ON HANDCUFFS ON POLICE CUSTODY

Discharge Vital Signs: P ___ R 18 B/C 86

Practitioner Signature, Title & Initials    RN Signature, Title & Initials    Other Signature, Title & Initials    Other Signature, Title & Initials



# EMERGENCY DEPARTMENT
## NURSING CARE SUMMARY
## & FACILITY CHARGES

Children's



MED    FRASER LANG ELY PC
VR#    020516565
ACCT#  0700990011
NS/TYP ER -
SEX:   M
PRE
ADM:   01/09/07
DOB:         93
ATTND: CHAMBERLAIN, JAMES
INS PL DC MEDICAID OUTPATI
INS ID 70281666

*Label / Addressograph*

| CPT Code 99281 APC Category N/A **Level I** | CPT Code 99283 APC Category 611 **Level III** | CPT Code 99284 APC Category 612 **Level IV** | CPT Code 99285 APC Category 612 **Level V** | CPT Code 99291 APC Category 620 **Critical Care** |
|---|---|---|---|---|
| 0364 Triage Nurse Triage Nurse Triage & initial nursing assessment Left without treatment | 2340 Oral med administration Oral Hydration interventions 1400 Pain Mgt Vital Signs 6680 Vital signs monitoring | **Cardiac Monitoring** 4040 Cardiac Care Pulse Ox & Respiratory Reassessment EKG IM/SQ Medication Administration IV Medication Administration | **Acid-Base Management** 1910 Acid-base management 3140 Airway management (BLS/ALS interventions) Oxygen therapy 3320 **Rapid sequence intubation** | 4030 Blood products administration Cardio-Pulmonary Resuscitation 5140 Code management Mechanical ventilation 3300 Mechanical ventilation |
| CPT Code 99292 APC Category 610 **Level II** Stool Guaic Urine Dip 7610 Bedside Lab testing (RN/LPN/tech) 6240 First Aid 3560 Wound Care (basic) 1060 Lavagation | 4238 Phlebotomy: Venous 4190 IV insertion Respiratory Problems: 3350 Respiratory Monitoring Medication Teaching 5816 Teaching-prescribed medications Catheterization 0580 Urinary Catheterization SI. Catheterization (urine collection) 0910 Splinting Simple wound care : cleaning Wound care (simple) Patient Transport: X-ray / CT 0860 Transport | 4200 IV therapy Fluid & electrolytes Mgt 2060 Fluid/Electrolytes Mgt (fluid bolus & continuous infusion) Neurological monitoring 2620 neurological monitoring Seizure management 2680 Seizure Mgt Wound care 3680 wound irrigation Complex wound cleaning Complex wound repair support Simple GYN exam assistance Lumbar Puncture care Isolation Care/procedures Crisis intervention 6160 Crisis intervention Psych evaluation Decontamination services simple burn care < 9% TRANSLATION SERVICES | **Anaphylaxis Mgt** 6410 Allergy Management Cardiac Care 4044 Care: Acute 4090 Dysrhythmia Management Procedural sedation 2260 Conscious Sedation 4140 Fluid resuscitation 4250 Shock Management 6300 Rape-Trauma treatment (Sexual Assault examination) 6650 Surveillance OR preparation General admission to inpat. unit IV administration of vasopressors or high acuity drugs Maintain C-Spine precautions or immobilization | Invasive Monitoring 4210 Invasive hemodynamic monitoring Hypovolemic Shock: 4258 Shock Mgt: Volume Cardiogenic shock: 4254 Shock Mgt: Cardiac Chest Tube 1872 tube care-chest Critical Care Admission (1:1 nursing care) Preparation for critical care transport Trauma Alert Code/Medical ALERT |
| Simple DC instructions | DC instructions (including meds) | Complex DC instructions Transfer TO ETU FOR OBS | Admission / OR preparation | |
| EQUIPMENT USED | CARE PATHS IMPLEMENTED: (CIRCLE the care path utilized) **Asthma** **Bronchiolitis** **VP Shunt** **Alleged Sexual Abuse** **Alleged Physical Abuse** **Metabolic** | **LEVEL IV:** Minor closed head injury New onset afebrile seizure Seizure with fever Sickle cell with acute chest syndrome Sickle cell with pain Sickle cell with fever Fever and neutropenia | Diabetic ketoacidosis Gastro Abdominal pain Behavioral no risk of suicide **LEVEL V:** Behavioral suicide risk Critical airway | |
| | Procedures Performed: Nebs # Continuous Neb: IV/Neb start time: IV/Neb stop time: Lumbar puncture EKG Ventilation initiation & Mgt CPR Resuscitation Defibrillation & cardioversion NG/gastric tube | Wound Debridement/wound care/laceration repair: Laceration size: _____ cm Laceration repair: Simple · Intermediate · Complex Wound cleaning: Simple · Intermediate · Extensive Foreign body removal (site / object) _____ Return for suture removal ___ / ___ / ___ Suture removal completed | Other procedures: Fx Care: Cast: Splint: Crutches (& education): Restraints: Immunizations: | |
| DISPOSITION (Circle) | HOME   ETU   Floor admission   Call with Treatment Time | Room: | PICU/NICU admission | Admission Room ___ ___ Transfer ____ to unit bed: |
| REGISTERED NURSE SIGNATURE | | DATE 1/9/07 | CODER SIGNATURE | DATE |

**NURSING CHART PG 3 of 4**

38



Children's National Medical Center
111 Michigan Avenue NW Washington, DC 20010 (202) 884-5203
020315565
0700900011

Discharge Instructions for: N█████ H█████
Date: 01/09/2007  Time: 04:34

IMPORTANT: We examined and treated N█████ today on an emergency basis only. This was not a substitute for or an effort to provide complete medical care. In most cases, you must let your doctor check N█████ again. Tell your doctor if N█████ has any new or lasting problems. We cannot recognize and treat every health problem in one Emergency Department visit. If N█████ has special tests, such as X-rays, we will review them within a day. We will call you if there are new suggestions. After you leave, follow the instructions below.

If you have any questions about today's visit to the Emergency Department, please call us at (202) 884-5203.

You were treated today by DEENA BERKOWITZ, MD.

INSTRUCTIONS FOR FOLLOW UP MEDICAL CARE:
Call as soon as possible to make an appointment in the next available appointment time at the Concussion/TBI Clinic. You can reach the Concussion/TBI Clinic at (202) 884-2429, 111 MICHIGAN AVE, NW, WASHINGTON, DC 20010. If you have a managed care insurance plan, you may need to contact your primary care provider for a "referral". If you have any problems or concerns before the appointment, call the Clinic.

Call as soon as possible to make an appointment to see your doctor in 3 days. You can reach your doctor by calling their clinic phone number.

DIAGNOSIS:
HEAD INJURY
A head injury shakes up the brain inside its protective skull. Examination of your brain and nerves was normal. Sometimes, though, problems can show up later.

Follow these instructions:
- Rest quietly for about 1 day.
- Eat simple foods, such as soup and other liquids.
- Do Not Drink Alcohol!
- Have someone else watch you for the problems listed below (someone who does not have an injured head).
- Do not play contact sports again for at least one month and until after your doctor has examined you to make sure everything is back to normal. A second concussion can be fatal.

Call your doctor if you have:
- repeated or persistent vomiting.
- headache which worsens or lasts more than 1 day.

- difficulty seeing.
- difficulty walking or using your arms.
- dizziness, confusion, or loss of consciousness.
- difficulty being awakened.
- slurred speech.
- new or worsening neck pain.
- any new or severe symptoms.

IF YOU CANNOT REACH YOUR DOCTOR, CALL OR RETURN TO THE EMERGENCY DEPARTMENT.

YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.
Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician"

X_____
N█████ H█████ or Responsible Person

N█████ H█████ or Responsible Person has received this information and tells me that all questions have been answered.

_____
Staff Signature

Portions Copyrighted 1987-2007, LOGICARE Corporation  Page 1 of 1



39

Children's National Medical Center
111 Michigan Avenue NW Washington, DC 20010 (202) 884-5203

## Concussion Fact Sheet
Mild TBI/ Sports Concussion Program
Gerard A. Gioia, Ph.D., Director
Jennifer Janusz, Psy.D., Assistant Director
(202) 884-2429

### What is a concussion?
A concussion is caused by a blow or jolt to the head. It is an injury to the brain which can disrupt normal brain functions. Sometimes after a concussion, people lose consciousness or are "knocked out." However, you can have a concussion without losing consciousness. Many times after a concussion, people seem dazed, dizzy or confused. They might also feel nauseous or have headaches. This can last from only a few minutes to days or weeks after the concussion.

### What should I watch out for?
Every concussion is different. Although some symptoms may show up right away, you sometimes do not see symptoms until days after the concussion. It is important to look for the signs of concussion.

### Concussion Symptom Checklist
The following symptoms are commonly seen after a concussion. Please monitor your child's for these systems. **Place an X** if your child continues to **demonstrate any of these symptoms** after discharge from the hospital.

**Physical symptoms**

| | |
|---|---|
| Headaches | ____ |
| Nausea | ____ |
| Vomiting | ____ |
| Balance problems | ____ |
| Numbness/tingling | ____ |
| Sensitive to light or noise | ____ |
| Blurry or double vision | ____ |
| Moves in a clumsy way | ____ |
| Dizziness | ____ |
| Seems tired/sleepy | ____ |
| Sleeping more or less | ____ |
| Trouble falling asleep | ____ |
| Has less energy | ____ |

**Cognitive (thinking) symptoms**

| | |
|---|---|
| Acts foggy | ____ |
| Seems slowed down | ____ |
| Seems dazed/stunned | ____ |
| Gets confused | ____ |
| Answers questions slowly | ____ |
| Problems concentrating | ____ |
| Problems remembering | ____ |

**Behavioral symptoms**

| | |
|---|---|
| Irritable | ____ |
| Acts more emotional | ____ |
| Acts nervous or anxious | ____ |
| Appears sad | ____ |

If you have checked any of the above, your child may still be experiencing symptoms of a concussion and should receive a follow-up evaluation.

### Why is it important to have an evaluation?
The symptoms of a concussion, such as problems concentrating, difficulty remembering things, dizziness and headaches, can cause problems when your child returns to school. An evaluation can help decide whether your child will need any help in school while he/she recovers from the concussion. Also, it is important that your child does not play sports or do any risky activity where he/she could hit his/her head again while still showing signs of a concussion. Repeat injuries to the head could cause more serious damage. The evaluation will help your doctor to decide when it will be safe for your child to return to sports and other physical activities.

### What will happen at the evaluation?
You and your child will meet with a doctor (neuropsychologist) and discuss the injury and the symptoms your child is having. Your child will then be given specific tests of attention, memory, and speed. The doctor will then review the test results with you and help you make decisions regarding your child's return to school, sports, and other physical activities. The evaluation lasts approximately two hours. Following the first visit, you may be asked to return for shorter, one-hour visits to monitor your child's recovery until symptoms are no longer present.

### How can I schedule an appointment?
Appointments in the Mild TBI/ Sports Concussion Clinic can be scheduled by calling the Program Office at 202-884-2429.

Portions Copyrighted 1987-2007, LOG.CARE Corporation Page 1 of 1



**TRIAGE ASSESSMENT**



**TRIAGE ASSESSMENT:**

Date 10/07  Time 0145  Name N_____ H_____  DOB _____ /93 Sex (M) F

Chief Complaint: JAW PAIN S/P ASSAULT / FIGHT

Significant PMH: ☒ none ☐ Asthma ☐ Cancer ☐ Diabetes ☐ Heart Defect ☐ Metabolic ☐ Sickle Cell Anemia ☐ Seizures ☐ other _____

Airway: ☒ Patent, no obstructive sounds ☐ other _____

Breathing: ☒ No distress ☐ other _____

Circulation: ☒ Pink/warm, no active bleeding, ☒ cap refill <3 sec ☐ other _____

Mental status: ☒ Alert ☐ Verbal ☐ to Pain ☐ Unresponsive ☐ baseline for patient ☐ other _____
Fontanel ☐ N/A ☐ flat ☐ sunken ☐ bulging

Pain: ☐ Faces ☒ Numbers ☐ FLACC ☐ CRIES  Score 7 /10  Weight 63 kg ☒ actual ☐ est

Hydration Status: Last void _____ Last po/ng/gt intake _____

Exposures: ☒ None ☐ Chicken Pox ☐ TB ☐ other _____

Other information: _____

Disposition: ☒ To ED for initial assessment ☐ Routine initial assessment ☐ Fast Track

Assessed by _____ RN

| Triage Acuity | | | | |
|---|---|---|---|---|
| 1 | 2 | 3 | (4) | 5 |

WR Reassessment  Time _____  Assessed by _____
☐ Unchanged from above ☐ Change in status

Time _____  Signature _____

**VITAL SIGNS**
T 37.4 ☐ Oral ☐ Rectal ☐ Tympanic  HR 87  R 18  B/P 134/73 PO₂ _____ ☐ RA ☐ O₂ _____ LPM

**INITIAL NURSING ASSESSMENT**

☒ Interpreter used for history

| HISTORIAN | ☐ Patient ☐ Mother ☐ Father ☐ Guardian ☐ Grandparent ☐ EMS ☒ Police ☐ Other |
|---|---|
| HOME MEDICATIONS | ☒ None |
| ALLERGIES | ☒ None ☐ Yes, List _____  ☐ Allergy band ☐ ID Band |
| IMMUNIZATIONS | ☒ UTD ☐ Not UTD ☐ Unknown |
| PAIN SCREEN | ☐ Faces ☐ Numbers ☐ FLACC ☐ CRIES  Score 7 /10 |
| COLOR | ☒ Pink ☐ Pale ☐ Gray ☐ Mottled ☐ Cyanotic ☐ Jaundice ☐ Other |
| RESPIRATORY SIGNS/SYM | ☒ None ☐ Congestion ☐ Cough ☐ Hoarse Voice ☐ Stridor ☐ Increased work of breathing |
| BREATH SOUNDS | ☐ N/A ☒ Clear ☐ Coarse ☐ Rales ☐ Wheeze ☐ See respiratory flow sheet |
| ORAL MUCOSA | ☐ N/A ☒ Moist ☐ Dry ☐ Other |
| ABDOMEN | ☒ Soft ☒ Non-Tender ☐ Distended ☐ Tender ☐ Guarding ☐ Tense/Rigid |
| INJURY | ☒ N/A ☐ Distal + pulse ☐ Refill <3 ☐ + Movement ☐ Normal sensation ☐ + bleeding |
| | ☐ Deformity ☐ Distal - pulse ☐ Refill > 3 ☐ - Movement ☐ Paresthesia ☐ - bleeding |
| FOCUSED PHYSICAL EXAM | ALERT + ORIENTED X 3, SKINS COOL + MOIST, ON POLICE CUSTODY |
| MED/ORDERS | ☐ Medication documented on ETR ☐ Nurse-Ordered X-ray ☐ Throat Culture ☐ RSV swab |
| FIRST AID | ☐ Dressing ☐ Shur-Clens ☐ NS ☐ Ice ☐ Splint ☐ Sling ☐ C-Collar ☐ Backboard |
| REFERRALS | ☐ SW ☐ Psych ☐ DCP |
| INSTRUCTIONS | ☐ NPO ☐ Light Clothing ☐ Clean Catch Urine ☐ ORT |
| LEARNING BARRIER | ☐ None ☐ Spanish speaking ☐ other language ☐ other |

Nursing Assessment Completed BY
Time : 0145  Signature: _____

**Placed in Room #** 24

41

CHMC - 111 Michigan Avenue NW,  Washington, DC  20010
                                          Sex: M    D.O.B:         /
  : name:              H                 ACCT: 0700900011
MRN: 020415405
Loc:
Accession #:1443307
Super Date:01/09/2007 040500
Ordered by: JAMES M. CHAMBERLAIN
Exam: *CT BRAIN NO CO
Diagnosis:


CT brain, 1/9/07.


Impression:
1. NP depressed skull fracture.
2. No intracranial hemorrhage.
3. Paranasal sinus opacification, as described.


Technique: 5 mm noncontrast axial images of the head were obtained.
The bone and soft tissue windows were reviewed.

Indication: Hit in the left jaw, blood in the left ear.

Comparison: None.

Findings:
The brain architecture is normal. There is no mass, midline shift,
hemorrhage or extra-axial abnormal collection.

The ventricles, cisterns, and sulci are normal.

There is a depressed skull fracture. There is moderate mucosal
thickening within the visualized ethmoid sinuses including the left
frontal ethmoidal recess, sphenoid sinuses, and minor mucosal
thickening within the visualized right frontal sinus.

Radiologist: ZARIR P. KHADEMIAN

CBHC - 111 Michigan Avenue NW,   Washington, DC  20010
Pt. Name: EL_____, H_____                       Sex: M    D.O.B: _____/1993
MRN: 020315565                                  ACCT: 0700900011
Loc:
Accession #:1443308
Order Date:01/09/2007 041500
Ordered by: JAMES M. CHAMBERLAIN
Exam: CT ORBIT/EAR
Diagnosis:


CT temporal bones, 1/9/07.

Impression:
1. Slight thickening of the left tympanic membrane.
2. A temporal bone fracture is not identified.
3. Paranasal sinus opacification.

Technique: Direct axial and coronal 0.62 mm slices through the
temporal bones were obtained. Axial and coronal reformatted images
were also obtained. The coronal images are motion degraded.

Indication: Hit in the left jaw, blood in the left ear..

Comparison: None.

Findings:
The external auditory canals are symmetric and patent. The mastoid
air
cells are aerated and show no abnormality.

There is mild thickening of the left tympanic membrane. The round and
oval windows have a normal appearance. No soft tissue masses are
identified in the middle ear cavities; the ossicles are of normal
size
and position.

The inner ear structures including the cochlea, vestibule, vestibular
aqueduct, and semicircular canals are normal. Although the right
vestibular aqueduct is top normal in size. There is no abnormal
widening of the internal auditory canals. The 7th cranial nerve
appears normal bilaterally.

The carotid canals demonstrate a normal course in relation to the
inner ear structures. The jugular bulb on both sides show a normal
course.

There is opacification within the visualized left maxillary sinus,
mild to moderate mucosal thickening within the right maxillary sinus,
and moderate bilateral mucosal thickening within the visualized
sphenoid and ethmoid sinuses.

Radiologist: KARIM F. KHADEMIAN

District of Columbia Public Schools
Washington, D.C.

INTERVENTION BEHAVIOR PLAN

Date Developed: 02/16/2007

Student Name  N█████  H█████       ID# 9055476       DOB █-1993  Grade 7

Address  5121       Fitch Street       SE       Washington, DC       20019
         Street #    Street Name,       Quadrmt  Apartment #  City.      State    Zip Code

Telephone (H)  (202)582-1203       (w) (202)       Counselor  W. Potts

Attending School  Merritt Middle School       Teacher  Ms. Anderson       Room_____ Section_____

Additional Comments.

TARGETED BEHAVIOR(S):

Inattentiveness
Poor School and classroom attendance
Difficulty remaining on location
Oppositional and willful behaviors
Failure to comply with and respect adult directives

POSITIVE INTERVENTION STRATEGIES: Student Objective -

N████ will attend school and enter class daily
N████ will follow directions and respond appropriately to staff members
N████ will verbalize thoughts and feelings constructively
N████ will stay on location and improve behavior in class to enhance learning opportunities
N████ will improve coping and social skills

Implementation description -

N████ will receive positive verbal praise upon succcessful completion of identified task
N████ will receive verbal praise when he engages in successful behaviors without prompting
N████ will gain additional free choice time for successful classroom time

POSITIVE INTERVENTION STRATEGIES: Teacher Strategies

Frequent intervals between assignments to prevent withdrawal/overload
Consistency in directives and expectations for appropriate behavior
Outline and utilize positive reinforcements and consequences
Redirection
Proximity Control
Modeling

MONITORING SYSTEM: Responsible Teacher - School Staff

Describe System -

Staff consultations
Parent/Guardian Contact
Reports/Charted Documentation

Data collection timeline -

Monthly

FOLLOW-UP MEETING: Date -  3/20/2007

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT | MDT REFERRAL DATE: _____

STUDENT: A_____ H_____    SCHOOL: MERRITT MS    DATE: _____

PARTICIPANTS: (Print Name)        PARTICIPANTS: (Sign Name)        POSITION

DARLENE HINSON        _____        PARENT
DIANE ANDERSON        Diane C. Anderson        SPED TEACHER
TIFFANI WEAVER        N/A        GEN ED TEACHER
WALLENIA POTTS        _____        SOCIAL WORKER
ALEXANDRA EKERWE        _____        ADVOCATE
SUE BRADLEY        _____        LEA/SEC

---

PURPOSE OF MEETING IS TO REVIEW BEHAVIOR PLAN FOR N_____
MS EKERWE ARRIVED AT 11AM FOR 10:30AM MEETING. MS. HINSON WAS
THERE ON TIME 10:30AM.
MS. EKERWE ASKED FOR FBA BECAUSE SHE DID NOT HAVE N_____ FILE
MS POTTS MET WITH N_____ LAST WEEK. THEY HAD A POSITIVE SESSION
AND N_____ WAS ABLE TO TELL MS POTTS WHAT HE WOULD LIKE AS HIS
REWARDS/POSITIVE CONSEQUENCES.

MS EKERWE ASKED THAT A POINT SYSTEM BE DEVELOPED IN THE CLASSROOM.
MS POTTS + MS ANDERSON WILL DEVELOP A POINT SYSTEM.

N_____ HAS RECEIVED A COPY OF HIS SCHEDULE BUT HAS YET TO ARRIVE
TO MS ANDERSON'S CLASS
- N_____ SCHEDULE WILL BE GIVEN TO ALL 7th GRADE TEACHERS TO
HELP REDIRECT N_____ TO THE APPROPRIATE CLASS
- COMMUNICATION LOG WITH PARENT
- N_____ ALSO HAS A CONDUCT SHEET THAT HE IS TO TAKE FROM
CLASS TO CLASS.
- AFTER REVIEWING THE SCHEDULE, N_____ SCHEDULE WILL NEED
BE REVISED. AS IT STANDS N_____ IS BEING PULLED FROM GEN ED
CLASSES THAT HE IS ABLE TO ATTEND. AND SCHEDULED FOR GEN ED
CLASSES THAT WOULD NOT AFFORD HIM POSITIVE OUTCOMES
- MS ANDERSON WAS NOT WILLING TO LISTEN TO REASON FOR REVISING
SCHEDULE. THIS ISSUE WILL BE RESOLVED IN PRIVATE MEETING W/
SPED TEACHER AND PRINCIPAL. THE N_____ SCHEDULE NEEDS TO
BE IN PLACE BY MONDAY FEB. 5. 2007
WILL BE BIP GIVEN TO PARENT AND ATTORNEY.

---

District of Columbia Public
Schools Washington, D.C.

**Division of Special Education**

## FUNCTIONAL BEHAVIORAL ASSESSMENT

Student ~~H█████ N█████~~     DOB 9055476     DATE █████ /1993

School MERRITT MS     Grade 7     Special Ed S BRADLEY
                                  Coordinator

<u>Describe and Verify the Seriousness of the Problem.</u>
SHORT ATTENTION SPAN
DOES NOT COMPLY WITH SCHOOL RULES
DOES NOT ATTEND CLASSES

Frequency DAILY     Intensity INTENSE     Duration VARIED

Identify specific characteristics of the behavior that is interfering with learning.
DISRUPTIVE, DISRESPECTFUL, DIFFICULTY STAYING FOCUSED WHEN IN CLASS, REFUSES TO GO TO
CLASS
BEHAVIORS NEGATIVELY IMPACT UPON ACADEMIC PERFORMANCE

<u>Collect information on:</u> Time when the behavior does/does not occur; Location of the behavior; Conditions when the
behavior does/does not occur; Individuals present (when most/least likely to occur); Events or conditions that typically
occur before the behavior; Events or conditions that typically occur after the behavior; Common setting events; Other
behaviors that are associated with the problem behavior.

What environmental conditions may affect the behavior?
BEHAVIORS OCCUR IN ANY SETTING AND ANY TIME

What does the student view as positive reinforcement?
ONE-ON-ONE ATTENTION
GYM TIME

What interventions were previously attempted, and what were the results?
PROXIMITY CONTROL - SOMETIMES EFFECTIVE
POSITIVE REINFORCEMENT    SOMETIMES EFFECTIVE
REDIRECTING BEHAVIOR WITH CLEAR EXPECTATIONS SOMETIMES EFFECTIVE

**Collect information on possible functions of the problem behavior.**

☒ Direct Assessment
  ☐ Scatterplots  ☒ ABC Charts  ☐ Rating Rubric  ☐ Amount versus quality of behavior
☒ Indirect Assessment
  ☒ Interviews  ☒ Questionnaires  ☐ Surveys

Analyze information using triangulation and /or problem pathway analysis.
SHORT ATTENTION SPAN AND NEED TO BE ACCEPTED OFTEN LEADS ██████ TO
FOLLOWING PEERS AND INAPPROPRIATE/ UNACCEPTABLE BEHAVIORS

Generate a hypothesis statement regarding probable function of problem behavior.
Test the hypothesis statement regarding the function of the problem behavior.
DEFIANCE AND OPPOSITION SERVES TO ALLOW N██████ THE FEELING OF
CONTROL WITHIN HIS ENVIRONMENT



10001 Derekwood Lane, Suite #120
Lanham Maryland 20706
Phone: 301.306.4590
Fax: 301.306.4591
www.interdynamicsinc.com

**interdynamics, inc.**
**Evaluations and Therapy**

### Neuropsychological Evaluation
### *Confidential Report*

**Name:** N██████ H██████
**Current School:** Eliot Junior High
**Primary Language:** English
**Date of Evaluation:** July 20, 2006

**Date of Birth:** ████████████, 1993
**Age:** 12 years – 7 months
**Grade:** 7
**Date of Report:** July 27, 2006

**Reason for Referral:**
N██████ H██████ was referred for a Neuropsychological Evaluation for treatment and planning.

**Background Information:**
N██████ is a twelve-year, seven-month-old African American male currently enrolled in the 7th grade at Eliot Junior High School. N██████ lives with his mother, and is the only child. His biological father is not actively involved in his life. Reportedly, N██████ behavior in the home is hyperactive and inattentive at times. His mother indicated that she has to repeat herself several times in order to get her son to behave properly, and to follow her directives.

N██████ developmental history is basically unremarkable in that his physical and motor skill development was age appropriate. His mother, Ms. Hinson, reported that N██████ was a very active child at a young age. He was diagnosed with ADHD and receives medication in the form of *Stratera* and *Risperdal*. N██████ was hospitalized on several occasions in 2004 and 2005 due to attentional problems and disruptive behaviors at home and in school.

**Previous Evaluations and Intervention:**
Psychoeducational testing on July 20, 2006 revealed that N██████ is functioning in the Average Range of intelligence, based on her Full Scale IQ Score of (92) on the WISC-IV. His Verbal and Performance IQs were both listed in the Average Range, based on his scores of (96) on the WISC-IV. Academically, as per the WIAT-II results, N██████ achieved Standard Scores in the Borderline to Low Average Range. Overall, his cognitive abilities were not commensurate with his academic achievement skills, thus providing an indication of the presence of a learning disability.

47

*Neuropsychological Evaluation – N█████ H████*
*July 27, 2006*

**Procedures Administered:**
Clinical Observation and Interview with N█████
Review of Selected School Records
Review of Anecdotal Records due to Behavioral Concerns
A Developmental Neuropsychological Assessment (NEPSY)
          Five Domains are:    Attention/Executive Core Domain
                               Language Core Domain
                               Sensorimotor Core Domain
                               Visuospatial Core Domain
                               Memory and Learning Core Domain

**Behavioral Observations:**
There were no major problems during the testing session. N█████ worked to the best of his ability. He cooperated with the evaluation, but became noticeably restless near the end of the session. N█████ had to be encouraged to complete the remaining subtest. Of significance, N█████ frequently needed feedback on his performance. He appeared to have some difficulty remembering the instructions on some tasks, and needed to have the instructions repeated. N█████ was very pleasant, and rapport was easily established. The results of this evaluation are considered to be valid.

**Neuropsychological Test Results:**
*Attention Executive Function Core Domain*
          The Executive Function Domain deals with planning, monitoring, self-regulation, and problem solving. Children with ADHD are frequently impaired on tasks that require selective attention and executive functions or sustained attention and executive functions or both.

          **Attention/Executive Function Core Domain Subtests:**
*Tower*
          This subtest assesses the executive functions of planning, monitoring, self-regulation, and problem solving. N█████ performance on this subtest yielded a Raw Score of (9); a Scaled Score of (6), and an Age Equivalence of **7.0 – 7.5**. As mentioned previously, N█████ needed to have the instructions repeated several times before he comprehended the task. On the first item, he quickly violated a couple of rules; but as the task progressed, he did not commit any more errors. N█████ demonstrated Below Average planning ability, and often appeared to be randomly guessing at the solution. In school, he is expected to respond impulsively to his inability to concentrate and remain focused on what is expected of him.

*Neuropsychological Evaluation – N█████ H█████*
*July 27, 2006*

### Auditory Attention and Response Set

This continuous performance test assesses a child's ability to be vigilant and maintain selective auditory attention, as well as the child's ability to shift set, to maintain a complex mental set, and to regulate responses to contrasting and matching stimuli. N█████ performance on this subtest yielded a Raw Score of (59); a Scaled Score of (6), and an Age Equivalency of **6.6 – 6.11**. N█████ performance suggested difficulty with increasing load on his working memory. Specifically, although he did well on part of the subtest, which was relatively simple and repetitive, his performance worsened during the second condition. Although N█████ repeated the instructions and correctly repeated the teaching examples, he continued to follow the same rule that he was initially taught and forgot the new set of instructions. In school, such deficits may make it difficult for him to complete tasks and assignments, unless he is provided with step-by-step instructions and demonstrations. It appears that N█████ short-term memory is adequate for simple and repetitive tasks. However, as these tasks increase in complexity, he seemingly has difficulty recalling what is expected of him.

### Visual Attention

This subtest assesses the speed and accuracy with which a child can scan an array and locate a target. The child scans the array of pictures and marks the target as quickly and accurately as possible. N█████ performance on this subtest yielded a Raw Score of (15); a Scaled Score of (6), and an Age Equivalency of **8.0 – 8.5**. Although N█████ was quick in locating the targets on the first condition, he committed a couple of omission errors, which suggest some impulsivity. During the second condition, which required better working memory and visual acuity, he committed four times more the number of errors; including both omission and commission errors. At school, it is expected that N█████ will need to be told to slow down when attempting to complete his assignments in order to decrease his mistakes.

Overall, N█████ Sum of Scaled Score of (18) in the Attention/Executive Core Domain, which ultimately yielded a Core Domain Score of (69); a Percentile Rank of (2), and a 95th Confidence Interval of 64-85. N█████ overall performance in this domain was well below expectation in comparison to his same-age peers. His overall scores are significant for a child who has attentional problems impacting his ability to learn.

3

*Neuropsychological Evaluation – N█████ H█████*
*July 27, 2006*

*Language Core Domain*
    In this area, the subcomponents of language dealing with phonological processing, the ability to repeat nonsense words, to comprehend instruction, to name and accomplish speeded naming, to display verbal semantic fluency, and to produce rhythmic oral sequences. When phonological processing is severely impaired, comprehension of language also suffers. Less extreme phonological processing deficits may underlie some developmental language, disorders and language based learning disorders. Naming is a self-component of language and reflects how information can be assessed. Children with reading problems are slower on tasks requiring them to name colors, letters, or familiar objects.

## Language Core Domain Subtests:
*Phonological Processing*
    This subtest assesses the capacity to identify words from segments and to form an auditory gestalt. The second test assesses phonological segmentation at the level of letter sounds and word segments. N█████ performance on this subtest yielded a Raw Score of (26); a Scaled Score of (6), and an Age Equivalency of **8.6 – 8.11**. N█████ required several repetition of words, which may have been influenced by poor working memory of more complex tasks and/or receptive language development.

*Speeded Naming*
    This subtest assessed the ability to access and produce familiar words rapidly. N█████ performance on this subtest yielded a Raw Score of (28); a Scaled Score of (7), and an Age Equivalency of **9.6 – 9.11**. N█████ demonstrated some ability to recognize colors and shapes, but he was somewhat low in his performance in comparison to his same-age peers.

*Comprehension of Instruction*
    This subtest is designed to assess the ability to process and respond to verbal instructions of increasing syntactic complexity. N█████ performance on this subtest yielded a Raw Score of (21); a Scaled Score of (5), and an Age Equivalency of **7.6 – 7.11**. N█████ performance was poor and similar to what has been previously reported about him. He frequently asked to repeat questions, and was often unsure of himself. As the instructions became more complex, he appeared somewhat confused and frustrated. At school, N█████ will need to have information simplified and rephrased in order to assist him with better comprehending it.

    N█████ Sum of Scaled Score was assessed at (18); which ultimately yielded a Core Domain Score of (75). N█████ Percentile Rank was assessed at (5), and a 95th Confidence Interval of 69-87. N█████ overall performance in this domain was below expectation when compared to his same-age peers.

4

*Neuropsychological Evaluation – N▮▮▮▮▮ H▮▮▮▮*
*July 27, 2006*

<u>Sensorimotor Core Domain</u>
This subtest measures the ability to process basic tactile information, to imitate hand positions, to produce repetitive and sequential finger rhythmic, sequential hand movement, and to use a pencil with speed and precision. Most children learn by the coordination of multiple systems that mediate the production of speech, smooth and efficient limb and whole body movements, hand and fingers movement, and eye movement.

### Sensorimotor Core Domain Subtests:
***Fingertip tapping***
This subtest assesses finger dexterity. The child taps the index finger against the thumb thirty-two times as quickly as possible. The child also taps the finger sequentially against the thumb and index to little finger as quickly as possible. N▮▮▮▮▮ performance on this subtest yielded a Raw Score of (74); a Scaled Score of (6), and an Age Equivalency of **8.6 – 8.11**.

***Imitating Hand Positions***
This subtest assesses the ability to imitate a hand position from a model. N▮▮▮▮▮ performance on this subtest yielded a Raw Score of (21); a Scaled Score of (7), and an Age Equivalency of **8.0 – 8.5**. N▮▮▮▮▮ had difficulty with more complex hand positions, and frequently needed to use his other hand to help on those items. He was observed performing more efficiently with his non-preferred hand than with his preferred one.

***Visuomotor Precision***
This subtest assesses fine motor skills and hand-eye coordination. The child draws a line inside a track as quickly as possible. N▮▮▮▮▮ performance on this subtest yielded a Raw Score of (27); a Scaled Score of (7), and an Age Equivalency of **8.0 – 8.5**.

N▮▮▮▮▮ overall performance in the Sensorimotor Core Domain yielded the Sum of Scaled Scores of (20), and a Core Domain Score of (75). His Percentile Rank was assessed at (5), with a 95th Confidence Interval of 69-90. N▮▮▮▮▮ performance was below expectation in comparison to his same-age peers in this domain.

<u>Visuospatial Core Domain</u>
This domain involved the ability to synthesize elements into a meaningful whole and represent objects mentally, the ability to discriminate between objects, judge the orientation of lines and angles, and distinguish between left and right, the ability to understand the relationships among objects in space, the ability to copy a model or reproduce it using blocks, the ability to adopt a variety of perspectives and rotate objects mentally, the ability to understand and interpret symbolic representations of external space and the ability to solve non-verbal problems.

*Neuropsychological Evaluation – N████ H████*
*July 27, 2006*

### Design Copying
This subtest assesses visuomotor integration. The child copies two-dimensional geometric figures on paper. N████ performance on this subtest yielded a Raw Score of (54), a Scaled Score of (7), and an Age Equivalency of 9.0 – 9.5. N████ was affected by his tendency to perform impulsively in completing various tasks. At school, N████ may demonstrate poor handwriting, and may make a higher number of errors due to his impulsive responding.

### Arrows
This subtest assesses the child's ability to judge line orientation. The child looks at an array of arrows around a target and indicates the two arrows that point to the center of the target. N████ performance on this subtest yielded a Raw Score of (19); a Scaled Score of (6), and an Age Equivalency of 8.0 – 8.5.

Overall, N████ performance in the Visuospatial Core Domain area yielded the Sum of Scaled Scores of (13), and a Core Domain Score of (77). N████ Percentile Rank was assessed at (6); with a 95th Confidence Interval of 71-91. His overall performance in this domain was below expectation when compared to his same-age peers.

### Memory and Learning Core Domain
A variety of memory problems have been identified in children with brain injury. Impaired memory for figures has been observed in children with traumatic brain injury to the right hemisphere. Children with language disorders and reading disabilities frequently have a limited auditory memory span. Memory problems occur more frequently as secondary to deficits in attention, verbal processing, and visual perception, rather than as problems that are specific to memory alone.

### Memory for Faces
This subtest assesses memory for faces. The child identified the gender of a series of faces shown from the stimulus booklet as an attention-focusing device. N████ performance on this subtest yielded a Raw Score of (23); a Scaled Score of (7), and an Age Equivalency of 7.0 – 7.5. N████ had significant difficulty in memorizing the faces of children on the cards. He could not consistently encode the faces of each child in order to remember them. His performance may have been affected by difficulty with sustained attention or reduced memory capacity.

6

*Neuropsychological Evaluation – N_____ H_____*
*July 27, 2006*

### Memory for Names

This subtest assesses memory for names. The child learns the names of each of eight children depicted in line drawings over three trials. After a thirty-minute delay, the child is asked to name the eight children. N_____ performance on this subtest yielded a Raw Score of (20); a Scaled Score of (6), and an Age Equivalency of **8.0 – 8.5**. N_____ demonstrated difficulty learning and retrieving the names. Although he appeared to be fully attending to the task, he may have difficulty encoding the information in order to problem solve.

### Narrative Memory

This subtest assesses narrative memory under free recall and cued recall conditions. The child listens to a story and then recalls it. In the cued recall section of the subtest, the child is asked questions to elicit details that were not reported in the free recall section. N_____ performance on this subtest yielded a Raw Score of (22); a Scaled Score of (7), and an Age Equivalency of **7.6 – 7.11**.

Overall, N_____ Sum of Scaled Scores was assessed at (20); with a Core Domain Score of (76). He earned a Percentile Rank of (5) and a 95th Confidence Interval of 70-88. N_____ performed below expectation in this domain in comparison to his same-age peers. Low performance in this domain was affected by deficits in visual and auditory memory, as well as attention. In school, N_____ will require information to be presented in various modalities in order to increase his comprehension and retention of the information.

### Summary:

N_____ H_____ is a twelve-year, seven-month-old African American male referred for a Neuropsychological Evaluation for treatment and planning. Overall, test results reveal Average intellectual abilities. N_____ achievement testing was not commensurate with his cognitive abilities, thus providing an indication of the presence of a learning disability. N_____ is a student with significant behavioral problems that impact his overall ability to function and cope on a consistent basis. N_____ has been diagnosed with ADHD and receives medication. He has been hospitalized on numerous occasions due to behavioral concerns and attentional problems. Current neuropsychological testing indicate that N_____ is below expectation in performance when compared to his same-age peers in the areas of Attention/Executive Function, Language, Sensorimotor, Visuospatial, as well as Memory and Learning. Test results also indicate significant difficulty with comprehension, memory for complex instruction, and attention. Such difficulties can affect various areas of functioning, and will make it problematic for him to work independently on tasks. N_____ will require frequent monitoring and rephrasing, as well as demonstration of tasks. In addition, poor comprehension suggests that he is likely to have significant difficulties in completing complex tasks at home and at school. N_____ also displays some impulsivity and limited planning, which may

*Neuropsychological Evaluation – N_____ H____*
*July 27, 2006*

contribute to his behavioral difficulties. It appears that N_____ attentional problems and behavioral difficulties are neurologically based. Therefore, he will continue to need medication and structure in helping him to actualize a higher potential.

**Recommendations:**

- N_____ will benefit from an environment in which efforts are made to simplify information and tasks to help him process it.

- N_____ will benefit from extra time to allow for the completion of assignments.

- N_____ should have directions repeated to him in order to ensure that he comprehends the directions prior to starting a task.

- Instructions in multi-sensory modalities are suggested.

- N_____ will need to be taught various memory strategies to help increase his retention of complex information. He needs to be taught both recall and recognition techniques in order to assist him in retrieving information.

- N_____ needs to continue his involvement in medication due to attentional problems.

**Diagnostic Impressions DSM-IV:**

Axis I:          294.9  Cognitive Disorder NOS
                 314.01 Attention Deficit Hyperactivity Disorder, Combined Type (By
History)
                 315.9  Learning Disorder NOS

Axis II:         V71.09 No Diagnosis

Axis III:        ADHD by History

Axis IV:         Psychosocial Stressors:  Attentional Problems, Environmental Problems,
                 Academic Problems, and Peer Relational Problems.

Axis V:          Global Function (GAF): 55 (Severe Symptoms)


_Belton Wilder_
Belton Wilder, Ph.D.
Examiner

_J M Ballard III_     8/24/2006
James Moses Ballard II, Ph.D.
Chief Psychologist
D.C. License # 354
Maryland License # 1160

8

54

*Neuropsychological Evaluation – N██████ H██████*
*July 27, 2006*

## APPENDIX

## NEUROPSYCHOLOGICAL TEST RESULTS

### Attention/Executive Function Domain:

|  | RS | SS | Sum of SS | Core Domain Score | %ile Rank | 95th Confidence Interval | Age Equivalency |
|---|---|---|---|---|---|---|---|
| Tower | 9 | 6 |  |  |  |  | 7.0 – 7.5 |
| Auditory Attention and Response Set | 59 | 6 |  |  |  |  | 6.6 – 6.11 |
| Visual Attention | 15 | 6 |  |  |  |  | 8.0 – 8.5 |
| Overall Function in Attention/Executive Core Domain |  |  | 18 | 69 | 2 | 64-85 |  |

*Well Below Expected Level*

### Language Core Domain:

|  | RS | SS | Sum of SS | Core Domain Score | %ile Rank | 95th Confidence Interval | Age Equivalency |
|---|---|---|---|---|---|---|---|
| Phonological Processing | 26 | 6 |  |  |  |  | 8.6 – 8.11 |
| Speeded Naming | 28 | 7 |  |  |  |  | 9.6 – 9.11 |
| Comprehension of Instruction | 21 | 5 |  |  |  |  | 7.6 – 7.11 |
| Overall Function in Attention/Executive Core Domain |  |  | 18 | 75 | 5 | 69-87 |  |

*Below Expected Level*

9

*Neuropsychological Evaluation – N████ H████*
July 27, 2006

## Sensorimotor Core Domain:

|  | RS | SS | Sum of SS | Core Domain Score | %ile Rank | 95th Confidence Interval | Age Equiv-alency |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 8.6 – 8.11 |
| Fingertip Tapping | 74 | 6 |  |  |  |  | 8.0 – 8.5 |
| Imitating Hand Position | 21 | 7 |  |  |  |  | 8.0 – 8.5 |
| Visuomotor Precision | 27 | 7 |  |  |  |  |  |
| Overall Function in Attention/Executive Core Domain |  |  | 20 | 75 | 5 | 69-90· |  |

*Below Expected Level*

## Visuospatial Core Domain:

|  | RS | SS | Sum of SS | Core Domain Score | %ile Rank | 95th Confidence Interval | Age Equiv-alency |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 9.0 – 9.5 |
| Design Copying | 54 | 7 |  |  |  |  | 8.0 – 8.5 |
| Arrows | 19 | 6 |  |  |  |  |  |
| Overall Function in Attention/Executive Core Domain |  |  | 13 | 77 | 6 | 71-91 |  |

*Below Expected Level*

*Neuropsychological Evaluation – N▮▮▮▮ Hi▮▮▮▮*
*July 27, 2006*

## Memory and Learning Core Domain:

|  | RS | SS | Sum of SS | Core Domain Score | %ile Rank | 95th Confidence Interval | Age Equivalency |
|---|---|---|---|---|---|---|---|
| **Memory for Faces** | 23 | 7 |  |  |  |  | 7.0 - 7.5 |
| **Memory for Names** | 20 | 6 |  |  |  |  | 8.0 – 8.5 |
| **Narrative Memory** | 22 | 7 |  |  |  |  | 7.6 – 7.11 |
| **Overall Function in Attention/Executive Core Domain** |  |  | 20 | 76 | 5 | 70-88 |  |

*Below Expected Level*

Belton Wilder, Ph.D.
Examiner

James Moses Ballard ll, Ph.D.   8/24/2006
Chief Psychologist
D.C. License # 354
Maryland License # 1160



**Children's**
National Medical Center

**FINAL PROGRESS NOTES & DISCHARGE INSTRUCTIONS (CONTINUED)**

INPATIENT

CPU 4 76-9
SEX M

A_____N
M_____N
MORB, ADELAIDE     /93
5299001495        10/28/05
DC MEDICAID        EME

ADDRESSOGRAPH

## NURSING SUMMARY

Discharged to (circle):
(Home)   Other (name):

NH-7

Via (circle):
(Ambulatory)   Wheelchair   Stretcher   Carried

Nursing Instructions: _Administer medications as prescribed, attend follow-up appointments, utilize technique use d on unit_

Written Home Care Instructions Given (titles): _Neurontin 400mg at 8am and 8pm Adderall XR 20mg at 8am_

Summary of Patient / Family Understanding of Discharge Instructions (i.e. by verbalization or demonstration): _Appears to understand discharge instructions as evidenced by asking appropriate questions._

Nursing Assessment on Discharge: _Mood stable — Following directions with redirection_

Referral to: (name of home health agency/equipment co.) _____

Discharge Nurse's Signature _Jennifer Middleton RN_   Date _10/31/05_

\*    \*    \*    \*    **IMPORTANT FOR PARENT TO COMPLETE BELOW**    \*    \*    \*    \*

I authorize Children's National Medical Center to send a copy of this form to my child's primary health care provider.

Primary Physician's Name _____
                          (Last)                              (First)

Street Address _____
City _____
State/Zip _____

**CHECK IF NO PRIMARY HEALTH CARE PROVIDER (   )**

The above instructions have been reviewed with me and I have received a copy.

Signature _Marlene X Nelson_   Relationship _mother_   Date _10-31-05_



18562 (rev. 6/98)

**ADMISSION NOTE /DATE:** 10/27/05
**ATTENDING PHYSICIAN** _MACADDY_

**CC:** "I want to kill my (m)"

**HPI:** _____ is an 11-10 y/o SAO = Hx of ADHD was BIB (m), police 2° ↑ H/I /I/P to kill (m), assaultive, struck (m) stating (m). Difficult respond to redirect p stating (m). Limit-testing. By (m), not essential, dyscontrol from @ parental - child conflict.

**Current Psych Meds:** Adderall 10m ⊘ ⊘
Zoloft 100m bid

**Current Psych Tx:**
| | |
|---|---|
| Psychiatrist: | |
| Therapists: | Bedrom |

| | | | | | |
|---|---|---|---|---|---|
| **P Psych Hx:** | Inpt. | none | yes; multiple 5 | Outpt. none | yes; _____ |
| | | | | | SAO |
| **P Psych Meds:** | Risp / Trileptil | | | | Violence ⊕ |
| | | | | | Subst ⊘ |
| **P Medical Hx:** | | NKDA | | | |
| **ROS/Allergies:** | ⊘ | | | | |
| **Dev Delays:** | None | walked: | | talked: | toilet trained: |
| **Family Psych Hx:** | Patent c mental illness | | | | |

| | | | |
|---|---|---|---|
| **Social Hx:** | Losses: | no | yes; @ incarcarated |
| | Physical/Sexual Abuse: | no | yes: |
| | Legal Hx: | no | yes: |
| | Custody Issues: | no | yes: |
| | Living Situation: | (m) | |
| | Agencies: (contact names/numbers): | | |
| | School: _____ | Grade: 7th | Special Ed: no yes |
| **Neuroveg Changes:** | Sleep: ↑ ↓ | Appetite: ↑ ↓ - : | Energy: ↑ ↓ - |
| **Strengths:** | | | |
| **Other:** | | | |

---

| **MENTAL STATUS EXAM** | Somatic compliants: no | yes: | | | axo= 0 1 2 ③ | |
|---|---|---|---|---|---|---|
| **Appearance:** | wnl | neat | disheveled | bizarre | emaciated | obese |
| **Behavior:** | wnl | agitated | hyper | aggressive | anxious | tense provocative slowed |
| **Speech:** | wnl | pressured | poverty soft loud | expressive/ receptive/ processing diff | tang | FOI |
| **Cognitive:** | average | below average | above average | | | |
| **Affect:** | wnl | bright | depressed/flat/blunted | guarded | bizarre anxious euphoric | irritable |
| **Mood:** | euthymic sad | happy | mad | scale (1-10): > OK | | |
| **Suicidal:** | none | commits to safety | passive | active plan: | | |
| **Homicidal:** | none | yes: plan: | | | | |
| **Psychotic/thoughts:** | wnl | disorganized delusions hallucinations (aud/visual) obsessions | | | TI/TW/TB | |
| **Insight/judgment:** | good | fair | poor | definitely impaired | | |
| **Other:** | | | | | | |

59

**Attending Admission Note**          Date:

| Musculoskeletal | Wnl   strength   tone   atrophy   abn movements   gait   deformities   station |
|---|---|

**NEED FOR ADMISSION** | **Diagnoses:**

Suicidal/self harm | **Axis I:** 314.01   _mood disorder_
 | 312.9   _patient child related_

Homicidal/aggressive/danger to others | **Axis II:** _def_

Diagnostic evaluation | **Axis III:** _none_   NKDA

Psychotic/acute mental status changes | **Axis IV:** _severe fam/school/prob_

Medication Changes (not safe on outpt basis) | **Axis V:** _20_

Failure of outpatient treatment | **Formulation/Discussion:**

Med compromised | ▮▮▮▮ _is an 11-18 yr sad ☉ in home parents ▮▮,_
 | _↑ stress ē behaval/mood regulent_

Other | _essoc ē limit test, ↑impaired coping skills._

Med Records/Labs/Data:

---

**INITIAL TREATMENT PLAN** | Observation Level:   (constant)   close 1:1 with peers   q 15"
 | VS:  P:        BP:        Tm:        R:        Wt:        H:        IBW:

Written safety contract | Admission Lab Work | EKG
Contact outside providers | | Contact school
Activ Therapy 3x/wk | Family Therapy 2x/wk | Behavior Parent Training 2 classes
Express Therapy 3x/w | Individualized Behavior Protocol | Cognitive Behavioral Groups
Medication Assessment | Child Protection Consult | Cognitive (achievement) assessment
Neurology consult | MRI/EEG | Pediatric/Adolescent Med Consult
Genetics consult | Speech and Language Consult | Nutrition Consult
OT/PT | Scales:   Connors   CDI   CAST   AS |
Med Changes: | ↑ Adderall XR 20 _mg_ |

**D/C PLANNING:**   return to previous providers   **identify:**   individual / family / group   therapist / psychiatrist /   other
Projected LOS:
Other:            ↑ _database_

Resident Involvement:   yes   no      Signature:

60




H_____, N_____

PCP     FRASER-LANGLELY, RO
MR#:    020315566
Acct#:  0S29901496
EMR     APU-7701-A — CPU
Sex     M
Exp:
Adm:    10/26/05
DOB:    ___/93
OR:     ROBB, ADELAIDE
Ins.Plan
DC MEDICAID

**ATTENDING PHYSICIAN** *Couroisi*

| DAILY STAFF REPORT | Date: 10/28/05 |
|---|---|
| Nursing/parent: | cooperative blunt affect, quiet — no more outgoing calls self T/O, followed directions |
| School: | |
| Expressive: | |
| Family: | |
| Individual: | |
| Outside Providers: Labs/levels/etc. | |

| Scales/consults | CDI: | CAST: | AS: | Connor's: | | | |
|---|---|---|---|---|---|---|---|
| Other: | | | | Pulse: | BP: | Tm: | Resp: |

| MENTAL STATUS EXAM | Somatic complaints: no  yes: | | | | axo = 0  1  2 | | | |
|---|---|---|---|---|---|---|---|---|
| Appearance | wnl | neat | disheveled | bizarre | emaciated | obese | | |
| Behavior: | wnl | agitated | hyper | aggressive | anxious | tense | provocative | slowed |
| Speech: | wnl | pressured | poverty | soft | loud | expressive/ receptive/ processing diff | tangential | FOI |
| Cognitive: | average | below average | above average | confused | delirious | | | |
| Affect | wnl | bright | depressed/flat/blunted | guarded | bizarre | anxious | euphoric | irritable |
| Mood: | euthymic | sad | happy | mad | scale (1-10): | | | |
| Suicidal: | none | commits to safety | passive | active | plan: | | | |
| Homicidal: | none | yes: plan: | | | | | | |
| Psychotic/thoughts: | wnl | disorganized | delusions | hallucinations (aud/visual ) | obsessions | TI/TW/TB | | |
| Insight/judgment: | good | fair | poor | definitely impaired | | | | |
| Other: | | | | | | | | |

| CONTINUED STAY | | | | |
|---|---|---|---|---|
| Impaired Functioning | danger to self | danger to others | psychotic | unable to eat indep/wt unstable |
| | continues to require restraints | not responding to behavioral protocol | | |
| Med Adjustment: | | | | |
| Cont. Evaluation: | | | | |
| Family Issues: | | | | |
| Dispo/Legal Issues: | | | | |
| Other | | | | |

| TREATMENT PLAN | | | | | | |
|---|---|---|---|---|---|---|
| Therapies | Individual | group | expressive | family | behavioral | cognitive |
| Consults | Medicine | speech | audiology | genetics | neurology | CPS |
| Procedures | MRI | CT | Xray | EEG | EKG | blood level |
| Other | | | | | | |

61




PCP   FRASER-LANGLELY,NC
MR#:  020315565
Acct#: 052590'495
EMR   ER~
Sex   M
Exp:
Adm:  10/26/05
DOB:  ___93
DR.   CHAMBERLAIN,JAME
Ins.Plan
DC MEDICAID OUTPATIENT
Ins.ID# 70281666

Children's
National Medical Center

### Initial Psychiatric Evaluation

**CURRENT PSYCH MEDS:**

| | Medication | Dosage | Last Taken |
|---|---|---|---|
| Just started 1 week ago | Adderall | 10 mg 1x day | Today |
| | GABAPENTIN | 400 mg bid | Today |

**PSYCHIATRIC HISTORY:** ___ No  ✓ Yes  Age Of Onset: _____

Outpatient Treatment: ___ No  ___ Yes: Therapist Informed Of This Visit: ___ No  ___ Yes

Name & telephone of psychiatrist if applicable: _____ Is he/she informed ___ No --- Yes

Date Of Most Recent Outpatient Tx: 10/18/05  Place: Scripts Therapist: ___ Psychiatrist Dr. Rehman

Compliance With Treatment: ___ No  ___ Yes  Comment: _____

Inpatient Treatment: ___ No  ✓ Yes  No. Of Hospitalizations: 5

Date Of Most Recent Hospitalization: 4/__/05  Place: PIW

Reason: Threaten

Past Psychiatric Medications:

| Medication | Dosage | Length of time taken |
|---|---|---|
| Risperdal | | |
| Trileptal | | |

**HISTORY OF SUICIDE ATTEMPTS:** (___ No)  ___ Yes:  # of attempts _____

**HISTORY OF VIOLENT BEHAVIOR:** ___ No  ✓ Yes: _____
Hx of violence toward mother

**SUBSTANCE USE HISTORY:**
Substances Used: (___ No)  ___ Yes:
Substances Currently using: ___ Alcohol (___ Cannabis) ___ Cocaine ___ Narcotics ___ Sedatives
Frequency of Use: _____
Outpatient Treatment: ___ No ___ Yes  Place _____  Last Time Taken _____
Date Of Most Recent Hospitalization: __/__/__  Place: _____  Inpatient Treatment: ___ No ___ Yes



MEDICAL RECORDS: Page 2 of 6
Initial Psychiatric Evaluation Form. Revised 8/8/08

62

PRINTED BY




Children's
National Medical Center

**Initial Psychiatric Evaluation**

PCP      FRASER-LANGLEY,RO
MR#:     020315565
Acct#:   0529901495
EMR      ER--
Sus      M
Exp:
Adm:     10/26/05
DOB:     ____/93
DR.      CHAMBERLAIN,JAMES
Ins.Plan
DC MEDICAID OUTPATIENT
Ins.ID#  7028 1666

H___, N___

DATE OF SERVICE: 0 26 05
TIME OF SERVICE (Military Time): 1830

Provider/Supervisor/On-Call Attending Physician: _Marcilla J. Hettne_

## DEMOGRAPHIC DATA

Age (Years): __11__      Sex: ✓ M __ F      Race: ✓ Black __ White __ Hispanic __ Other: __

Religion/Cultural Background: _____

Living Situation: __ Family _____ Foster __ Structured Facility __ Other: _____

Address: _5121 Fitch St. S.E. #03_      Zip: _20019_      Phone: _582 - 1203_ ext

Parent/Guardian: _Darlene Hixon_      Relationship: _mom_

Legal guardian if different from above: _____

Address: _____      Zip: _ _ _ _ _      Phone: _____

Referral Source: __ Self __ ER __ School __ Family __ Therapist _____ Phone: _____

__ MD: _____      Phone: _____      Other: _police_

Patient/family expectation from this visit: _Mom open to admission_

## PRESENTING PROBLEM AND HISTORY

Chief Complaint (In Patient's Words): _" I hate my mother and I want to kill her "_

Reasons for this visit: _11 y.o. presents violently to the E.R. and observed_
_by E.R. staff striking mother. Pt. required security to E.R. by_
_restrain and furniture removed for own [?] to prevent [?]_
_3 mg I.M. Versed given at 1815. Pt. attempted to_
_stab mother today. Pt. seen [?] at PIW and_

History: _slept here. Pt. angry because he wanted_
_to go to a football game. Pt. has hx_
_[?] for multiple 4 admissions and_
_violence towards mother. Mom reports hx_
_of abnormal EEG in 2003 [?] in_
_Howard University. ⊘ hx of seizures._
_Pt. repeatedly and I said multiple times that_
_I want to kill my mother. Pt. escorted_
_⊘ beds at PIW ⊘ Riverside CPU full here._
_Discussed option of admission to Baltimore which is_
_not eligible via DC medicaid. Plan Admit TO APU_
_(safer case) w/ Drs. Hettne + Josen. Then TXFR_
_1st bed to CPU per pt._

**Neuro-vegetative Symptoms Over the Last Two Weeks:** Sleep: ⇓⇓   Appetite: ⇓ ⓪   Energy: ⇓⇓

✗ No change      __ No change      ✗ No change

*(left margin, top to bottom):*
✱
2nd dose 3mg IM Versed
2.5 MG repeated 1950
Pt calmer at 2016.

**ADDITIONAL NOTES:**

Fights ē mother

hosp 5x

punched wall in ED

Adderall —

Did well over weekend —

Consider d/c

? respite from pt. ?

| MEDICAL DECISION MAKING | (2 of 3) | | |
|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity |
| Min (0-1) | Min (0-1) | Min | St. forward |
| Limited (2) | Limited (2) | Low | Low |
| Multiple(3) | Multiple (3) | Mod | Mod |
| Extensive (4+) | Extensive (4+) | High | High |

| LEVEL OF CARE | (2 of 3) | | | |
|---|---|---|---|---|
| History | Exam | Decision | Minutes | Visit Type |
| PF | PF | SF, LC | 15 | Prob focused |
| EP | EP | MC | 25 | Expanded |
| D | D | HC | 35 | Detailed |
| | | + | < 35 | D/C 1 |
| | | ++ | > 35 | D/C 2 |

**Resident involvement:**    yes    no

**Signature:**





64

**ADDITIONAL NOTES:**

| MEDICAL DECISION MAKING | (2 of 3) | | | LEVEL OF CARE | | (2 of 3) | | |
|---|---|---|---|---|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity | History | Exam | Decision | Minutes | Visit Type |
| Min (0-1) | Min (0-1) | Min | St. forward | PF | PF | SF, LC | 15 | Prob focused |
| Limited (2) | Limited (2) | Low | Low | EP | EP | MC | 25 | Expanded |
| Multiple(3) | Multiple (3) | Mod | Mod | D | D | HC | 35 | Detailed |
| Extensive (4+) | Extensive (4+) | High | High | | | + | < 35 | D/C 1 |
| | | | | | | ++ | > 35 | D/C 2 |

Resident involvement:    ( yes )    no     Signature: 

65

**ADDITIONAL NOTES:**

I hate mother & wants to kill her, violent, needed restraint
attempted to stab mother. Hungry because of football
game, abnormal EEG, says wants to kill mother.
Adderall

Go to party 400 bid
CP- Dr Beamon - hosp 5x, Risperdal Tintopler, fa in accede?
Elliot - 52 - multiple suspensions. ASSA - lives ē mom
no allergies, coughing a lot.
Talk about reactivery ē mother.

| MEDICAL DECISION MAKING | (2 of 3) | | | LEVEL OF CARE | (2 of 3) | | | |
|---|---|---|---|---|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity | History | Exam | Decision | Minutes | Visit Type |
| Min (0-1) | Min (0-1) | Min | St. forward | PF | PF | SF, LC | 15 | Prob focused |
| Limited (2) | Limited (2) | Low | Low | EP | EP | MC | 25 | Expanded |
| Multiple(3) | Multiple (3) | Mod | Mcd | D | D | HC | 35 | Detailed |
| Extensive (4+) | Extensive (4+) | High | High | | | + | < 35 | D/C 1 |
| | | | | | | ++ | > 35 | D/C 2 |

**Resident involvement:**   yes    no

**Signature:** 

66





H▒▒▒▒, N▒▒▒▒▒▒

PCP     FRASER LANGLELY, RO
MR#    020315565
Acct#:  0829901495
EMR    CPU-4176-A
Sex     M
Exp:
Adm:   10/26/05
DOB:   ▒▒▒/93
DR.     ROBB, ADELAIDE
Ins.Plan
DC MEDICAID
Ins.ID#  70281666

**ATTENDING PHYSICIAN** _MACAORY_

| DAILY STAFF REPORT | Date: 10/29/05 |
|---|---|
| Nursing/parent: | 312M  314.01 |
| School: | |
| Expressive: | Ø S/HI |
| Family: | |
| Individual: | |
| Outside Providers: | |
| Labs/levels/etc. | |
| Scales/consults | CDI:      CAST:      AS:      Connor's: |
| Other: | Pulse:      BP:      Tm:      Resp: |

| MENTAL STATUS EXAM | Somatic complaints: no    yes: | | | | | | |
|---|---|---|---|---|---|---|---|
| Appearance | wnl   neat   disheveled   bizarre   emaciated   obese | | | | axo= 0  1  2 | | |
| Behavior: | wnl   agitated   hyper   aggressive   anxious   tense   provocative   slowed | | | | | | |
| Speech: | wnl   pressured   poverty   soft   loud   expressive/ receptive/ processing diff   tangential   FOI | | | | | | |
| Cognitive: | average   below average   above average   confused   delirious | | | | | | |
| Affect: | wnl   bright   depressed/flat/blunted   guarded   bizarre   anxious   euphoric   irritable | | | | | | |
| Mood: | euthymic   sad   happy   mad   scale (1-10): good | | | | | | |
| Suicidal: | none   commits to safely   passive   active   plan: | | | | | | |
| Homicidal: | none   yes: plan: | | | | | | |
| Psychotic/thoughts: | wnl   disorganized   delusions   hallucinations (aud/visual)   obsessions   TI/TW/TB | | | | | | |
| Insight/judgment: | good   fair   poor   definitely impaired | | | | | | |
| Other: | | | | | | | |

| CONTINUED STAY | |
|---|---|
| Impaired Functioning | danger to self      danger to others      psychotic      unable to eat indep/wt unstabl     continues to require restraints      not responding to behavioral protocol |
| Med. Adjustment: | |
| Cont. Evaluation: | |
| Family Issues: | |
| Dispo/Legal Issues: | |
| Other | |

| TREATMENT PLAN | | | | | | |
|---|---|---|---|---|---|---|
| Therapies | Individual | group | expressive | family | behavioral | cognitive |
| Consults | Medicine | speech | audiology | genetics | neurology | CPS |
| Procedures | MRI | CT | Xray | EEG | EKG | blood level |
| Other | | D/C LIDI. | | | | |

67

**ADMISSION NOTE /DATE:** 10/27/05
**ATTENDING PHYSICIAN** MACADOU

**CC:** "I want to kill my (m)"

**HPi:** [illegible] is an 11-y/o [illegible] c Hx of ADHD was B1R (m), plus [illegible] ↑ H/I / I/P to kill (m) assaulta state (m) stable (m). Difficult respond to redirect p limit-testing, by (m), not [illegible] dyscontrol [illegible] parental-child conflict

**Current Psych Meds:** Adderall 10 mg/d Depacote 400. bid

**Current Psych Tx:** Psychiatrist: [illegible]
Therapists: Bedrum

| | | | | |
|---|---|---|---|---|
| P Psych Hx: | Inpt    none    (yes) multiple 50 | Outpt    none    (yes) | Simple |
| P Psych Meds: | Risp / Trileptal | | ↓ AO |
| P Medical Hx: | Ø | | Violence Ø |
| ROS/Allergies: | NKDA | | Subst Ø |
| Dev Delays: | None    walked:    talked: | toilet trained: | |
| Family Psych Hx: | Paternal c mental illness | | |

| | | | |
|---|---|---|---|
| Social Hx: | Losses: | no    (yes) (P) incarcerated | |
| | Physical/Sexual Abuse: | (no)    yes: | |
| | Legal Hx: | (no)    yes: | |
| | Custody Issues: | (no)    yes: | |
| | Living Situation: | (m) | |
| | Agencies: (contact names/numbers): | | suspended School multiple |
| | School: Simple    Grade: 7th    Special Ed: (no)    yes | | |

**Neuroveg Changes:** Sleep: ↑ ↓ ⊙    Appetite: ↑ ↓ - :    Energy: ↑ ↓ ⊙
**Strengths:**
**Other:**

---

**MENTAL STATUS EXAM**    Somatic complaints: (no)    yes:    axo= 0  1  2 (3)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appearance | [illegible]    wnl    neat    disheveled    bizarre    emaciated    obese | | | | | | | |
| Behavior: | [illegible]    wnl    agitated    hyper    aggressive    (anxious)    tense    provocative    slowed | | | | | | | |
| Speech: | [illegible]    wnl    pressured    poverty    soft    loud    expressive/    receptive/    processing diff    tang    FOI | | | | | | | |
| Cognitive: | (average)    below average    above average | | | | | | | |
| Affect: | wnl    bright    depressed/flat/blunted    guarded    bizarre    (anxious)    euphoric    irritable | | | | | | | |
| Mood: | euthymic    sad    happy    mad    scale (1-10): "OK" | | | | | | | |
| Suicidal: | none    commits to safety    passive    active  plan: | | | | | | | |
| Homicidal: | (none)    yes: plan: | | | | | | | |
| Psychotic/thoughts: | wnl    disorganized    delusions    hallucinations (aud/visual)    obsessions    TI/TW/TB | | | | | | | |
| Insight/judgment: | good    fair    (poor)    definitely impaired | | | | | | | |
| Other: | | | | | | | | |

68

ending Admission Note          Date:

| culoskeletal | Wnl | strength | tone | atrophy | abn movements | gait | deformities | station |

**D FOR ADMISSION** | **Diagnoses:**

idal/self harm | **Axis I:** 314.01   *mood disorder*
                                312.9    *parent child related*

nicidal/aggressive/
ger to others | **Axis II:** *def*

gnostic evaluation | **Axis III:** *nl*

chotic/acute mental
us changes | **Axis IV:** *severe: fam/school/social*  NKDA

dication Changes (not
e on outpt basis) | **Axis V:** *20*

lure of outpatient
atment
d compromised | **Formulation/Discussion:**
*___ is an 11-10yo ASD c̄ unknown puerto ___,*
*↑ stress c̄ behav/mood regulat*
*issue c̄ limit test, required coping skills*

er

d Records/
s/Data:

---

**TIAL TREATMENT**
**AN**

| Observation Level: | | constant | close 1:1 with peers | q 15' |
| VS:  P: | BP: | Tm: | R:      Wt: | H:    IBW: |

itten safety contract | Admission Lab Work | EKG
ntact outside providers | | Contact school
iv Therapy 3x/wk | Family Therapy 2x/wk | Behavior Parent Training 2 classes
press Therapy 3x/w | Individualized Behavior Protocol | Cognitive Behavioral Groups
dication Assessment | Child Protection Consult | Cognitive (achievement) assessment
urology consult | MRI/EEG | Pediatric/Adolescent Med Consult
netics consult | Speech and Language Consult | Nutrition Consult
/PT | Scales:  Connors   CDI   CAST   AS |

d Changes: *↑ Adderall XR 20 yo*

**: PLANNING:**   return to previous providers   **identify:** individual / family / group therapist / psychiatrist / other

jected LOS:
er:   *↑ database*

sident Involvement   (yes)   no      Signature:

69



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0189 |
| RECIPIENT ADDRESS | 4425097 |
| DESTINATION ID | |
| ST. TIME | 02/27 11:07 |
| TIME USE | 05'40 |
| PAGES SENT | 41 |
| RESULT | OK |

NURSING CHART pg 3 of 4

Triage & initial nursing assessment
Left without treatment

CPT Code 99282
APC Category 610
Level II
Steri Strips
Urine Dip

7610 Bedside Lab testing (RN/LPN/tech)
6240 First Aid
3660 Wound Care (basic)
7650 Delegation

Oral Hydration interventions
1400 Pain Mgt
Vital Signs
6680 Vital signs monitoring
4238 Phlebotomy: Venous
4190 IV insertion
Respiratory Problems:
3350 Respiratory Monitoring
Medication Teaching
5616 Teaching-prescribed medications
Catheterization
0580 Urinary Catheterization
St. Catheterization (ura collection)
0910 Splinting
Simple wound care / cleaning
Wound care (simple)
Patient Transport: X-ray / CT
0960 Transport

4040 Cardiac Care
Pulse Ox & Respiratory Reassessment
EKG
IM/SQ Medication Administration
IV Medication Administration
4200 IV therapy
Fluid & electrolytes Mgt
2080 Fluid/Electrolytes Mgt (fluid bolus & continuous infusion)
Neurological monitoring
2620 neurological monitoring
Seizure management
2680 Seizure Mgt
Wound care
3660 wound irrigation
Complex wound cleaning
Complex wound repair support
Simple GYN exam assistance
Lumbar Puncture care
Isolation Care/procedures
Crisis intervention
6160 Crisis intervention
Psych evaluation
Decontamination services
simple burn care < 9%
TRANSLATION SERVICES

1910 Acid-base management
3140 Airway management (BLS/ALS interventions)
Oxygen therapy 3320
Rapid sequence intubation
Anaphylaxis Mgt
6410 Allergy Management
Cardiac Care 4044 Care: Acute
4090 Dysrythmia Management
Procedural sedation
2260 Conscious Sedation
4140 Fluid resuscitation
4250 Shock Management
6300 Rape-Trauma treatment (Sexual Assault examination)
6650 Surveillance
OR preparation
General admission to inpat. unit
IV administration of vasopressors or high acuity drugs
Maintain C-Spine precautions or immobilization

4050 Blood products administration
Cardio-Pulmonary Resuscitation
6140 Code management
Mechanical ventilation
3300 Mechanical ventilation
Invasive Monitoring
4210 Invasive hemodynamic monitoring
Hypovolemic Shock:
4258 Shock Mgt: Volume
Cardiogenic shock:
4254 Shock Mgt: Cardiac
Chest Tube
1872 tube care-chest
Critical Care Admission (1:1 nursing care)
Preparation for critical care transport
Trauma Alert
Code/Medical ALERT

Simple DC Instructions
DC Instructions (including meds)
Complex DC Instructions
Transfer TO ETU FOR OBS
Admission / OR preparation

EQUIPMENT USED

CARE PATHS IMPLEMENTED: (CIRCLE the care path utilized)

LEVEL IV:
Asthma
Bronchiolitis
VP Shunt
Alleged Sexual Abuse
Alleged Physical Abuse
Metabolic

Minor closed head injury
New onset afebrile seizure
Seizure with fever
Sickle cell with acute chest syndrome
Sickle cell with pain
Sickle cell with fever
Fever and neutropenia

Diabetic ketoacidosis
Gastro
Abdominal pain
Behavioral no risk of suicide
LEVEL V:
Behavioral suicide risk
Critical airway

Procedures Performed:
Nebs: # ____
Continuous Neb: ____
IV/Neb start time: ____
IV/Neb stop time: ____
Lumbar puncture
EKG
Ventilation initiation & Mgt
CPR
Resuscitation
Defibrillation & cardioversion
NG/gastric tube

Wound Debridement/wound care/laceration repair:
Laceration size: ____ cm
Laceration repair: Simple / Intermediate / Complex
Wound cleaning: Simple / Intermediate / Extensive
Foreign body removal (site / object) ____
Return for suture removal ___/___/___
Suture removal completed

Other procedures:
Fx Care
Cast
Splint
Crutches (& education)
Restraints
Immunizations

DISPOSITION: (Circle)
HOME ETU
Left without Treatment, Time ____
Floor admission
Room
PICU/NICU admission
Operating Room
Morgue/ME
Transfer to other facility

REGISTERED NURSE SIGNATURE
DATE 1/19/07
CODER SIGNATURE
DATE

PRINTED BY:

70

PCP      FRASER-LANGLEY, RO
MR#:     020315565
Acct#:   0529901495
EMR      ER--
Sex      M
Exp:
Adm:     10/26/05
DOB:     ___93
DR.      CHAMBERLAIN, JAMES
Ins.Plan
CC MEDICAID OUTPATIENT
Ins.ID#   70281666

**Children's**
National Medical Center

## Initial Psychiatric Evaluation

**DIAGNOSIS:**

AXIS    I    Disruptive Behavior        Code: _____

          ADHD.                      Code: _____

                                              Code: _____

     II    _____

     III    cash                                  Medical Conditions: ___ No ___ Yes

     IV    ___ None ___ Mild ___ Moderate ✓ Severe ___ Extreme ___ Catastrophic

       Name the Stressors:   Conflict w/ Mom.

     V    a)   Current Global Adaptive Functioning (GAF): 18 10    Past Year GAF: _____

**FORMULATION:**

Predisposing Factors:   No Dev. Delays

Perpetuating Factors:   Prior 4 Tx multiple times

Precipitating Factors:   Conflict w/ mom

**TREATMENT PLAN & RECOMMENDATIONS:**

     ①    I-pt admission

     ②    Admit APU

     ③    TXFR TO CPU UPON First                     Opening.

**DISPOSITION:**

Inpatient Admission:    ✓ Voluntary Hospitalization.    ___ Involuntary Hospitalization

     Site:    ✓ CNMC ( CPU ⟨APU⟩ Medical Unit)   Other: _____

___ Referred to Day Hospital    ___ Referred to OPD at CNMC    ___ Referred to outpatient

___ Discharged to Home    ___ Left AMA/Walked Out    Other _____

Consta w/ Dr. Heffner & Dr. Joshi who concur w/ plan

**FOR PATIENT'S DISCHARGED HOME:** Indicate patient's clinical condition, where discharged, discussion with others concerning discharge (family, friends), and clinical follow up plans.

Date of Departure: _____/____/_____    Time of Departure: _____    _____ (Military Time)

Duration of Time Required for Emergency Psychiatric Intervention (Hours): _____

_M. Marsh RN, CKSW_                    _10/26/05_

Signature of Clinician                            Date/Time

_____                                   _10/27/05_

Signature of Attending Physician                  Date/Time

**ADDITIONAL NOTES:**

I hate mother + wants to kill her, violent, needed restraint attempted to stab mother. Hx angry because of football game, abnormal EEG, says wants to kill mother.

Adderall

Gabapentin 400 bid

OP - Dr Bramon = hosp 5x, Risperdal Trileptal, Sz meds

Elliot - 53 - multiple suspensions. OnSA - lives c mom

no allergies, coughing a lot

Talk about residency c mother.

| MEDICAL DECISION MAKING | (2 of 3) | | | LEVEL OF CARE | | (2 of 3) | | |
|---|---|---|---|---|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity | History | Exam | Decision | Minutes | Visit Type |
| Min (0-1) | Min (0-1) | Min | St. forward | PF | PF | SF, LC | 15 | Prob focused |
| Limited (2) | Limited (2) | Low | Low | EP | EP | MC | 25 | Expanded |
| Multiple(3) | Multiple (3) | Mod | Mod | D | D | HC | 35 | Detailed |
| Extensive (4+) | Extensive (4+) | High | High | | | + | < 35 | D/C 1 |
| | | | | | | ++ | > 35 | D/C 2 |

**Resident involvement:**  yes    no        **Signature:** 



72

PRINTED BY: _____ DATE: _____

**ADDITIONAL NOTES:**

| MEDICAL DECISION MAKING | (2 of 3) | | | LEVEL OF CARE | (2 of 3) | | | |
|---|---|---|---|---|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity | History | Exam | Decision | Minutes | Visit Type |
| Min (0-1) | Min (0-1) | Min | St. forward | PF | PF | SF, LC | 15 | Prob focused |
| Limited (2) | Limited (2) | Low | Low | EP | EP | MC | 25 | Expanded |
| Multiple(3) | Multiple (3) | Mod | Mod | D | D | HC | 35 | Detailed |
| Extensive (4+) | Extensive (4+) | High | High | | | + | < 35 | D/C 1 |
| | | | | | | ++ | > 35 | D/C 2 |

Resident involvement:  yes   no        Signature: 

73

 

H█████, N█████



PCP    FRASER-LANGLEY,RD
MR#:   020315566
Acct#:  052990149b
EMR    APU-7701A — CPU
Sex    M
Exp:
Adm:   10/26/05
DOB:   ██/██/93
DR.    ROBB, ADELAIDE
Ins.Plan
DC MEDICAID

**ATTENDING PHYSICIAN** _Courvoisi_

| DAILY STAFF REPORT | Date: 10/28/05 |
|---|---|
| Nursing/parent: | cooperative blunt affect, quiet — no more outgoing calls self T/O, followed studies |
| School: | |
| Expressive: | |
| Family: | |
| Individual: | |
| Outside Providers: | |
| Labs/levels/etc. | |

| Scales/consults | CDI:    CAST:    AS:    Connor's: |
|---|---|
| Other: | Pulse:    BP:    Tm:    Resp: |

| MENTAL STATUS EXAM | Somatic complaints: no   yes:    ax0 = 0  1  2 |
|---|---|
| Appearance | wnl  neat  disheveled  bizarre  emaciated  obese |
| Behavior: | wnl  agitated  hyper  aggressive  anxious  tense  provocative  slowed |
| Speech: | wnl  pressured  poverty  soft  loud  expressive/ receptive/ processing diff  tangential  FOI |
| Cognitive: | average  below average  above average  confused  delirious |
| Affect: | wnl  bright  depressed/flat/blunted  guarded  bizarre  anxious  euphoric  irritable |
| Mood: | euthymic  sad  happy  mad  scale (1-10): |
| Suicidal: | none  commits to safety  passive  active  plan: |
| Homicidal: | none  yes: plan: |
| Psychotic/thoughts: | wnl  disorganized  delusions  hallucinations (aud/visual)  obsessions  TI/TW/TB |
| Insight/judment: | good  fair  poor  definitely impaired |
| Other: | |

| CONTINUED STAY | |
|---|---|
| Impaired Functioning | danger to self  danger to others  psychotic  unable to eat indep/wt unstabl  continues to require restraints  not responding to behavioral protocol |
| Med Adjustment: | |
| Cont. Evaluation: | |
| Family Issues: | |
| Dispo/Legal Issues: | |
| Other | |

| TREATMENT PLAN | |
|---|---|
| Therapies | Individual  group  expressive  family  behavioral  cognitive |
| Consults | Medicine  speech  audiology  genetics  neurology  CPS |
| Procedures | MRI  CT  Xray  EEG  EKG  blood level |
| Other | |

74




H█████, N███████

PCP        FRASER-LANGLELY, PO
MR#        020315565
Acct#      0529901495
EMR        CPU-4176-A
Sex        M
Exp:
Adm        10/26/05
DOB:       ██████93
DR.        ROBB, ADELAIDE
Ins.Plan
DC MEDICAID
Ins.ID#    70281666

**ATTENDING PHYSICIAN** _Cmuvine_

| DAILY STAFF REPORT | Date: 10/3/00 |
|---|---|
| Nursing/parent | affect flat - followed direction, reading - CT scan done on past. Non plated safety contract, silly + goes. |
| School: | |
| Expressive: | |
| Family: | |
| Individual: | |
| Outside Providers: Labs/levels/etc. | |

| Scales/consults Other: | CDI:     CAST:     AS:     Connor's: |
| | Pulse:     BP:     Tm:     Resp: |

**MENTAL STATUS EXAM**   Somatic complaints:   no     yes:

| | | | | | | | axo= 0   1   2 |
|---|---|---|---|---|---|---|---|
| Appearance | (wnl) | neat | disheveled | bizarre | emaciated | obese | |
| Behavior: | (wnl) | agitated | hyper | aggressive | anxious | tense | provocative   slowed |
| Speech: | (wnl) | pressured | poverty   soft   loud | expressive/ receptive/ processing diff | | tangential   FOI | |
| Cognitive: | (average) | below average | | above average   confused   delirious | | | |
| Affect: | (wnl) | bright | depressed/flat/blunted | guarded | bizarre | anxious | euphoric   irritable |
| Mood: | (euthymic)   sad | happy   mad | | scale (1-10): | | bizarre | |
| Suicidal: | none | commits to safety | passive | active   plan: | | | |
| Homicidal: | none | yes: plan: | | | | | |
| Psychotic/thoughts: | (wnl) | disorganized   delusions | hallucinations (aud/visual) | | obsessions | TI/TW/TB | |
| Insight/judment: | good   fair | (poor) | definitely impaired | | | | |
| Other: | | | | | | | |

**CONTINUED STAY**

| Impaired Functioning | (danger to self)   (danger to others) | psychotic | unable to eat indep/wt unstabl |
|---|---|---|---|
| | continues to require restraints | not responding to behavioral protocol | |
| Med Adjustment: | | | |
| Cont. Evaluation: | | | |
| Family Issues: | | | |
| Dispo/Legal Issues: | | | |
| Other | | | |

**TREATMENT PLAN**

| Therapies | (individual)   (group)   (expressive)   (family)   (behavioral)   cognitive |
|---|---|
| Consults | Medicine   speech   audiology   genetics   neurology   CPS |
| Procedures | MRI   CT   Xray   EEG   EKG   blood level |
| Other | |

75

**ADDITIONAL NOTES:**

*Lights & mobtier*

*hosp 5x*

*perched well in ED*

*Abb well —*

*Did well over weekend —*

*Consider d/c*

*? respite from pt?*

| MEDICAL DECISION MAKING | (2 of 3) | | |
|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity |
| Min (0-1) | Min (0-1) | Min | St. forward |
| Limited (2) | Limited (2) | Low | Low |
| Multiple(3) | Multiple (3) | Mod | Mod |
| Extensive (4+) | Extensive (4+) | High | High |

| LEVEL OF CARE | (2 of 3) | | | |
|---|---|---|---|---|
| History | Exam | Decision | Minutes | Visit Type |
| PF | PF | SF, LC | 15 | Prob focused |
| EP | EP | MC | 25 | Expanded |
| D | D | HC | 35 | Detailed |
| | | + | < 35 | D/C 1 |
| | | ++ | > 35 | D/C 2 |

**Resident involvement:**  (yes)  no

**Signature:**



76



H_____, N_____

PCP    *FRASER LANGLEY, RO*
MR#    020316666
Acct#   0529901495
EMR    CPU-4176-A
Sex    M
Exp:
Adm:   10/26/05
DOB:   _____/93
DR.    *ROBB, ADELAIDE*
Ins.Plan
*UC MEDICAID*
Ins.ID#   70281666

ATTENDING PHYSICIAN _Macadai_

| DAILY STAFF REPORT | Date: 10/30/05 |
| --- | --- |
| Nursing/parent: | |
| School: | |
| Expressive: | _presented safety contract_ |
| Family: | _none controlled feeling_ |
| Individual: | |
| Outside Providers: | |
| Labs/levels/etc. | |

| Scales/consults | CDI: | CAST: | AS: | Connor's: | | |
| --- | --- | --- | --- | --- | --- | --- |
| Other: | | | | Pulse: | BP: | Tm: | Resp: |

| MENTAL STATUS EXAM | Somatic complaints: (no) yes: | | | | | axo= 0   1   2 |
| --- | --- | --- | --- | --- | --- | --- |
| Appearance | (wnl) | neat | disheveled | bizarre | emaciated | obese |
| Behavior: | (wnl) | agitated | hyper | aggressive | anxious | tense    provocative   slowed |
| Speech: | (wnl) | pressured | poverty | soft | loud | expressive/ receptive/ processing diff   tangential   FOI |
| Cognitive: | average | | below average | | above average | confused   delirious |
| Affect: | (wnl) | bright | depressed/flat/blunted | guarded | bizarre | anxious   euphoric   irritable |
| Mood: | euthymic | sad | happy | mad | scale (1-10): | 8,9,10 |
| Suicidal: | (none) | commits to safety | passive | active plan: | | |
| Homicidal: | none | yes: plan: | | | | |
| Psychotic/thoughts: | wnl | disorganized | delusions | hallucinations (aud/visual) | obsessions | TI/TW/TB |
| Insight/judgment: | good | (fair) | poor | definitely impaired | | |
| Other: | | | | | | |

| CONTINUED STAY | |
| --- | --- |
| Impaired Functioning | danger to self      danger to others            psychotic          unable to eat indep/wt unstabl |
| | continues to require restraints        not responding to behavioral protocol |
| Med  Adjustment: | |
| Cont. Evaluation: | |
| Family Issues: | |
| Dispo/Legal Issues: | |
| Other | |

| TREATMENT PLAN | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Therapies | Individual | group | expressive | family | behavioral | cognitive |
| Consults | Medicine | speech | audiology | genetics | neurology | CPS |
| Procedures | MRI | CT | Xray | EEG | EKG | blood level |
| Other | | | | | | |

77

**ADDITIONAL NOTES:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| MEDICAL DECISION MAKING | (2 of 3) | | | LEVEL OF CARE | (2 of 3) | | | |
|---|---|---|---|---|---|---|---|---|
| Data | # of Dx/ Mgmt Options | Risks | Complexity | History | Exam | Decision | Minutes | Visit Type |
| Min (0-1) | Min (0-1) | Min | St. forward | PF | PF | SF, LC | 15 | Prob focused |
| Limited (2) | Limited (2) | Low | Low | EP | EP | MC | 25 | Expanded |
| Multiple(3) | Multiple (3) | Mod | Mod | D | D | HC | 35 | Detailed |
| Extensive (4+) | Extensive (4+) | High | High | | | + | < 35 | D/C 1 |
| | | | | | | ++ | > 35 | D/C 2 |

**Resident involvement:** ( yes )   no 

**Signature:** 

78





H████, N██████

PCP    FRASER-LANGLEY,RO
MR#    020315565
Acct#   0529901495
EMR    CPU-4176-A
Sex    M
Exp:
Adm:   10/26/05
DOB:   ████93
DR.    ROBB,ADELAIDE
Ins.Plan
DC MEDICAID
Ins.ID#  70281666

**ATTENDING PHYSICIAN** _MACAOAY_

| DAILY STAFF REPORT | Date: 10/29/05 |
|---|---|
| Nursing/parent: | 312.9  314.01 |
| School: | |
| Expressive: | Ø S/HI |
| Family: | |
| Individual: | |
| Outside Providers: Labs/levels/etc. | |
| Scales/consults | CDI:      CAST:      AS:      Connor's: |
| Other: | Pulse:      BP:      Tm:      Resp: |

| MENTAL STATUS EXAM | Somatic complaints: no    yes:                          axo= 0  1  2 |
|---|---|
| Appearance: | (wnl)  neat    disheveled    bizarre    emaciated    obese |
| Behavior: | (wnl)  agitated    hyper    aggressive    anxious    tense    provocative    slowed |
| Speech: | (wnl)  pressured    poverty    soft    loud    expressive/ receptive/ processing diff    tangential    FOI |
| Cognitive: | (average)  below average    above average    confused    delirious |
| Affect: | (wnl)  bright    depressed/flat/blunted    guarded    bizarre    anxious    euphoric    irritable |
| Mood: | euthymic    sad    happy    mad    scale (1-10): good |
| Suicidal: | (none)  commits to safety    passive    active  plan: |
| Homicidal: | none    yes: plan: |
| Psychotic/thoughts: | wnl    disorganized    delusions    hallucinations (aud/visual)    obsessions    TI/TW/TB |
| Insight/judgment: | good  (fair)    poor    definitely impaired |
| Other: | |

| CONTINUED STAY | |
|---|---|
| Impaired Functioning | danger to self        danger to others        psychotic        unable to eat indep/wt unstabl    continues to require restraints        not responding to behavioral protocol |
| Med Adjustment: | |
| Cont. Evaluation: | |
| Family Issues: | |
| Dispo/Legal Issues: | |
| Other | |

| TREATMENT PLAN | |
|---|---|
| Therapies | Individual    group    expressive    family    behavioral    cognitive |
| Consults | Medicine    speech    audiology    genetics    neurology    CPS |
| Procedures | MRI    CT    Xray    EEG    EKG    blood level |
| Other | D/C C.D. |



N_____ H_____

## EMERGENCY TREATMENT RECORD
### Page 1 of 5
### History & Physical

H_____, N_____

| | |
|---|---|
| PCP | FRASER-LANGLELY, RO |
| MR# | 02031[illegible] |
| Acc# | 0529901495 |
| EMR | ER— |
| Sex | M |
| Exp: | |
| Adm: | 10/26/05 |
| DOB: | ____/93 |
| DR. | CHAMBERLAIN, JAMES |
| Ins.Plan | |
| DC MEDICAID OUTPATIENT | |
| Ins.ID# | 70281666 |

Label / Addressograph

| TIME SEEN BY MD 17:40 | REFERRED BY | |
|---|---|---|
| | HISTORIAN | w/mz |

**CHIEF COMPLAINT** Anger, Destructive behavior

**HPI** 11 y/o c̄ destructive behavior towards mother. Throwing things at her, has gone after mom with knife. Kicked mother in waiting room, has spit on mom.

**PAIN** ☑ NO ☐ CAN'T ASSESS due to ☐ Condition ☐ Dev. Level ☐ Behavior ☐ YES: Score ___ / ___ Character ☐ sharp ☐ dull ☐ pressure
**Frequency** ☐ continuous ☐ intermittent ☐ ___ **Duration** ___ ☐ min ☐ hrs ☐ days ☐ wks ☐ mon ☐ yrs **Location** ___
**INJURY** ☐ No ☐ Yes, ☐ Unintentional ☐ Intentional ☐ Self-Inflicted ☐ APA ☐ ASA
**CURRENT MEDS** Gabapentin, Adderall

**ALLERGIES** ☑ No Known ☐ Yes
**PAST MEDICAL HX** ☐ No significant Wheezing Pneumonia Seizures SCD Dev. Delay Birth WT___ kg
(C=present; /=absent) ☐ Prematurity ___ wks ☐ Peri-natal complications: Bipolar, ADHD
**IMMUNIZATION UTD** ☑ Yes ☐ No ☐ Unknown **FAMILY & SOCIAL HX** ☐ Daycare ☐ Smoker in house ☐ Asthma ☐ Other
**REVIEW OF SYSTEMS** ( O = present; / = absent) ☑ All Other ROS Noncontributory

**CONSTITUTIONAL** Fever Pain/crying
Lethargic/fussy ↓ po intake ↓ UOP
**PULM & CVS** Cough Dyspnea
Wheezing Stridor (mild / mod / severe)
CP Palpitation
**NEURO** HA Blurry vision LOC Seizure
**EENT** Rhinorrhea Otalgia Eye d/c
Conjunctiva injected Pharyngitis

**HEM/ONC** Pallor Bruising tendency
Bleeding tendency
**MUSC/SKEL & LYMPH** Swollen glands
Lumps Extremity pain / swelling
Neck pain Back pain Joint pain
**SKIN** Diaper rash Generalized rash
**GU** Frequency Dysuria Hematuria
Penile d/c Painful / swollen genital area

**GI** Vomiting Constipation Diarrhea
Black/bloody stools Abdominal pain Nausea
**PSYCH** H/O (Suicidal ideation) / attempt
H/O Depression ⟨H/O Violence⟩
H/O Substance Abuse
**ENDO** Polyuria Polydypsia
**FEMALE REPRO** LNMP:___
Abnormal bleeding Vaginal d/c

**RESIDENT PHYSICIAN EXAM** ( O = present; / = absent)

**REVIEWED** ☐ Triage assessment & VS ☐ Prior record
Triage VS T___ HR___ RR___ B/P___ POx___ WT___ kg

**Exam Notes**

| | |
|---|---|
| **GENERAL** | ⟨Alert⟩ Smiling ⟨Fussy⟩ Toxic Well Hydrated |
| **HEAD** | AFOF ⟨AT/NC⟩ NECK NT FROM Supple |
| **EYES** | EOMI ⟨Conj clear⟩ PERRL Discs sharp D/C |
| **EARS** | TMs clear (B) External scars/lesions D/C |
| **NOSE** | Flaring Rhinorrhea Foreign body |
| **MOUTH** | MMM OP benign Tonsillar exudate Pharyngeal erythema |
| **LUNGS** | ⟨CTA (B)⟩ Wheezes RTX Crackles |
| **CV** | ⟨RRR⟩ S₁ S₂ Rub Murmur Gallop Distal pulses n! |
| **CHEST WALL** | NT No breast masses |
| **LYMPH NODES** | Axilla Neck Groin Other |
| **ABDOMEN** | ⟨Soft⟩ ⟨NT⟩ ⟨ND⟩ BS n! H8M Mass Pelvis stable |
| **GU – FEMALE** | NEFG CMT Vaginal d/c |
| **GU – MALE** | Testes ↓↓ Circumcised Penile d/c Hernia |
| **NEURO** | Good tone Norm gait DTRs 2+ all ext CN's normal |
| **SKIN** | Rash Abrasions Bruises Burns Lacerations |
| **EXTREMITIES** | FROM Edema Warm Perfused |

Signature, Title & Initials _____

Signature, Title & Initials _____

DN_____ DO PL-1
Resident Physician Signature, Title & Initials

Staff Physician Signature, Title & Initials

#18-115 Rev 4/05

80



N██████ H██████

**MENTAL HEALTH EVALUATION & TREATMENT RECORD** H██████, N██████
**Page 1 of 4**
**History, Physical, Progress Notes**

Children's

| PCP | FRASER-LANGLELY,RO |
|---|---|
| MR#: | 02031556S |
| Acct#: | 0529501495 |
| EMR | ER~ |
| Sex | M |
| Exp: | |
| Adm: | 10/26/05 |
| DOB: | ████/93 |
| DR. | CHAMBERLAIN,JAMES |
| Ins.Plan | |
| DC MEDICAID OUTPATIENT | |
| Ins.ID# | 70281668 |

| TIME SEEN BY MD | | REFERRED BY |
|---|---|---|
| **HISTORIAN** | | |
| **CC** | | |

See attached HPI

**CURRENT MEDS**

**ALLERGIES** ☐ No Known ☐ Yes (list): _____

**PAST MENTAL HEALTH HX** (ADHD) Depression (Bipolar) Aggressive Suicide Ideation Suicide Attempt
Other

**PRIOR MENTAL HEALTH ADMISSIONS** No (Yes)   DETAILS: _____

**PRIOR MENTAL HEALTH OUTPT TX** No pychologist (psychiatrist) social worker therapist NAME: _____

**SUBST ABUSE** (EtOH) Tobacco THC other illicit

**INCARCERATION** No Yes

**LIVING SITUATION** Parent Relative Foster parent Group Home

**MENTAL HEALTH ROS** (O=present; /=absent)
(Aggressive) Agitated Anxious Change in mental status Delirium Depression
Hallucinations (Homicidal Thoughts) (Homicidal Behavior) Intoxication Mania Paranoia
PTSD Subst Abuse Suicide Attempt/Gesture Suicide Ideation (Violent Behavior)
Other

**OTHER ROS**

**PHYSICIAN EXAM** (O = present; / = absent)

| GENERAL | Alert Lethargic Flat (Violent) Confused Noncommunicative |
|---|---|
| HEAD | AT/NC   NECK NC NT FROM Supple |
| EYES | EOMI Conj clear (PERRL) Discs sharp D/C |
| EARS | TMs clear(B) External scars/lesions D/C |
| NOSE | Flaring Rhinorrhea Foreign body |
| MOUTH | MMM OP benign Tonsillar exudate Pharyngeal erythema |
| LUNGS | (CTA (B)) Wheezes RTX Crackles |
| CV | (RRR) S₁ S₂ Rub Murmur Gallop Distal pulses nl |
| ABDOMEN | Soft NT ND HSM Mass Pelvis stable |
| NEURO | Good tone Norm gait DTRs 2+ all ext CN's normal Norm memory Norm concentration Norm orientation |
| SKIN | Rash Abrasions Bruises Burns Lacerations |
| EXTREMITIES | FROM Edema Warm Perfused |

**REVIEWED** ☐ Triage assessment & VS ☐ Prior record
Triage VS T___ HR___ RR___ B/P___ POx___ WT___ kg

**Exam Notes**
pt~ combative, threatning, attempting to kick and hit staff

| Time | Initials | STAFF NOTE |
|---|---|---|
| | | [/] I agree with resident history & physical examination as amended above. |
| | | [ ] This patient expresses no suicidal ideation and does not pose a risk to self at this time. |
| | | [ ] This patient expresses no homicidal ideation and does not pose a risk to others at this time. |
| | | [ ] The patient is medically cleared for consultation with Psychiatry service. |

**Decision-Making & Progress Notes:**

ψ Consult due to severity of behavior
repeated Homicidal threats pt to be
Admit to Adol. ψ unit then TXFR to CPr

Signature, Title & Initials    Signature, Title & Initials    Resident Signature, Title & Initials    Staff Physician Signature, Title & Initials

└ confer Atty w/ Dr DSAI + Dr Hofman
who agree w/ plan...



## MENTAL HEALTH EVALUATION & TREATMENT RECO H▮▮▮▮, N▮▮▮▮▮
### Page 2 of 4
### Diagnostics, Orders, Disposition



PCP      FRASER-LANGLELY,RO
MR#:    020315585
Acct#:  0529901495
EMR     ER--
Sex     M
Exp:
Adm:    10/26/05
DOB:    ▮▮▮▮93
DR.     CHAMBERLAIN,JAMES
Ins.Plan
DC MEDICAID OUTPATIENT
Ins.ID#  70281666

| ORDER Time / Initials | DONE Time / Initials | DIAGNOSTICS & RESULTS |
|---|---|---|
| / | / | ☐ POC Hemocult    ☐ POC Gastrocult |
| / | / | POC Urine Pregnancy |
| / | / | POC Drug Screen |
| / | / | POC UDIP |
| / | / | POC PCx Glucose |
| / | / | POC i-Stat |
| / | / | ☐ CBC ☐ Retic___    S__ B__ L__ M__ E__ RL___  Blood ☐ Vein ☐ Art ☐ Portacath / ☐ Broviac w___ g ☐ IV cath ☐ Butterfly X___attempts☐ Tolerated well ☐ Other |
| / | / | ☐ ESR ___ ☐ Bld Culture ☐ Aer ☐ Ana ☐ Fung  Sites: ___  Urine ☐ CC ☐ Cath w___fr ☐Strait ☐Foley x___attempts ☐ Tolerated well |
| / | / | ☐ BMP  ☐ LFT / ☐ CMP  ☐ |
| / | / | ☐ UA ☐ UC pH___ SG 1.0  RBC  WBC  Bact  Glu  Ket  Pro  Nit  Cast  ☐ Other |
| / | / | CSF Battery .Glucose  Protein  WBC  RBC  Gm Stain |
| / | / | ☐ Rapid Strep         ☐          ☐ |
| / | / | ☐ X-Ray  ☐ Sono  ☐ CT  ☐12 Lead EKG by ☐RT ☐ER  To X-ray via___w |

| ORDER Time/Init | DONE Time/Init | OTHER ORDERS |
|---|---|---|
| 1945/CL | / | Monitor Continuously ☐C-R ☐ Apnea ☐Pox  Limits: ☐ Pre-set per age ☐ Other: |
| / | / | Recheck Vital Signs ☐ Q1hr x___ ☐ Q2hr x___ ☐ Q4 hr x___ ☐ Per pathway ☐ |
| / | / | Oxygen ☐ To keep POx >___%, ☐___%, ☐___ LPM ☐ With Humidity ☐ Cool Mist (room air only) |
| / | / | Hydrate ☐ PO ☐ GT  with (specify fluid): |
| / | / | Saline Lock |
| / | / | IV Bolus |
| / | / | IV Maintenance |
| 1945/CL | / | 4 Point soft restraints for patient safety |
| / | / |  |
| / | / |  |

| Order Time/Init | MD Dose / Time/Init | RN Dose / Time/Init | Given Time/Init | MEDICATION NAME | mg or mcg/kg (specify) | Times pt wt in kgs = dose in mg / mcg | Route | Concentration per ml | Vol-ume |
|---|---|---|---|---|---|---|---|---|---|
| 1840/CL | 1840/Dm | 1840/CL | 1840/CL | Versed | 0.05mg/kg | X 61 kgs = 3mg | IM | | |
| 1840/CL | 1840/Dm | 1900/CL | 1900/CL | Versed | 0.05mg/kg | X 6 (kgs = 3mg) | IM | | |
| 1940/Q | 1840/MM | / | 1945/CL | Properidol | adult | X___kgs = 2.5mg | IM | | |
| / | / | / | / | | /kg | X___kgs = | | | |
| / | / | / | / | | /kg | X___kgs = | | | |
| / | / | / | / | | /kg | X___kgs = | | | |
| / | / | / | / | | /kg | X___kgs = | | | |

TEACHING DONE BY MD    ☐ Verbal    ☐ Written: See D/C instructions    ☐ States understanding

**FINAL DIAGNOSES**
1. Disruptive Beh. D/O
2. ADHD by Hx.
3.

| FINAL ASSESSMENT | ☐ Color Pink  ☐ Alert/Responsive ☐ MMM ☐ Respiration Unlabored ☐ Pain Score ___ ☐ |
|---|---|
| FINAL CONDITION | ☐ Improved  ☐ Unchanged  ☐ Deteriorated  ☐ Deceased |
| CONTINUITY OF CARE | ☐ Referring MD called  ☐ Discussed with Dr. |
| DISPOSITION DECISION | ☐ Discharge ☐ Admit to ___ Rm # ___ ☐ Transfer to ___ (Packet Complete) ☐ LWBS  ☐ Left AMA (release signed ☐Yes ☐No) ☐ Expired Time ME notified@ ___ |

_____    _____    _____    _____
Signature, Title & Initials    Signature, Title & Initials    Resident Signature, Title & Initials    Staff Physician Signature, Title & Initials



82



MENTAL HEALTH EVALUATION & TREATMENT REC
Page 4 of 4
NURSING CARE SUMMARY

Children's
National Medical Center



H████, N█████

| PCP | FRASER-LANGLEY, RO |
|---|---|
| MR#: | 020315565 |
| Acct#: | 0529901495 |
| EMR | ER~ |
| Sex | M |
| Exp: | |
| Adm: | 10/26/05 |
| DOB: | ████93 |
| DR. | CHAMBERLAIN, JAMES |

Ins.Plan
DC MEDICAID OUTPATIENT
Ins.ID# 70281666

_____ Nurse Signature, Title & Initials          Coding Analyst Signature

_____ ITEMS THAT APPLY. COUNT ONLY THE HIGHEST ITEM
CIRCLED FOR EACH CATEGORY WHEN CALCULATING TOTAL.

| CATEGORY | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| ASSESSMENT | Initial & Discharge | 1-2 additional assess. | 3-4 additional assess. | 5-8 additional assess. | Trauma/Code/Med Alert |
| VITAL SIGNS | 1-2 repeat VS | 3-4 repeat VS | 5-6 repeat VS | 7-8 repeat VS | >8 repeat VS |
| SPECIMEN COLLECTION & POCT | | Single source specimen(s) | Multi-source specimen(s) | Tests from LP, bone marrow aspiration | Rape kit evidence collection |
| | | 1 POCT | 2 POCT | 3 POCT | >3 POCT |
| HYDRATION IV ACCESS & FLUID WARMER | Oral hydration | NG, OG, G-T hydration | IV bolus/maintenance | Multiple boluses/maintenance | Blood product administration |
| | | 1 line, 1 attempt | 1 line, 2-3 attempts | >3 attempts/multi-lines | IO, CVL or cutdown |
| | | | | 1 fluid warmer | 2 fluid warmers |
| MEDICATIONS | 1 PO, GT, PR, or topical | 1 IM, SQ, IV or >1 PO, GT, PR or top. | ≥ 2 IM, SQ, or IV | ≥ 4 IM, SQ, or IV | ≥ 6 IM, SQ, IV Pressor or insulin drip |
| X-RAY, CT, US MRI | Direct &/or assist < 10 minutes | Accompany to &/or assist 10-15 min | Accompany to & /or assist 16-30 min | Accompany to &/or assist 31-45 min | Accompany to & /or assist >45 min |
| RESPIRATORY | Pulse Ox | Oxygen admin | Suctioning | Trach care/adjust | Ventilation/Intubation |
| | | | Prep Single Neb | Prep 2-6 Nebs | Prep > 6 Nebs/ Cont. |
| | | | | | CO₂ Monitoring |
| ORTHOPEDIC & IMMOBILIZATION PROCEDURES | Armboard & tape | Soft collar | Posterior splint | Joint aspiration assist | Maintain spine immobil. |
| | Sling or Ace Wrap | Velcro splint/ clavicle strap | Fit & apply finger splint apply thumb spica | Assist reduction of fracture/dislocation | Assist w/ pin insertion/ traction application |
| | <10 min Medical Immobilization | 10-20 min. Medical Immobilization | 20-30 min Medical Immobilization | 30-45 min Medical Immobilization | >45 min Medical Immobilization |
| WOUND CARE | Bandaid or Simple bandage | Clean wound | Complex or Multi-site bandage/irrigate wound | Simple Debridement | Complex Debridement |
| | | Apply Steri-strips | Simple Bleed control | Complex Bleed control | Hemorrhage control |
| | | Dermabond | Prep Suture Repair/ Local Anesthesia | | |
| | | Eye patch or Ear dressing | Burn Care < 9% | Burn care 9-25% | Burn Care > 25% |
| NON-INVASIVE | Ice or warm pack | Doppler exam | Isolation/Latex precautions | Reduce hernia | Restraint Protocol |
| INVASIVE | | | Foley insert | GYN exam | Chest tube, ventricular cath insert |
| | | | NG, OG, GT insertion | Gastric Lavage | Peritoneal lavage |
| | | | Enema | Foreign Body Removal (simple) Prep | Foreign Body Removal (complex) Prep |
| | | | | Lumbar puncture | |
| | | | | Abscess I & D | |
| OTHER PROCEDURES | Assist RT w/EKG | EKG by EMTC staff | Assist with ECHO card | Assist ENT/Dentist | Sedation Protocol |
| | | | | Irrigate eye or ear | Defib/ Cardioversion |
| | | | | Art/ven pressure monitor | External Pacing |
| | | | | | CPR |
| TEACHING & PSYCHOSOCIAL | Simple Teaching: Dx, Rx plan, care after discharge, fever control, safety | Extended Teaching: Multiple issues, translator, anxious parent (document) | Complex Teaching: 1 MD/specer/neb, wound care, dressing change, crutch w return demo | Consult: Family & Social Services. Chaplain | Consult Psych, DCP, Police, DC Protect Serv. Crisis intervention (call Soc Wkr or Chap and) |
| DISPOSITION | Home | ETU/Floor admit | PICU/NICU admit | Operating Room | Other facility/Morgue/ME |
| Grand Total = | 0-2 = Level 1 | 3-4 = Level 2 | 5-9 = Level 3 | 10-17 = Level 4 | 18-25 = Level 5    >26 = Level 6 |

CHECK PROCEDURES PERFORMED

| | | |
|---|---|---|
| Nebs # = _____ | Wound debridement | Incision & Drainage |
| Ventilation initiation & mgt | Lac Repair (Single layer) _____ cm | Foreign body removal site = _____ |
| Resuscitation | Lac Repair (Multi-layer) _____ cm | Splint, cast site = _____ |
| Defibrillation/Cardioversion | Burn care _____ % | Vaccine Admin type = _____ |


*PETR*

83









H[redacted],

H[redacted], N[redacted]

PCP FRASER-LANGLELY,RO
MR#: 020315565
Acct#: 0529901495
EMR ER-
Sex M
Exp:
Adm: 10/26/05
DOB: [redacted]/93
DR. CHAMBERLAIN,JAMES
Ins.Plan DC MEDICAID OUTPATIENT
Ins.ID# 70281666

Children's

# MENTAL HEALTH EVALUATION & TREATMENT RECORD
## Page 3 of 4
## History, Physical, Progress Notes

| Time/Init | PO/GT INTAKE | AMT | Time/Init | OUTPUT | AMT |
|---|---|---|---|---|---|
| / | | ml | / | | ml |
| / | | ml | / | | ml |
| / | | ml | / | | ml |
| / | | ml | / | | ml |
| / | | ml | / | | Ml |

ASSESSMENTS Paced on ☐ CR ☐ Apnea ☐ Pox Monitor, Alarms On @

| Time/Init | T | P | R | B/P | POx | FIO2 via | COLOR | AVPU | CAP | PAIN | COMMENTS — Pain Scale ☐ Faces ☐ 1-10 ☐ ☐ Unable to score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1715 R | | | | | | | | | | | Called to seclusion room by RN |
| / | | | | | | | | | | | for aggressive behavior of patient. |
| / | | | | | | | | | | | Patient kicking mother (mother |
| / | | | | | | | | | | | unable to handle patient. Security |
| / | | | | | | | | | | | notified at seclusion room. |
| / | | | | | | | | | | | Patient refusing to change into |
| / | | | | | | | | | | | patient gown (fighting with |
| / | | | | | | | | | | | security uncooperative, kicking |
| / | | | | | | | | | | | kicked nurse in upper leg. |
| / | | | | | | | | | | | Moved to consult room. Pt |
| 1805 R | | | | | | | | | | | medicated with versed 3mg IM. |
| 1810 R | | | | | | | | | | | Securing private room. Yelling |
| / | | | | | | | | | | | screaming. Aggressive behavior |
| / | | | | | | | | | | | continues. |
| / R | | | | | | | | | | | Report to Pam Carlson RN |
| 1815 R | | | | | | | | | | | Rests a short period of |
| 1835 R | | | | | | | | | | | quiet & began to |
| / | | | | | | | | | | | have outburst — [illegible] |
| / | | | | | | | PAIN: DNK | | | | Report received from Pam Carlson. |
| 1915 / [illegible] | | | | | | | | | | | Pt yelling and very agitated |
| / | | | | | | | | | | | now. Periods of quiet c crying |
| / | | | | | | | | | | | for Mom. unable to access pain |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | See new Flowsheet |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | |
| / | | | | | | | | | | | D/C Assessment |

IV FLUIDS (includes syringe pump medications & flushes)

| Time/Init | Fluid/Size IV Site: Rate | Vol | Tot In | Site/ | Fluid/Size IV Site: Rate | Vol | Tot In | Site/ | Comment |
|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |

IV FLUIDS (includes syringe pump medications & flushes)

| Time/Init | Fluid/Size IV Site: Rate | Vol | Tot In | Site/ | Fluid/Size IV Site: Rate | Vol | Tot In | Site/ | Comment |
|---|---|---|---|---|---|---|---|---|---|
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |
| / | | | | | | | | | |

| Time & In | LEARNING BARRIER | PT FM OTH | LEARNING BARRIER | PT FM OTH | LEARNING BARRIER | PT FM OTH |
|---|---|---|---|---|---|---|
| / | None, Ready to Learn | ☐☐☐ | Cognitive / Learning | ☐☐☐ | Cultural / Religious | ☐☐☐ |
| | Physical / Visual | ☐☐☐ | Emotion/ Motivation | ☐☐☐ | Language______ | ☐☐☐ ☐ Interpreter Used |

/ TEACHING: PT / CAREGIVER ☐ Verbal ☐ Demo ☐ AV aid ☐ Written ☐ Return Demo | ☐ Tests/ Procedures ☐ Dx ☐ Plan of Care ☐ Home Care/ Follow-up ☐ Pathophysiology ☐ Meds ☐ MDI & Spacer ☐ ______ | ☐ States Understanding ☐ Successful Return Demo

/ ADMISSION REPORT Given To______________ RN / LPN Special Needs Reported ☐ IV ☐ O2 ☐ Monitors: ☐CR ☐Apnea ☐Pox ☐ Suction ☐ GT ☐ Foley ☐ Isolation__________ ☐ Seizure Precautions ☐ Allergies ☐

/ ←VISIT END TIME ☐ DISCHARGED ☐ ADMITED ☐ TRANSFERRED OUT
Accompanied by ☐ TECH ☐ LPN ☐ RN ☐ MD ☐ Parent / Caregiver ☐ __________
Transport Mode ☐ WC ☐ Stretcher ☐ Bassinet ☐ Stroller ☐ Parents arms ☐ Walked ☐ __________
Equipment Used ☐ Isol precaution ☐ IV ☐ Syr/IV pump ☐ $O_2$ ☐ Monitor ☐CR ☐Apnea ☐POx ☐

*METR*

LaFonda Krezpa RN

H█████, NG█████

| | |
|---|---|
| PCP | FRASER-LANGLELY, RO |
| MR#: | 020315565 |
| Acct#: | 0529901495 |
| EMR | ER- |
| Sex | M |
| Exp: | |
| Adm: | 10/26/05 |
| DOB: | ████93 |
| DR. | CHAMBERLAIN, JAMES |
| Ins.Plan | |
| | DC MEDICAID OUTPATIENT |
| InsJD# | 70281666 |



## NURSE'S TRIAGE ASSESSMENT

*Parent/Patient: Please Complete # 1 - 8*
*(Padres, niño: favor de completar 1-8)*

1. Date (Fecha) 10-26-05  Time (Hora) 4:40   Bipolar, Achd
2. Why Are You Here? (¿Porqué está aquí hoy?) ~~____~~ Fighting his mother
3. Child's Name (Nombre del niño) N█████ H█████  Birth Date (Fecha de nacimiento) 12-30-93
4. Parent/Guardian Name (Nombre de Madre/Padre) Darlene Hinson  Phone #(Teléfono) 581-1203
5. Address (Dirección) 5141 F. H. St, SE #109
6. Medicine Your Child Takes (Medicinas que toma el niño) Adderall
7. Regular Doctor or Clinic (Medico que lo atiende regularmente) _____
8. Does your child have any chronic conditions such as (¿Tiene su niño alguna de las siguientes condiciones crónicas?)?
   ___Cancer or leukemia (Cáncer o leucemia)  ___HIV (VIH)  ___Sickle Cell Disease (Anemia de Celulas Falciforme)
   ___Clotting Problem (Problemas de Coagulación)  ___Hemophilia (Hemofilia)  ___Heart Disease (Problemas de Corazón)
   ___Organ Transplant (Transplante de Organo)  ___Diabetes (Diabetes)  ___Cystic Fibrosis (Quiste Fibroso)
   ___Metabolic disorder (Disorden Metabólico)  ___VP Shunt (Válvula de Drenaje)  ___Oxygen at home (Usa oxigeno en iu casa)
   ___Central Line/Broviac/Port-a-Cath (Linea Central/Broviac/Cateter)  ___Tracheostomy (Traqueotomia)
   ___Other (otra) _____

### DO NOT WRITE BELOW THIS LINE *(No escriba debajo de está linea)*

**SUBJECTIVE** *Information provided by historian*

| HISTORIAN | ☐ Patient ☑ Mother ☐ Father ☐ Guardian ☐ Grandparent ☐ EMS ☐ Other: |
|---|---|
| PRESENTING PROBLEM | *Referred by:* behavoir |
| CARE GIVEN PTA | ☐ None ☑ Medication Tyl Am | Gabapentin | Adderall 400 10 ☐ Other |
| MEDICAL HX | ☑ None ☐ Yes, Describe |
| ALLERGIES | ☑ None ☐ Yes, List |
| IMMUNIZATIONS | ☑ UTD ☐ Not UTD ☐ Unknown  EXPOSURES ☑ None ☐ TB ☐ Chicken Pox |
| INJURY SCREEN | ☐ None ☐ Intentional ☑ Unintentional ☐ Peer Assault ☐ Self-inflicted ☐ APA ☐ ASA |
| ASA SCREEN | ☑ NA ☐ Alleged Assault Occurred ☐ ≤72 hr ago ☐ >72 hr ago ☐ Unknown  Where ☐ DC ☐ MD ☐ VA ☐ |
| PAIN SCREEN | ☐ No Pain ☐ Yes, Pain Scale Used ____ Score ____ ☐ Unable to Score due to |

**OBJECTIVE** *Observations made by nursing staff*

| VITAL SIGNS | T °C | P 72 | R 16 | BP 130/40 | POx | % in ☐ RA ☐ O₂ ____ LPM | WT 61 | ☑ KG ☐ Estimated ☐ Measured in ER |
|---|---|---|---|---|---|---|---|---|
| LOC | ☑ Alert | ☐ Sleepy/Arouses | ☐ Lethargic | ☐ Fussy/Agitated | ☐ Disoriented | ☐ Stuporous/Comatose | | |
| COLOR | ☑ Pink | ☐ Pale | ☐ Gray | ☐ Mottled | ☐ Cyanotic | ☐ Jaundice | ☐ Other | |
| RESPIRATORY SIGNS/SYMPTOMS | ☑ None | ☐ UAC | ☐ Cough | ☐ Rhinorrhea | ☐ Hoarse Voice | ☐ Stridor | ☐ Croup Score: | |
| | | ☐ See Asthma Sheet | ☐ Retractions | ☐ Nasal Flaring | ☐ Grunting | | | |
| BREATH SOUNDS | ☑ Clear | ☐ See Asthma Sheet | ☐ Coarse | ☐ Wheezing | ☐ Rales | ☐ Decreased | ☐ Absent | |
| ORAL MUCOSA | ☑ Moist | ☐ Sticky | ☐ Dry | SKIN TURGOR | ☑ Normal | ☐ Doughy | ☐ Tenting | |
| ABDOMEN | ☑ Soft | ☐ Non-Tender | ☐ Distended | ☐ Tender | ☐ Guarding | ☐ Tense/Rigid | | |
| INJURY ASSESSMENT | Type/Size/Location Bleeding ☑ None ☐ Yes, Describe | | | Vascular check (distal to injury) ☑ N/A ☐ ≤3 Sec ☐ >3 Sec | | | | |
| FALL RISK ASSESSMENT | ☑ No ☐ Low ☐ High | | | | | | | |
| OTHER ASSESSMENTS | Ⓢ safety contract | | | | | | | |

**INTERVENTIONS PROVIDED IN TRIAGE**

| MEDICATION | ☐ Documented on ETR |
|---|---|
| FIRST AID | ☐ Dressing ☐ Shur-Clens ☐ NS ☐ Ice ☐ Splint ☐ Sling ☐ C-Collar ☐ Backboard |
| REFERRALS | ☐ Nurse-Ordered X-ray ☐ SW ☐ DCP ☐ Psych ☐ Interpreter, Language |
| INSTRUCTIONS | ☐ NPO ☐ Clear Fluids ☐ Light Clothing ☐ Clean Catch Urine |

**ACUITY LEVEL & CARE AREA ASSIGNED**

| (CIRCLE ONE) | ☐ ED | ☐ CHC Urgent Care | ☐ Isolated in____ | ☐ | ☐ Direct Admit |
|---|---|---|---|---|---|
| I   II  ⓘ | ☐ ED Fast Track | ☐ AHC Urgent Care | ☐ DCP (By appointment only) | | ☐ Apparently Left Prior to Triage |
| IV   V | ☐ ED Mental Health | | | | |

**TRIAGED BY**

| Time 1725 | Initials JJ | Full Name & Title Julio Umyaku |
|---|---|---|

CNMC 82(A) REV 6/23/04

### Placed in Room # SW2.



85



**interdynamics, inc.**

Evaluations and Therapy

10001 Derekwood Lane, Suite #120
Lanham Maryland 20706
Phone: 301.306.4590
Fax: 301.306.4591
www.interdynamicsinc.com

### Psychoeducational Evaluation
*Confidential Report*



**Name:** N███ H███
**Current School:** Eliot Junior High
**Primary Language:** English
**Date of Evaluation:** July 20, 2006

**Date of Birth:** ████████, 1993
**Age:** 12 years -- 7 months
**Grade:** 7
**Date of Report:** July 27, 2006

#### Reason for Referral:

N███ H███ was referred for a Psychoeducational Evaluation to assess his current level of cognitive, academic, and social-emotional functioning. The results from this evaluation will be used to assist the multi-disciplinary team in determining the most appropriate educational program.

#### Background Information:

N███ is a twelve-year, seven-month-old African American male who is enrolled in the 7th grade at Eliot Junior High School. He lives with his mother, Ms. Darlene Hinson, in the District of Columbia. Reportedly, N███ is the only child born to his mother. There is no information that would suggest that N███ has a biological father involved in his life on a consistent basis.

Regarding N███ academic history, Ms. Hinson reported that her son has been suspended from school on numerous occasions due to behavioral problems. N███ homeroom teacher, Ms. Campbell, reported that his behavior in class is very disruptive in that he is unable to focus long enough, and to settle down in order to do what is expected of him.

N███ social-emotional history is significant for behavioral problems, as outlined previously; and includes hyperactivity. He has been diagnosed with Attention Deficit Hyperactivity Disorder in the past. N███ receives *Strattera* and *Risperdal* for ADHD. Due to significant behavioral problems that have impacted his academic achievement skills, the multi-disciplinary team recommended an evaluation.

N███ medical history is significant in that he has been hospitalized at Children's National Medical Center on at least three occasions during 2004 and 2005. He was hospitalized due to significant behavioral problems associated with his previous diagnosis of ADHD. N███ developmental history indicates that major milestones were achieved on time.

*Psychoeducational Evaluation – N██████ H██████*
*July 27, 2006*

**Behavioral Observations:**
There were no major problems during the testing session. N██████ worked to the best of his ability, and presented an eagerness to do what was asked of him. He was well groomed and alert during testing. He appeared oriented in all spheres. N██████ easily established rapport with this examiner. He made consistent eye contact, and responded to questions and tasks presented to him. However, N██████ displayed a low frustration tolerance for certain tasks. He was also somewhat restless in his seat, and frequently looking around the room. N██████ displayed some symptoms of inattentiveness and hyperactivity. He completed all assignments to the best of his ability. Therefore, the results of this evaluation are considered to be valid.

**Procedures Administered:**
Clinical Observation and Interview with N██████
Interview with Mother, Ms. Darlene Hinson
Review of Selected School Records
Wechsler Intelligence Scale for Children – Fourth Edition (WISC-IV)
Wechsler Individual Achievement Test – Second Edition (WIAT-II)
Beery Developmental Test of Visual Motor Integration (VMI)
Three Wishes Test
House Tree Person Drawings
Family Drawings

**Test Results and Findings:**
*Cognitive Functioning:*
In order to obtain N██████ current level of cognitive functioning, he was administered the Wechsler Intelligence Scale for Children– Fourth Edition (WISC-IV). The WISC-IV is divided into a number of subtests. A Scaled Score of (10) is considered Average. A Scaled Score of (13) to (15) indicates Above Average functioning, while (5) to (7) indicate Below Average functioning. Scores of (16) or higher are described as Superior, (4) is considered Borderline, while scores (3) and below are considered Deficient. N██████ Full Scale IQ (FSIQ) of (92) classifies his overall level of cognitive functioning in the Average Range, and places him at the 30th Percentile, which means he was exceeded by 70% of his peers.

N██████ Composite Score of (96) on the Verbal Comprehension Index (VCI), which measures his verbal reasoning, verbal concept formation, and knowledge acquired from his environment, placed him in the Average Range, and at the 45th Percentile. This means that N██████ was exceeded by 55% of his peers. N██████ Perceptual Reasoning Composite Score of (96) also classified him in the Average Range of functioning, and at the 39th Percentile with 61% of his peers surpassing him in this domain. Perceptual Reasoning is a measure of his perceptual and fluid reasoning, spatial reasoning, and visual-motor integration. There is no disparity between his verbal and nonverbal reasoning abilities.

*Psychoeducational Evaluation – N███ H███*
*July 27, 2006*

On the Working Memory Index, N██████ score of (99) places N█████ in the Average Range of functioning, and at the 47th Percentile, with 53% of his peers exceeding him in this domain. Working memory reflects the ability to hold information so that manipulations or calculations can be performed.

N█████ Processing Speed Composite Score of (85) is in Low Average Range of functioning, and at the 16th Percentile. His score indicates that he was exceeded on this domain by 84% of his peers. Processing Speed involved perceptual processing and speed as reflected in both mental and psychomotor performance. Furthermore, it is an indication of the rapidity with which Norman can mentally process simple or routine information without making errors.

Analysis of N██████ scores on the individual subtests indicates that his performance in the Verbal Comprehension area is Average on all subtest areas tested. He has Average skills in terms of comprehension of social situations, social judgment, and knowledge of conventional standards of social behavior. In the Perceptual Reasoning subtest areas, N██████ skills are Average, which suggest that he has Average ability in terms of being able to abstract meaningful concepts and relationships from verbally presented materials. In the Working Memory area, N██████ scores are Average to Slightly Above Average on all areas tested. In the area of Processing Speed, his subtest scores range from Below Average to Average. It seems that N█████ has the ability to reason with words and without words in order to adequately verbally express himself, and to nonverbally comprehend vectors impinging upon his life space from the environment.

## Perceptual Motor Functioning:
N█████ perceptual motor integration ability was assessed by the Beery Visual Motor Integration Test (VMI). This test was specifically designed to assess perceptual motor functioning. This instrument consists of developmental sequences of geometric forms to be copied with paper and pencil. These tasks required N█████ to copy increasingly complex designs without erasing, thus, evaluating both fine motor control and motor planning skills. N██████ written replications were scored for precision and accuracy. N█████ obtained a score of (88), which placed him in the Low Average Range of functioning. His performance placed him at the 21st Percentile, which means he was exceeded by 79% of his peers. N█████ performance on this measure is similar to his performance on the Block Design (Scaled Score = 9) subtest of the WISC-IV, which also measured his perceptual motor integration ability, but with a speed component.

## *Academic Functioning:*
The Wechsler Individual Achievement Test – Second Edition (WIAT-II) is an academic screening measure that assesses three areas: Reading, Mathematics, and Written Language.

*Psychoeducational Evaluation – N██████ H█████*
*July 27, 2006*

In overall Reading, N██████ displayed Low skills (SS = 82). Low Average skills were noted on the Word Reading subtest (SS = 87; Grade Equivalent = 5.0; Age Equivalent = 10.4). N██████ demonstrated Low Average Skills on Reading Comprehension, (SS = 80, with a Grade Equivalent of 5.8; and Age Equivalent = 11.0). N██████ demonstrated Low Average Skills on Pseudoword Decoding (SS = 88; Grade Equivalent = 3.0; and Age Equivalent of 9.0).

In overall Mathematics, N██████ displayed Low Average skills (SS = 80). Low Average skills were demonstrated on Math Reasoning (SS = 85; Grade Equivalent = 5.2; and Age Equivalent = 10.8). N██████ was able to perform tasks which involved using simple patterns to solve problems, creating and solving addition, subtraction problems using whole numbers, and solving simple problems using money. He had difficulty with tasks which involved using time to compare and order events, as well as using grids and graphs to make comparisons, draw conclusions, or answer questions. N██████ displayed Borderline skills in terms of his abilities for Numerical Operations (SS = 79; Grade Equivalent = 4.6; and Age Equivalent = 10.0). For example, N██████ was able to add and subtract basic facts, add multi-digits, and divide basic facts. He had difficulty subtracting multi-digits, and addition or subtraction using decimal points or fractions.

Lastly, in overall Written Language, N██████ displayed Extremely Low skills (SS = 85). N██████ demonstrated Low Average skills on Spelling (SS = 87; Grade Equivalent 4.5; and Age Equivalent = 9.8). He demonstrated Low Average skills on Written Expression (SS = 85; Grade Equivalent 3.7; and Age Equivalent = 9.0). On the Written Expression subtest, N██████ was able to perform on spelling tasks, and write a paragraph using two sentences. However, he had difficulty with connecting two or more sentences to make one well written sentence. On the Spelling subtest, N██████ had problems spelling words such as *couldn't, owe, easier, whistle*, and *strength*. He did correctly spell words such as *rough, riding, design*, and *climbed*.

In general, N██████ academic achievement testing evidenced Borderline to Low Average skills without significant strengths. As suggested by his social-emotional history, N██████ will need additional academic supports, inclusive of externalized prompting, and assistance with initiating and completing tasks at home and in school.

## Social-Emotional Screening:
N██████ social and emotional functioning was assessed using several measures, including observation, parent interview, review of selected school records, anecdotal records, and Projective Tests. N██████ drawings of a house, tree, and person, along with separate drawings of his family, suggest that he suffers from poor self-image and inadequate levels of self-concept. On the outside, N██████ tries to project a façade of self-assurance, while underneath harboring feelings of insecurity and inadequacy. Overall, the results are consistent with his previously documented ongoing disruptive

*Psychoeducational Evaluation – N████ H████*
*July 27, 2006*

behaviors and emotional difficulties, which suggest that current efforts to improve his
social-emotional functioning are not yielding desired results. Consequently, a clinical
evaluation should be completed to further determine N████ current level of emotional
functioning, and appropriate and effective interventions.

## Impressions/Educational Implications:

N████ H████ is a twelve-year, seven-month-old African American male who is
currently enrolled in the 7th grade at Eliot Junior High School. His social-emotional
history is significant for hyperactivity, inattentiveness, frequent suspensions from school
due to negative acting out behaviors, as well as numerous hospitalizations for out of
control behaviors. N████ is currently on *Stratera* and *Risperdal* due to significant
attentional problems. Currently, he is functioning in the Average Range of intelligence,
as evidenced by his Full Scale IQ Score of (92) on the WISC-IV. N████ Verbal
Comprehension abilities were both assessed in the Average Range (VCI = 96, PRI = 96).
On the WIAT-II, N████ obtained Borderline to Low Average scores without significant
strengths. Overall, N████ cognitive abilities are not commensurate with his academic
achievement skills, thus providing an indication of the presence of a learning disability.
That being said, his documented emotional lability appears to impede his academic
performance, and a clinical evaluation should be administered to determine the extent
that a significant emotional disturbance may account for his lack of academic progress.

## Recommendations:

- Pending the results of a clinical evaluation, N████ may benefit from educational
  interventions using intensive one-on-one instruction and small groups in an
  environment suitable for a child who has learning issues complicated by emotional
  issues.

- A clinical evaluation should be administered to determine the existence of Attention
  Deficit Hyperactivity Disorder or other emotional concerns.

- A behavior management plan should be implemented to address N████ disruptive
  behaviors in the classroom.

- Psychological counseling should be addressed after the completion of all
  recommended evaluations.

- N████ should participate in a mentoring program, such as "Big Brothers."

_Belton Wilder_
Belton Wilder, Ph.D.
Examiner

_James Moses Ballard II_  8/24/2006
James Moses Ballard II, Ph.D.
Chief Psychologist
D.C. License # 354
Maryland License # 1160

5

*Psychoeducational Evaluation – N██████ Hi█████*
*July 27, 2006*

### *Wechsler Intelligence Scale for Children – 4th Edition (WISC-IV)*

Total Raw Score to Scaled Score Conversions

| Subtests: | Raw Scores | Scaled Scores |
|---|---|---|
| **Verbal Comp** | | |
| Similarities | 24 | 10 |
| Vocabulary | 38 | 10 |
| Comprehension | 23 | 8 |
| *Sum of Scaled Score* | | *28* |
| **Perc. Rsng.** | | |
| Block Design | 37 | 9 |
| Picture Concepts | 18 | 9 |
| Matrix Reasoning | 24 | 10 |
| *Sum of Scaled Score* | | *28* |
| **Work. Mem.** | | |
| Digit Span | 19 | 12 |
| Letter-Number Sequencing | 15 | 8 |
| *Sum of Scaled Score* | | *20* |
| **Proc. Speed** | | |
| Coding | 46 | 8 |
| Symbol Search | 20 | 7 |
| *Sum of Scaled Score* | | *15* |

Sum of Scaled Scores to Composite Score Conversions

| Scale | Sum of Scaled Score | Composite Score | %tile Rank | 95% Confidence Interval |
|---|---|---|---|---|
| Verbal Comprehension | 28 | VCI 96 | 45 | 91-105 |
| Perceptual Reasoning | 28 | PRI 96 | 39 | 89-104 |
| Working Memory | 20 | WMI 99 | 47 | 91-107 |
| Processing Speed | 15 | PSI 85 | 16 | 78-86 |
| Full Scale | 91 | FSIQ 92 | 30 | 87-97 |

6

*Psychoeducational Evaluation – N██████ H*████
*July 27, 2006*

### Wechsler Individual Achievement Test – Second Edition

| WIAT-II Subtests | Raw Score | Standard Score | Age Equivalent | Grade Equivalent |
|---|---|---|---|---|
| Word Reading | 102 | 87 | 10.4 | 5.0 |
| Numerical Operations | 23 | 79 | 10.0 | 4.6 |
| Reading Comprehension | 121 | 80 | 11.0 | 5.8 |
| Spelling | 29 | 87 | 9.8 | 4.5 |
| Pseudoword Decoding | 30 | 88 | 9.0 | 3.0 |
| Math Reasoning | 42 | 85 | 10.8 | 5.2 |
| Written Expression Grades 1-16 only | 17 | 85 | 9.0 | 3.7 |
| Listening Comprehension | 23 | 81 | 8.8 | 3.5 |
| Oral Expression | 22 | 84 | 8.0 | 3.4 |

| Composites: | |
|---|---|
| Reading | 82 |
| Mathematics | 80 |
| Written Language | 85 |
| Oral Language | 80 |
| **Total Composite** | **79** |



**interdynamics, inc.**
**Evaluations and Therapy**

10001 Derekwood Lane, Suite #120
Lanham Maryland 20706
Phone: 301.306.4590
Fax 301.306.4591
www.interdynamicsinc.com



N.H.-11

### Speech & Language Evaluation Report

| | | | |
|---|---|---|---|
| **Student Name:** | N████ H█ | **School:** | Eliot Junior High |
| **DOB:** | ████/93 | **DOR:** | 8/1/06 |
| **DOE** | 7/27/06 | | |
| **Examiner:** | Philip E. Pierce | | |
| | Speech Pathologist | | |

### Reason for Referral

N█████ is a twelve year old male who was referred for a speech and language evaluation to determine his current levels of communication and to determine his special education needs if warranted.

### Behavioral Observations

N█████ was very pleasant and cooperative during the evaluation process. He was polite and responded to questions in a timely manner. However, he yawned frequently and fell asleep briefly during testing.

### Tests Administered

Expressive One-Word Picture Vocabulary Test (EOWPVT)
Receptive One-Word Picture Vocabulary Test (ROWPVT)
Clinical Evaluation of Language Fundamentals – 4 (CELF-4)
Informal Oral Peripheral Examination
Informal Observation: Articulation, Voice, Fluency

### Expressive One-Word Picture Vocabulary Test

The student is presented with a series of illustrations that each depict an object, action or concept. The student is asked to name each illustration.
Mean: 100, Standard Deviation : 15
Standard Score: 91    Percentile Rank : 27
Average Scores: 90 – 110

93

*Psychoeducational Evaluation – N⬛⬛ Hi⬛⬛*
*July 27, 2006*

**Behavioral Observations:**
There were no major problems during the testing session. N⬛⬛ worked to the best of his ability, and presented an eagerness to do what was asked of him. He was well groomed and alert during testing. He appeared oriented in all spheres. N⬛⬛ easily established rapport with this examiner. He made consistent eye contact, and responded to questions and tasks presented to him. However, N⬛⬛ displayed a low frustration tolerance for certain tasks. He was also somewhat restless in his seat, and frequently looking around the room. N⬛⬛ displayed some symptoms of inattentiveness and hyperactivity. He completed all assignments to the best of his ability. Therefore, the results of this evaluation are considered to be valid.

**Procedures Administered:**
Clinical Observation and Interview with N⬛⬛
Interview with Mother, Ms. Darlene Hinson
Review of Selected School Records
Wechsler Intelligence Scale for Children – Fourth Edition (WISC-IV)
Wechsler Individual Achievement Test – Second Edition (WIAT-II)
Beery Developmental Test of Visual Motor Integration (VMI)
Three Wishes Test
House Tree Person Drawings
Family Drawings

**Test Results and Findings:**
*Cognitive Functioning:*
In order to obtain N⬛⬛ current level of cognitive functioning, he was administered the Wechsler Intelligence Scale for Children– Fourth Edition (WISC-IV). The WISC-IV is divided into a number of subtests. A Scaled Score of (10) is considered Average. A Scaled Score of (13) to (15) indicates Above Average functioning, while (5) to (7) indicate Below Average functioning. Scores of (16) or higher are described as Superior, (4) is considered Borderline, while scores (3) and below are considered Deficient. N⬛⬛ Full Scale IQ (FSIQ) of (92) classifies his overall level of cognitive functioning in the Average Range, and places him at the 30th Percentile, which means he was exceeded by 70% of his peers.

N⬛⬛ Composite Score of (96) on the Verbal Comprehension Index (VCI), which measures his verbal reasoning, verbal concept formation, and knowledge acquired from his environment, placed him in the Average Range, and at the 45th Percentile. This means that N⬛⬛ was exceeded by 55% of his peers. N⬛⬛ Perceptual Reasoning Composite Score of (96) also classified him in the Average Range of functioning, and at the 39th Percentile with 61% of his peers surpassing him in this domain. Perceptual Reasoning is a measure of his perceptual and fluid reasoning, spatial reasoning, and visual-motor integration. There is no disparity between his verbal and nonverbal reasoning abilities.

*Psychoeducational Evaluation – N████ Hi████*
*July 27, 2006*

On the Working Memory Index, N████ score of (99) places N████ in the Average Range of functioning, and at the 47th Percentile, with 53% of his peers exceeding him in this domain. Working memory reflects the ability to hold information so that manipulations or calculations can be performed.

N████ Processing Speed Composite Score of (85) is in Low Average Range of functioning, and at the 16th Percentile. His score indicates that he was exceeded on this domain by 84% of his peers. Processing Speed involved perceptual processing and speed as reflected in both mental and psychomotor performance. Furthermore, it is an indication of the rapidity with which N████ can mentally process simple or routine information without making errors.

Analysis of N████ scores on the individual subtests indicates that his performance in the Verbal Comprehension area is Average on all subtest areas tested. He has Average skills in terms of comprehension of social situations, social judgment, and knowledge of conventional standards of social behavior. In the Perceptual Reasoning subtest areas, N████ skills are Average, which suggest that he has Average ability in terms of being able to abstract meaningful concepts and relationships from verbally presented materials. In the Working Memory area, N████ scores are Average to Slightly Above Average on all areas tested. In the area of Processing Speed, his subtest scores range from Below Average to Average. It seems that N████ has the ability to reason with words and without words in order to adequately verbally express himself, and to nonverbally comprehend vectors impinging upon his life space from the environment.

## Perceptual Motor Functioning:

N████ perceptual motor integration ability was assessed by the Beery Visual Motor Integration Test (VMI). This test was specifically designed to assess perceptual motor functioning. This instrument consists of developmental sequences of geometric forms to be copied with paper and pencil. These tasks required N████ to copy increasingly complex designs without erasing, thus, evaluating both fine motor control and motor planning skills. N████ written replications were scored for precision and accuracy. N████ obtained a score of (88), which placed him in the Low Average Range of functioning. His performance placed him at the 21st Percentile, which means he was exceeded by 79% of his peers. N████ performance on this measure is similar to his performance on the Block Design (Scaled Score = 9) subtest of the WISC-IV, which also measured his perceptual motor integration ability, but with a speed component.

## *Academic Functioning:*

The Wechsler Individual Achievement Test – Second Edition (WIAT-II) is an academic screening measure that assesses three areas: Reading, Mathematics, and Written Language.

*Psychoeducational Evaluation – N█████ Hi████*
*July 27, 2006*

In overall Reading, N█████ displayed Low skills (SS = 82). Low Average skills were noted on the Word Reading subtest (SS = 87; Grade Equivalent = 5.0; Age Equivalent = 10.4). N█████ demonstrated Low Average Skills on Reading Comprehension, (SS = 80; with a Grade Equivalent of 5.8; and Age Equivalent = 11.0). N████ demonstrated Low Average Skills on Pseudoword Decoding (SS = 88; Grade Equivalent = 3.0; and Age Equivalent of 9.0).

In overall Mathematics, N█████ displayed Low Average skills (SS = 80). Low Average skills were demonstrated on Math Reasoning (SS = 85; Grade Equivalent = 5.2; and Age Equivalent = 10.8). N█████ was able to perform tasks which involved using simple patterns to solve problems, creating and solving addition, subtraction problems using whole numbers, and solving simple problems using money. He had difficulty with tasks which involved using time to compare and order events, as well as using grids and graphs to make comparisons, draw conclusions, or answer questions. N█████ displayed Borderline skills in terms of his abilities for Numerical Operations (SS = 79; Grade Equivalent = 4.6; and Age Equivalent = 10.0). For example, N█████ was able to add and subtract basic facts, add multi-digits, and divide basic facts. He had difficulty subtracting multi-digits, and addition or subtraction using decimal points or fractions.

Lastly, in overall Written Language, N█████ displayed Extremely Low skills (SS = 85). N█████ demonstrated Low Average skills on Spelling (SS = 87; Grade Equivalent 4.5; and Age Equivalent = 9.8). He demonstrated Low Average skills on Written Expression (SS = 85; Grade Equivalent 3.7; and Age Equivalent = 9.0). On the Written Expression subtest, N█████ was able to perform on spelling tasks, and write a paragraph using two sentences. However, he had difficulty with connecting two or more sentences to make one well written sentence. On the Spelling subtest, N█████ had problems spelling words such as *couldn't, owe, easier, whistle,* and *strength.* He did correctly spell words such as *rough, riding, design,* and *climbed.*

In general, N█████ academic achievement testing evidenced Borderline to Low Average skills without significant strengths. As suggested by his social-emotional history, N█████ will need additional academic supports, inclusive of externalized prompting, and assistance with initiating and completing tasks at home and in school.

## Social-Emotional Screening:

N█████ social and emotional functioning was assessed using several measures, including observation, parent interview, review of selected school records, anecdotal records, and Projective Tests. N█████ drawings of a house, tree, and person, along with separate drawings of his family, suggest that he suffers from poor self-image and inadequate levels of self-concept. On the outside, N█████ tries to project a façade of self-assurance, while underneath harboring feelings of insecurity and inadequacy. Overall, the results are consistent with his previously documented ongoing disruptive

4

*Psychoeducational Evaluation – N███ H███*
*July 27, 2006*

behaviors and emotional difficulties, which suggest that current efforts to improve his social-emotional functioning are not yielding desired results. Consequently, a clinical evaluation should be completed to further determine N████ current level of emotional functioning, and appropriate and effective interventions.

## Impressions/Educational Implications:

N████ H███ is a twelve-year, seven-month-old African American male who is currently enrolled in the 7th grade at Eliot Junior High School. His social-emotional history is significant for hyperactivity, inattentiveness, frequent suspensions from school due to negative acting out behaviors, as well as numerous hospitalizations for out of control behaviors. N████ is currently on *Stratera* and *Risperdal* due to significant attentional problems. Currently, he is functioning in the Average Range of intelligence, as evidenced by his Full Scale IQ Score of (92) on the WISC-IV. N████ Verbal Comprehension abilities were both assessed in the Average Range (VCI = 96, PRI = 96). On the WIAT-II, N████ obtained Borderline to Low Average scores without significant strengths. Overall, N████ cognitive abilities are not commensurate with his academic achievement skills, thus providing an indication of the presence of a learning disability. That being said, his documented emotional lability appears to impede his academic performance, and a clinical evaluation should be administered to determine the extent that a significant emotional disturbance may account for his lack of academic progress.

## Recommendations:

- Pending the results of a clinical evaluation, N████ may benefit from educational interventions using intensive one-on-one instruction and small groups in an environment suitable for a child who has learning issues complicated by emotional issues.

- A clinical evaluation should be administered to determine the existence of Attention Deficit Hyperactivity Disorder or other emotional concerns.

- A behavior management plan should be implemented to address N████ disruptive behaviors in the classroom.

- Psychological counseling should be addressed after the completion of all recommended evaluations.

- N████ should participate in a mentoring program, such as "Big Brothers."

Belton Wilder, Ph.D.
Examiner

James Moses Ballard II, Ph.D.    9/24/2006
Chief Psychologist
D.C. License # 354
Maryland License # 1160

5

97

*Psychoeducational Evaluation – N████ H████*
*July 27, 2006*

### *Wechsler Intelligence Scale for Children – 4th Edition (WISC-IV)*

Total Raw Score to Scaled Score Conversions

| Subtests: | Raw Scores | Scaled Scores |
|---|---|---|
| **Verbal Comp** | | |
| Similarities | 24 | 10 |
| Vocabulary | 38 | 10 |
| Comprehension | 23 | 8 |
| *Sum of Scaled Score* | | **28** |
| | | |
| **Perc. Rsng.** | | |
| Block Design | 37 | 9 |
| Picture Concepts | 18 | 9 |
| Matrix Reasoning | 24 | 10 |
| *Sum of Scaled Score* | | **28** |
| | | |
| **Work. Mem.** | | |
| Digit Span | 19 | 12 |
| Letter-Number Sequencing | 15 | 8 |
| *Sum of Scaled Score* | | **20** |
| | | |
| **Proc. Speed** | | |
| Coding | 46 | 8 |
| Symbol Search | 20 | 7 |
| *Sum of Scaled Score* | | **15** |

Sum of Scaled Scores to Composite Score Conversions

| Scale | Sum of Scaled Score | Composite Score | %tile Rank | 95% Confidence Interval |
|---|---|---|---|---|
| Verbal Comprehension | 28 | VCI 96 | 45 | 91-105 |
| Perceptual Reasoning | 28 | PRI 96 | 39 | 89-104 |
| Working Memory | 20 | WMI 99 | 47 | 91-107 |
| Processing Speed | 15 | PSI 85 | 16 | 78-96 |
| Full Scale | 91 | FSIQ 92 | 30 | 87-97 |

*Psychoeducational Evaluation – N██████ H█████*
July 27, 2006

### Wechsler Individual Achievement Test – Second Edition

| WIAT-II Subtests | Raw Score | Standard Score | Age Equivalent | Grade Equivalent |
|---|---|---|---|---|
| Word Reading | 102 | 87 | 10.4 | 5.0 |
| Numerical Operations | 23 | 79 | 10.0 | 4.6 |
| Reading Comprehension | 121 | 80 | 11.0 | 5.6 |
| Spelling | 29 | 87 | 9.8 | 4.5 |
| Pseudoword Decoding | 30 | 88 | 9.0 | 3.0 |
| Math Reasoning | 42 | 85 | 10.8 | 5.2 |
| Written Expression Grades 1-16 only | 17 | 85 | 9.0 | 3.7 |
| Listening Comprehension | 23 | 81 | 8.8 | 3.5 |
| Oral Expression | 22 | 84 | 8.0 | 3.4 |

| Composites: | |
|---|---|
| Reading | 82 |
| Mathematics | 80 |
| Written Language | 85 |
| Oral Language | 80 |
| Total Composite | 79 |

7

99

interdynamics, inc.
**Evaluations and Therapy**

10001 Derekwood Lane, Suite #120
Lanham Maryland 20706
Phone: 301.306.4590
Fax: 301.306.4591
www.interdynamicsinc.com

## Occupational Therapy Evaluation Report

### Student Identifying Information:

**Student Name:**      N███████ H██████
**D. O. B.:**                 ████/1993
**C.A.:**                       12 years, 7 months
**Date of Evaluation:** 7/20/06

### Reason For Referral
N██████ H█████ is a 12 year, 7 month old African-American male student who
was recommended to receive a School-Based Occupational Therapy evaluation
to determine if services are needed.

### Assessments Administered
- Beery Developmental Test of Visual Motor Integration- (VMI) 3-subtests
- Bruininks-Oseretsky Test of Motor Proficiency (BOTMP)- subtests 7 & 8
- The Motor-Free Visual Perception test- 3rd Ed. (MVPT)
- Clinical Observations
- Handwriting Assessment
- Teacher Consultation

### Assessment Results
**It should be noted that the numerical scores for these tests are based on
children without developmental delays. The Age Equivalents, although easily
understood, are often not the best measure of a child's growth from year to year.
The standardized score, which is not dependent on age, but the number of
correct responses given out of all the possible answers, may be more accurately
used for comparison purposes.

**Beery Developmental Test of Visual Motor Integration (VMI)** - The VMI is a
test that measures a child's motor, perceptual and visual skills by having them
copy a series of increasingly complex lines, shapes, and designs.  There are 21
items (Short Form) in which there is a "one point" or "no point" score given.  On
the Visual Perceptual subtest, the child is asked to match different lines and
shapes without the motor component.  On the Motor Coordination subtest, the
child is asked to reproduce various lines and shapes within 1/4th and 1/8th inch
borders.

100

*PART 4 FINAL*

Student Name: N█████ Hi█████
DOB: ███/1993
Page-2

N█████ performance scores are recorded below.

| Raw Scores | VMI | Visual | Motor Coordination |
|---|---|---|---|
| Raw Scores | 25 | 27 | 27 |
| Standard Scores | 96 | 101 | 103 |
| Age Equivalents | 11-2 | 12-10 | 12-11 |
| Verbal descriptions | Avg | Avg | Avg |

On the VMI subtest, N█████ demonstrated visual motor integration skills that are equivalent to a child who is 11 years, 2 months old. He demonstrated the ability to reproduce basic pre-handwriting strokes (-, |, O, X, +, etc.), a square, and a circle with a connecting box. N█████ demonstrated appropriate form constancy, visual closure, and spatial relationship reproducing a cross with directional arrows, a 6-circle triangle, a circle with a connecting diamond, and a three-line cross. On the Visual Motor subtest, N█████ demonstrated visual perceptual skills that are equivalent to a child who is 12 years, 10 months old. He was able to accurately match simple pre-handwriting strokes and shapes; he demonstrated no difficulty with connecting and intersecting shapes when given more than 4 answer choices. On the Motor Coordination subtest, N█████ demonstrated motor coordination skills that are age equivalent to a child who is 12 years, 11 months old. He demonstrated no difficulty with planning and coordinating his pencil movements within some of the 1/4 inch and all of the 1/8 inch borders to completely reproduce basic lines and shapes.

**Bruininks-Oseretsky Test of Motor Proficiency (BOTMP)-** assesses the motor functioning of children. The portions of this test administered to N█████ were:
1- **Subtest #7 – Visual Motor Control** - Involves using the eyes and hands together to complete a task. Fine motor table top tasks: (i.e., copying shapes, drawing in lines, cutting on lines)
2- **Subtest #8 – Upper Limb Speed and dexterity**- Includes fine motor tasks done in a coordinated, efficient manner: (i.e., placing pennies in small containers, stringing beads, making a series of rapid consecutive dots, sorting cards by color)

With the subtests that were administered, the following scores are provided below:

| Subtest | Point Score | Age Equiv. | Verbal Descript. |
|---|---|---|---|
| Visual Motor Control | 21 | 12-11 | Average |
| U-Limb Speed/Dexterity | 47 | 11-8 | Average |

On the Visual Motor Control subtest, he demonstrated no difficulty with reproducing basic shapes with a circle, triangle, two overlapping pencils, and a horizontal diamond. Overall, he demonstrated average visual motor control.

Student Name: N████ H████
DOB: ████/1993
Page-3

N████ demonstrated average fine motor abilities. He was able to perform Upper-Limb Speed and Dexterity tasks within 15 second trials such as displacing pegs, sorting cards, placing pennies using one and both hand(s) into a container, and making dots in circles. Overall, he demonstrated average upper-limb speed and dexterity abilities and average visual motor control.

**The Motor-Free Visual Perceptual test (MVPT)** is a test designed to assess overall visual perceptual ability in individuals ages 4 years, 0 months, through 95 years old and above. Perceptual task include spatial relationships, visual discrimination, figure ground, visual closure, and visual memory, performance in these areas provides a single score that represents the individual's general visual perceptual ability.

The results of the MVPT are the following:

|  | **MVPT** |
|---|---|
| Raw Score: | 52 |
| Standard Score: | 102 |
| Conf. interval 85%: | 94-110 |
| Percentile Rank: | 55 |
| Age Equivalent: | 13-0 |
|  | (Avg) |

N████ attempted to perform 65 visual perceptual tasks and obtained a raw score of 52. His scores on this test indicate that he has below average visual perceptual skills. On this test he demonstrated visual perceptual skills equivalent with a child that is 13 years and 0 months.

<u>Clinical Observations</u>
**Upper Extremity Function:** N████ demonstrated appropriate muscle strength in his arms and legs for his age. His range of motion (degree of movement in his joints) was normal.

**Visual Skills/Sensory Processing:** This skill area focuses on the student's ability to organize and interpret sensory input needed for an appropriate adaptive response and interaction with the environment. N████ was noted to have smooth eye movement to locate objects either stationary or moving (tracking). He was able to visually track a moving object by disassociating his eye movements from his head and neck.

**Handwriting Skills:** Clinical observations were made of N████ hand dominance, grasp pattern, writing pressure, alphabet and number reproduction, spacing/alignment, directionality/reversals, and stabilization of written work. N████ is right handed and used a standard size pencil. He was noted to apply

Student Name: N████ H█████
DOB: █████/1993
Page-4

appropriate pressure on his writing utensils during handwriting. He demonstrated an efficient modified thumb wrap quadrupod grasp on the pencil. He stabilized his work with his left hand. His hand writing in print and cursive was age appropriate with no evidence of some sizing, spacing, and baseline orientation problems.

**Scissor Skills:** Clinical observations of N██████ scissor skills were made. He was noted to orient himself to the scissors and paper independently. His left hand was used to stabilize and move the paper. He demonstrated average ability to open and close the scissors and average visual motor ability to cut along curved lines.

**Self-Care Skills:** It is reported that he is independent with performing the Activities of Daily Living- ADL/self-care skills that are necessary for him to perform in the school environment (i.e, putting on/taking off his coat, shoes, book bag, eating/feeding, and performing the steps to using the bathroom).

## SUMMARY

N██████ is a 12 year, 7 month old African-American male who was evaluated for School-Based Occupational Therapy services with the VMI (3-subtests), the BOTMP motor proficiency standardized assessments subtests 7 and 8, and the MVPT, as well as, clinical observations. His scores on the VMI, Visual Perception, Motor Coordination subtest, and the BOTMP Visual Motor Control subtest were all above average to average for his age range. N██████ was very cooperative during this evaluation session. Overall, his handwriting skills were age-appropriate.

## RECOMMENDATIONS

It is my opinion that Direct School-Based Occupational Therapy services are not recommended at this time in conjunction with his daily educational program.

Occupational Therapy recommends the following:
1) Review of this report with classroom staff, related service providers, and caregivers/parents.
2) Incorporate frequent movement breaks within his daily classroom program (i.e., stretching, jumping jacks, push-ups, sit-ups, chair push-ups, etc.) to improve his attention to table-top tasks for completion.
3) Engage N██████ in various visual motor and perceptual activities such as age appropriate mazes, words finds, puzzles, locating and identifying hidden letters, numbers, and items within a picture or text, identifying handwriting errors within a text, and copying various geometric shapes with intersecting and connecting shapes.

Student Name: N████ H████
DOB: ███/1993
Page 5

4)    **General Classroom Suggestions:**
   a.  Keep expectations at a realistic level; do not expect Norman to sit too long. When working with N████, observe for signs of fatigue or restlessness.
   b.  Provide frequent breaks when doing deskwork, giving him an opportunity to move around the room.
   c.  Help increase his attention span by providing short, concentrated work periods with a gradual increase in working time.

Engaging N████ in the above mentioned therapeutic approaches will promote improvement of his visual motor, perception, motor coordination, and attention skills for integration and carry-over of skills.

Devon Irvin, OTR/L
Occupational Therapist

_7/20/06_
Date

### Review of Neuropsychological Assessment Report

N____, H____ is a 12 year, 7 month old African American male currently enrolled in the 7th grade at Eliot Junior High School. He was referred for a neuropsychological evaluation for treatment and planning. N____ has a prior diagnosis of ADHD and receives medication in the form of Stratera and Risperdal. He has been hospitalized on several occasions in 2004 and 2005 due to attentional and disruptive behaviors at home and in school.

N____ received all the appropriate tests necessary to answer the referral question. Overall test results revealed average intellectual functioning. However, his achievement testing was not commensurate with his cognitive abilities. Current neuropsychological assessment revealed that N____'s performance is below expectation when compared to his same-age peers in the areas of attention/executive functioning, language, sensorimotor, visuospatial, and memory and learning abilities. More specifically, he appears to have difficulty with attention, concentration, and impulsivity. He required several repetitions of the stimulus material indicating that working memory, particularly of complex tasks is an area of weakness for him. These memory problems frequently occur secondary to deficits in attention and verbal processing of information. N____'s profile is consistent with a diagnosis of ADHD and this reviewer agrees with the independent psychologist's diagnosis of ADHD and Learning Disorder, NOS. However, I disagree with the diagnosis of Cognitive Disorder NOS. N____ does not meet the diagnostic criteria for Cognitive Disorder, NOS. This category is for disorders that are characterized by cognitive dysfunction presumed to be due to the direct physiological effect of a general medical condition that does not meet the criteria for any specific deliriums, dementias, or amnestic disorders. To qualify for such a diagnosis there has to be objective evidence of a systemic general medical condition or central nervous system dysfunction. Other than ADHD no evidence of an objective medical condition was provided. His cognitive picture appears to be a result of his ADHD.

Ometha Lewis-Jack, Ph.D
Clinical Psychologist/Neuropsychologist
Supervisor, School Psychologists

NH·13

105

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
(Initial Evaluation)
(Initial Placement)
Reevaluation
    Change in Category Exit
    Related Service Add
    Related Service
    Change in Placement
    Other _____

Date  1/23/2007

Student  N_____ H_____    DOB  _____/1993

School  MERRITT MS

Current Disability Category  OHI

Setting  COMBINATION GENERAL EDUCATION CLASSROOM + SPECIAL EDUCATION RESOURCE

Dear  MS. DARLENE HINSON

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
  (Proposes) to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
  Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
  Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

  Your child is not eligible for special education service(s).
  X Your child is eligible or continues to be eligible to receive special education services as a student with  OHI
  X Your child will begin receiving  SPEECH  PSYCHOLOGICAL COUNSELING as a related service(s).
  Your child will no longer receive _____ as a related service(s).
  Your child's category of disability is being changed from _____ to  NH 14
  Your child's alternative placement on continuum (next setting) is being changed.
      from  IN GENERAL ED  to  COMBINATION GENERAL ED + SPECIAL ED RESOURCE ro___
  Your child is no longer eligible and will be exited from the special education program.
Other:  SITE OF SERVICES : MERRITT MS

**Description and Explanation of agency action proposed or refused.**
THE MDT REVIEWED ALL DOCUMENTATION AND PROPOSED THE FOLLOWING SETTING FOR N_____ : COMBINATION GENERAL EDUCATION CLASSROOM AND SPECIAL EDUCATION RESOURCE ROOM

**Description of Other Options Considered and reasons for rejection of each option**
IN GENERAL EDUCATION AND OUT OF GENERAL EDUCATION WERE CONSIDERED. BUT, CURRENT DOCUMENTATION (AND PARENT WISHES) INDICATES THAT N_____ CAN ACCESS THE GENERAL EDUCATION CURRICULUM IN THE SPECIAL EDUCATION RESOURCE ROOM.

Other relevant factors to the decision-  MOTHER'S + STUDENT'S WISHES

MDT Members:  (Principal or Designee)    (General Education Teacher)    (Psychologist)
              (Parent)                   (Special Education Teacher)    Other:
              (Student)                  (Speech and Language)           OT
              (Social Worker)            (LEA & Interpreter (*may be one))

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  MS. BRADLEY  at  202 724-4618  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2003

106

DRAFT

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

### INITIAL PLACEMENT

Student: N_____ H_____    DOB: ____1993 Age: 13    Meeting Date: 1/23/2007

Address: ___5121 Fitch St SE Apt 103___ SE    Telephone (W): _____

Street #   Street           Quad   Apt. No.

Washington           DC  20019    Telephone (H): 2025821203

City                State  Zip Code

Dear Parent:

You have been provided a copy of the "Procedural Safeguards - Parents Rights" booklet. We would like to remind you at this time that:
- granting consent is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all necessary action to provide appropriate service(s) and may be required t initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the process indicated below.

☒ Initial Placement

After development of an IEP, the MDT, with the parent, determined that your child will receive special education and related services.

☐ 0%-20%,        ☒ 21% - 60%, or        ☐ 61% -100%.

### Parent Response Section:

☐ I give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

☐ I **do not** give permission for District of Columbia Public Schools to proceed with the initial placement for my child.

_Nadine Chuson_ (signature)                    1-23-07

Parent/Guardian Signature                      Date

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)** ELIGIBILITY
**MEETING NOTES**

MDT | MDT

MDT REFERRAL DATE: _____

MEETING DATE: 4/23/2007

STUDENT: N_____ H_____    SCHOOL: MERRITT MS

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| DARLENE HINSON | Darlene Hinson | PARENT |
| DIANE ANDERSON | Diane C. Anderson | SP. ED. TEACHER |
| JACOB ADAMS | Jacob N Adams | GEN. ED. TEACHER |
| N_____ H_____ | | STUDENT |
| WINFIELD WHITE | | OT |
| WANONIA POTTS | Wanonia Potts, MSW | SOCIAL WORKER |
| PAMELA TORRENCE | Pamela Torrence | SPEECH THERAPIST |
| MICHELLE DAVIS | Michelle Davis | PSYCHOLOGIST |
| OLEKANA EKEKWE | BY PHONE | ATTORNEY |
| SUE BRADLEY | | LEA/SEC |

- MS. EKEKWE CALLED AT 1:30PM STATING THAT SHE COULD NOT BE AT
  MERRITT ON TIME FOR MEETING WHICH SHE SCHEDULED FOR 1:30PM
  TODAY. MEETING DID NOT START UNTIL 2PM BECAUSE A ROOM
  WITH A PHONE NEEDED TO BE FOUND.
- MS. ANDERSON ASSESSED N_____ USING THE PIAT ON 12/12/06
    READING RECOGNITION SS = 75        MATHEMATICS SS = 95
    READING COMPREHENSION SS = 86     SPELLING SS = 84
    TOTAL READING SS = 77              TOTAL TEST SS = 78
            BELOW AVERAGE TO AVERAGE SCORES
- MS. EKEKWE ASKED IF PIAT WAS GOOD TO USE
- MR. WHITE ASSESSED N_____ 12/22/06. PREVIOUS ASSESSMENTS TOOLS USED
    BY INDEPENDENT EVALUATOR WERE NO LONGER VALID - OUTDATED
    OCCUPATIONAL THERAPY IS NOT WARRANTED AT THIS TIME. PENCIL
    POSITIONING DEVICE WILL BE MADE AVAILABLE TO N_____

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT N_____ H_____

[X] **IS ELIGIBLE** FOR SPECIAL EDUCATION

[ ] **IS NOT ELIGIBLE** FOR SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT) ELIGIBILITY
MEETING NOTES (continuation)

MDT

STUDENT: N_____ H_____    SCHOOL: MERRITT MS    DATE: 4/23/2007

- MR. ADAMS - GENERAL EDUCATION GAVE SUMMARY OF N_____ ACADEMIC
  PROGRESS BEHAVIORS. N____ HAS BEEN ABSENT FOR 45 DAYS FROM
  OCT 30/6 JAN 19/07 - N____ HAS NOTE COMPLETED ANY ASSIGNMENTS OR
  HOMEWORK IN THAT CLASS ~ MS. EKEKWE ASKED THT IF MR. ADAMS
  WAS AWARE OF N____ BEING SUSPENDED DURING THAT TIME -
  MR. ADAMS WAS AWARE BUT N____ WAS NOT SUSPENDED FOR
  ENTIRE TIME. N____ IS NOT ON SUSPENSION NOW AND HAS
  NOT BEEN TO SCHOOL SINCE JAN-8 2007.

- MR. WHITE ASKED N____:
  - WHAT ARE ISSUES YOU HAVING ABOUT ATTENDING SCHOOL
    - N____ ANSWERED - "NO PROBLEM SOMETIMES I JUST DON'T
    -      FEEL LIKE DOING THEWORK"

  - ASKED ABOUT WHAT WOULD MOTIVATE HIM TO GO TO CLASS
    - N____ - "I DON'T NEED NOTHIN'. I CAN GO MYSELF"

  - ASKED WHAT HE WANTS FROM SCHOOL?
    N____ "MY EDUCATION"

  MS. HINSON - ASKED N____ - CAN YOU MAKE IT HERE IN OPEN SPACE
            N____ - I CAN MAKE IT HERE

  MS. HINSON STATED THAT N____ CAN NOT MAKE IT HERE IN
    OPEN-SPACE. MS. EKEKWE SAID "SO YOU ARE SAYING THAT HE
    NEEDS A MORE STRUCTURED ENVIRONMENT. MS. HINSON REPLIED YES.
    MS. HINSON ALSO SAID THAT "IT IS UNFAIR TO THE SCHOOL, TEACHERS
    AND OTHER STUDENTS THAT N____ IS DISRUPTIVE." TO
    WHICH MS EKEKWE QUICKLY ASKED IF IT WAS UNFAIR TO N____

- DISCUSSION OF BEHAVIORS THAT IMPACT ACADEMIC PERFORMANCE
    - ATTENDING CLASSES - WHAT CAUSES HIM TO NOT GO TO CLASS OR
        TO REMAIN IN CLASS.
    - ADHD - SOMETIMES DESTROYS SELF-MOTIVATION
    - N____ IS SUPPOSED TO BE ON MEDICATION N____ REFUSES
      TO TAKE MEDICATION - MS. HINSON IS TO FIND A NEW PROGRAM
      (COMMUNITY BASED) MS. HINSON HAS NOT TAKEN ANY OTHER STEPS TO
      ADDRESS N____ ADHD

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT) ELIGIBILITY
MEETING NOTES (continuation)

STUDENT: N____ H____    SCHOOL: MERRITT MS    DATE: 1/23/2007

- ELIGIBILITY
   N____ O IS ELIGIBLE FOR SPECIAL EDUCATION AS A STUDENT WITH
   OHI OTHER HEALTH IMPAIRED IT HAS BEEN DOCUMENTED THAT
   N____ HAS ADHD.

- SERVICES TO RECEIVE SPECIALIZED INSTRUCTION IN THE AREAS OF:
      READING         5 HR/WK
      WRITTEN EXPRESSION 5 HR/WK
      MATH            5/HR/WK
   SOCIAL - EMOTIONAL   30 MIN/WK - MS. EKENNE DISAGREES - WANTS MORE
   BEHAVIOR PLAN                              TIME 1/WK
   TRANSITION STATEMENT PROFESSIONAL, COLLEGE, HOME OWNER, BUILD
               REC CENTER FOR COMMUNITY
      SPEECH     30 MIN/WEEK
   MDT WILL NOW DEVELOP IEP

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4
Additional Comments: [X]

## I. IDENTIFICATION INFORMATION

### II. CURRENT INFORMATION

Date of IEP Meeting: 1/23/2007
Date of Last IEP Meeting:
Date of Most Recent Eligibility Decision: 1/22/2004

Student Name: Last H█████     First N█████     MI

Student ID 9055476     Soc. Sec. No. ████████     Age: 13     Grade 07

Gender [X]M [ ]F     Date of Birth █████/1993     Ethnic Group  Black

Purpose of IEP Conference:
[X] Initial IEP          [ ] Review of IEP
[ ] Requested Eval.      [ ] 3yr ReEval.

Address     5121   Fitch St SE Apt 103
House No.      Street Name
Washington     DC     20019
City            State   Zip Code

Quadrant SE   Apartment #

Indicate Level of Standardized Assessment:
LEVEL III

[ ] Non-attending
Attending School  Merritt Elementary MS     Home School  Webb Elementary
                                                           MERRITT MS

[ ] Elem. [X] Mid/JHS [ ] SHS [ ] CWS /

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

Parent     D. Hinson/O. Ekekwe

Address of (if different from student):     [X] Parent [ ] Guardian [ ] Surrogate

[X] BEHAVIOR          [ ] TRANSPORTATION
[ ] ESY               [X] TRANSITION

House No.   Street Name     Quad   Apt. No.   City     State   Zip Code
Telephone: Home 2025821203     Work

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | | Oral |
| Parent | English | English | English | | Rdg./ Written |
| Home | English | English | English | | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd Ses. | Time. | Total | SpecEd Ses. | Time | Total | FREQUENCY Hr./ Min | D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks/mos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0 | 0 | 0 | 1 | 15 | 15 | HR | WEEK | SP.ED. TEACHER | 01/24/2007 | 10 | MO 4/2 |
| SPEECH THERAPY | 0 | 0 | 0 | 1 | 0.5 | 0.5 | HR | WEEK | SPEECH THERAPIST | 01/24/2007 | 10 | MONTH |
| PSYCHOLOGICAL COUNSELING | 0 | 0 | 0 | 1 | 0.5 | 0.5 | HR | WEEK | SOCIAL WORKER | 01/24/2007 | 10 | MONTH |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

TOTAL HOURS: 16     Total Combined Hours Per Week:

## V. Disability(ies)     OHI

[ ] (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
[ ] 0-20%   [X] 21-60%   [ ] 61-100%

Percent of time NOT in a General Education Setting 45%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Darlene Hinson — Parent
Diand Anderson — Special Ed Teacher
J. Adams — General Ed Teacher
Sue Bradley — LEA Representative
EugenePair/Sue Bradley — Principal or Designee

Newman H█████ — Student
Winfield White — OT
O. Ekekwe — attorney
Wayaonia Potts — Social Worker
Pamela Torrence — Speech Therapist

Michelle Davis  Psychologist
BY PHONE

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____     Date 1-23-07

District of Columbia Public Schools     04-02-2004     Division of Special Education     Appendix - A     IEP Page 1 of 4

111

| Student Name    N██████  H██████ | Managing School  **Merritt Elementary** | DCPS - IEP |
|---|---|---|
| Student ID Number  9055476         DOB ████████/1993 | Attending School  **Merritt Elementary** | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Score(s) When Available**

### Academic Areas: (Evaluator) Special Education Teacher
**Math Strengths:**

N██████ is only one year behind in math skills

**Impact of disability on educational performance in general education curriculum:**

impacts success inregular education classroom

**Reading Strengths:**

N██████ understands what he reads

**Impact of disability on educational performance in general education curriculum:**

Impacts his success in regular education classess

| Math Cal. | SS=95 |
|---|---|
| Math Rea. | n/a |
| See goal page: | 1 |
| Date: | 12/12/2006 |
| Rdg. Com | SS=86 |
| Rdg. Basic | 4.0 |
| Written Ex. | SS=84 |
| See goal page: | 2 |
| Date: | 12/12/2006 |

### Communication (Speech & Language) (Evaluator) Speech Therapist
**Strengths:**

articulation, voice, fluency

**Impact of disability on educational performance in general education curriculum:**

deficits in expressive & receptive ;language impact ability to access the general education curriculum

**Score(s) When Available**

| Exp.Lang. | SS=77 |
|---|---|
| Rec- Lang. | SS=79 |
| Artic | wnl |
| Voice | wnl |
| Fluency | wnl |
| Exp. Voc. | SS=91 |
| Rec. Voc. | SS=85 |
| See goal page: | 5 |
| Date: | 8/21/2006 |

### Motor/Health (Evaluator)
**Strengths:**



**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**

See goal page: _____

Date: _____

### Social Emotional Behavioral Areas: (Evaluator) Social worker
**Strengths:**

can be cooperative

**Impact of disability on educational performance in general education curriculum:**

Disability impacts self esteem and ability to be available for instruction

**Score(s) When Available**

n/a

See goal page: 4

Date: 1/23/2007

### Cognitive/Adaptive Behavior: (Evaluator)
**Strengths:**



**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

See goal page: _____

Date: _____

### Prevocational Skills: (Evaluator)
**Strengths:**



**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**

See goal page: _____

Date: _____

| Student Name | N████ H████ | Managing School | Merritt Elementary | DCPS - IEP Page 3 of 4 |
| Student ID Number | 9055476 | DOB ████/1993 12: | Attending School | Merritt Elementary |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | | Goal Number: | 1 |

**Area addressed by goal:** Academic Areas: Math

**ANNUAL GOAL: (including mastery criteria.)**

N████ will increase his math skills by nine months with 80% accuracy

**Provider(s):** Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| **SHORT-TERM OBJECTIVES** (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 7.NSO-C.10. N████ will compute fractions 9 including simplification of fractions) integers, decimals, and percentages (including those greater than 100 and less than 1) using four operations and combinations of the four operations with 80% accuracy | | Quarterly |
| 7.PRA.1. N████ will extend, represent, analyze and generalize a variety of patterns with tables, graphs, words, and when possible, symbolic expressions, including arethmetic and geometric progressions (e.g., compounding) with 80% accuracy | | Quarterly |
| 7.G.5. N████ will use compass, straightedge, and protractor to perform basic geometric constructions to draw polygons and circles with 80% accuracy | | Quarterly |
| | | Quarterly |
| 7.M.4. N████ will construct and read drawings and models made to scale with 80% accuracy | | |
| 7.DASP.1. N████ will find, describe, and interpret appropriate measures of central tendency (mean, median, and mode) and spread (range) that represent a set of data with 80% accuracy | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☒ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

113

| Student Name   N███████ H█████ | Managing School   Merritt Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number  9055476      DOB ██/1993 12: | Attending School  Merritt Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**     Additional Comments: ☐     Goal Number: 2

Area addressed by goal:  Academic Areas: Reading

**ANNUAL GOAL: (including mastery criteria.)**

N███ will increase his reading skills by one year's growth with 80% accuracy

Provider(s): Special Education Teacher/Resource Room Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 6/LD-V.9. N█████ will determine the meaning of figurative language, including similes, metaphors, personifications, and grade appropriate idioms with 80% accuracy | | Quarterly |
| 6.IT-E.2. N█████ will identify and use knowledge of common textual features (paragraphs, topic sentences, concluding sentences, glossary, index, and bibliogrphy) with 80% accuracy | | Quarterly |
| 6.IT-A.5. N█████ will identify the effect of persuasive strategies and rhetorical techniques (e.g., peer pressure, emotional appeal, exaggeration, repetition) that the author uses to influence readers' thinking or behavior with 80% accuracy | | Quarterly |
| 6.LT-C.1. N█████ will analyze the relevance of the setting (e.g., time, place, and situation) to the mood and tone of the text with 80% accuracy | | Quarterly |
| 6.LT-D.8. N█████ will identify author's use of dialogue and stage directions with 80% accuracy | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☒ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

Student Name  N████████  H████████    Managing School  Merritt Elementary

Student ID Number  9055476    DOB ████/1993 12:    Attending School  Merritt Elementary

DCPS - IEP
Page 3 of 4

Goal Number:  3

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐

Area addressed by goal:  Academic:  Written Expression

ANNUAL GOAL: (including mastery criteria.)

N██████ will increase his written expression skills by 9 months growth with 80% accuracy

Provider(s):  Special Education Teacher/Resource Room Teacher

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks)<br>Consider audience, behavior, condition, degree and evaluation. | Date Mastered | Evaluation Schedule |
|---|---|---|
| 6.EL.5.  N██████ will identify and employ correct usage for:  present perfect, past perfect and future perfect tense; subject-verb agreement with compound subjects; indefinite pronouns; and, elimination of fragments and run-ons with 80% accuracy | | Quarterly |
| 6.EL.6.  N██████ will spell frequently misspelled words correctly according to usage (e.g., their, they're, there) with 80% accuracy | | Quarterly |
| | | Quarterly |
| 6.EL.4.  N██████ will identofy and use simple and compound sentences with 80% accuracy | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☒ Log  ☐ Chart  ☒ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

| Student Name  N██████  H█████ | Managing School Merritt Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number 9055476  DOB ██████/1993 12: | Attending School Merritt Elementary | Page 3 of 4 |

Goal Number: 4

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ |
|---|---|

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

N██████ will improve his behavior and social skills to enhance his academic performance by mastering the following short-term objectives by 80%

Provider(s): Psychologist, School Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| | | Monthly |
| N██████ will comply with school rules and respect authoruty figures in 8 of 10 instances | | |
| N██████ will accept responsibility for his behaviors and appropriately respond to consequences in 8 of 10 instances | | Monthly |
| | | Monthly |
| N██████ will display appropriate social skills and interaction with peers in 4 out of 5 trials | | |
| | | Monthly |
| N██████ will identify actions which are triggering his behavior in 8 of 10 instances | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | N█████ H█████ | Managing School | Merritt Elementary | DCPS - IEP Page 3 of 4 |
| Student ID Number | 9055476 | DOB █████/1993 12: | Attending School | Merritt Elementary |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | Goal Number: 5 |

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**
N█████ will increase expressive language skills with 80% accuracy in 6 months as measured by mastery of the stated short-term objectives

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| N█████ will formulate grammatically correct sentences using coordinating conjunctions (however, neither, in order to) with 80% accuracy | | Monthly |
| N█████ will recall.repeat information given orally with 80% accuracy | | Monthly |
| N█████ will answer "wh" questions regarding story orally presented with 80% accuracy | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☐ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other

| Student Name | N█████  H█████ | Managing School | Merritt Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9055476 | | DOB █████1993  Attending School | Merritt Elementary | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in general education? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

N█████ requires a smaller structured environment to accommodate his disability

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Multiple test sessions or test sessions spread over several days, Extended time |
| Setting: | Reduced, minimalized distractions, Preferential seating |
| Presentation: | Assistance with interpretations of instructions, Behavioral support |
| Response: | Clearly defined appropriate/inappropriate behavior, No penalties for spelling/mechanical errors |
| Equipment: | Use of computer/calculator/slantboard |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations.

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☒ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

**Modifications:**
☒ Language Arts/English
☒ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Combination General Education and Resource Classro | Accepted | Impact on self-esteem |
| Out of General Education Classroom | Rejected | Inability to acquire Carnegie Units |

Modification(s)/Accommodation(s) to address the harmful effects:

Participation in counseling to address self-esteem issues

| District of Columbia Public Schools | 07-02-2001 | Division of Special Education | Appendix - A | IEP Page 4 of 4 |
|---|---|---|---|---|

118

| Student Name  N░░░  H░░░ | Managing School  Merritt Elementary | DCPS - TRANSITION SERVICES PLAN |
|---|---|---|
| Student ID Number 9055476    DOB ░░/1993 | Attending School  Merritt Elementary | PAGE 1 OF 2 |

Date Developed:  _____

# DCPS TRANSITION SERVICES PLAN

Note:  The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I.  *Record student's post-secondary goals and interests.*

Employment:  profession basketball player

Community Participation:  build rec center for community after he's pro

Post-Secondary Education and Training:  college

Independent Living:  home owner

II.  *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
| 7th Grade | 7th grade general education curriculum |
|  |  |
|  |  |
|  |  |
|  |  |

III.  *Transition Services Needed.*
   *Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.*

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment<br><br>If service is not needed, provide explanation. |  |  |
| Community Participation<br><br>If service is not needed, provide explanation. |  |  |
| Post - Secondary Education and Training<br>If service is not needed, provide explanation. |  |  |
| Independent and Adult Living<br><br>If service is not needed, provide explanation. |  |  |

District of Columbia Public Schools    07-02-2001    Division of Special Education   IEP Attachment C  Transition Services Plan  Page 1 of 2

Next Page

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

| MDT |

MULTIDISCIPLINARY TEAM
(MDT) INITIAL IEP
MEETING NOTES

MDT REFERRAL DATE:_____    MEETING DATE: 1/23/2007

STUDENT: N██████ H███████    SCHOOL: MERRITT

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| DARLENE HINSON | _signature_ | PARENT |
| N██████ H███████ | | STUDENT |
| DIANE ANDERSON | Diane E. Anderson | SPED. TEACHER |
| JACOB ADAMS | Jacob N. Adams | GEN. ED. TEACHER |
| WINFIELD WHITE | _signature_ | OT |
| WAYNONIA POTTS | Waynonia Potts | SOCIAL WORKER |
| PAMELA CARLY-TORRENCE | Pamela Carey-Torrence | SPEECH THERAPIST |
| MICHELE DAVIS | Michelle Davis | PSYCHOLOGIST |
| O. EKEKWE | BY PHONE | ATTORNEY |
| SUE BRADLEY | _signature_ | LEA |

IEP DEVELOPED AFTER ELIGIBILITY

SERVICES:
    SPECIALIZED INSTRUCTION 15 HRS/WK READING, WRITTEN LANGUAGE, MATH
    PSYCHOLOGICAL COUNSELING  30 MIN/WK
    SPEECH THERAPY       30 MIN/WK FOR 6 MONTHS THEN REASSESS
* NOTE- MS. EKEKWE DOES NOT AGREE WITH 30 MIN OF PSYCHOLOGICAL COUNSELING
    SHE WANTS 1 HOUR/WK. PARENT AGREED TO 30 MIN/WK
BEHAVIOR PLAN WILL BE DEVELOPED WITHIN 10 SCHOOL DAYS (FEB 2, 2007
        AT 10:30) MS. EKEKWE, ATTORNEY + MS HINSON, PARENT AGREED TO
    MEETING TIME AND DATE.
- TRANSITIONAL SERVICES - N██████ IS 13 AND REQUIRES TRANSITION STATEMENT
    WHICH WAS COMPLETED DURING IEP DEVELOPMENT
TESTING: LEVEL III WITH APPROVED ACCOMMODATIONS
ACCOMMODATIONS/MODIFICATIONS: EMPLOY IN BOTH GENERAL ED SETTING + SPECIAL ED
                                            RESOURCE ROOM

THE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ IS ELIGIBLE FOR SPECIAL EDUCATION

☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION

PAGE 1 OF 3

MDT MEETING NOTES
INITIAL ~~ELIGIBILITY~~ IEP
PAGE 2 OF 3                                    MEETING DATE: 1/23/2007

N█████ H█████                            MERRITT MS

SETTING: COMBINATION GENERAL EDUCATION CLASSROOM AND SPECIAL EDUCATION
RESOURCE ROOM

PLACEMENT: MERRITT MS IS N█████ NEIGHBORHOOD SCHOOL. MERRITT
CAN PROVIDE SERVICES STATED ON IEP. PARENT, MS. HINSON AGREED
TO PLACEMENT (SIGNED INITIAL PLACEMENT) MS. EKEKWE DOES NOT
AGREE THAT MERRITT CAN PROVIDE SERVICES. SHE STATED THAT
N█████ WILL NOT BE ABLE TO ~~DEAL~~ WITH MERRITT BEING
OPENED SPACE. MS. HINSON STATED THAT SHE IS WILLING TO
LET N█████ TRY BECAUSE: 1.) N█████ WANTS TO REMAIN AT
MERRITT 2) THE SPECIAL ED RESOURCE ROOM WILL HAVE
FEWER STUDENTS 3) A BEHAVIOR PLAN WILL BE DEVELOPED AND
4) SHE MS. HINSON STATED THAT SHE FEELS N█████ WILL BE ABLE
TO LEARN TO CONTROL ~~IMPULSES BY~~ IMPULSIVE BEHAVIOR THROUGH
TWO FORMS OF COUNSELING - IN SCHOOL AND SHE IS WILLING TO
HAVE N█████ RETURN TO OUTSIDE INDIVIDUAL AND FAMILY COUNSELING.
MS. HINSON ALSO STATED THAT IF N█████ IS PLACED ~~SOME~~ AT A
DIFFERENT SCHOOL ~~UNACCEPTABLE~~ HIS BEHAVIORS WILL INCREASE BECAUSE
HE WILL NOT KNOW ANYONE AND HE REALLY WANTS TO STAY AT
MERRITT.
        PLEASE NOTE THE CHANGE OF MS. HINSON'S OPINION FROM AN
EARLIER DISCUSSION DURING ELIGIBILITY DETERMINATION - AT THAT TIME
MS. HINSON STATED THAT N█████ WOULD NOT "MAKE IT" AT MERRITT
DUE TO OPEN-SPACE. AFTER A DESCRIPTION OF THE COMBINATION
SETTING WAS GIVEN ALONG WITH ADDITIONAL DISCUSSION OF
SERVICES THAT WOULD BE PROVIDED, MS. HINSON AGREED TO
MERRITT AND ATTEMPTED TO EXPLAIN HER CHANGE TO MS.
EKEKWE AND MS. EKEKWE'S RESPONSE WAS "I DON'T NEED
THIS RIGHT NOW, WE WILL DISCUSS IT LATER."

ESY:    N█████ IS NOT ELIGIBLE AT THIS TIME FOR ESY SERVICES.

COMP. ED:    COMPENSATORY EDUCATION WAS NOT ORDERED THROUGH
          A SETTLEMENT AGREEMENT. MISSED SERVICES WAS DISCUSSED

MDT MEETING NOTES
INITIAL IEP
PAGE 3 OF 3

MEETING DATE 1/23/2007

N▢▢▢ H▢▢▢▢▢          MERRITT MS

COMP ED CONTINUED:    MISSED SERVICES WAS ~~NOT~~ DETERMINED TO NOT
        HAVE CAUSED GOALS/OBJECTIVES TO NOT BE ~~MEET~~ MET. N▢▢▢
        HAS AN ATTENDANCE ISSUE OUTSIDE OF TIMES HE SERVED
        SUSPENSION (WITH MANIFESTATION DETERMINATIONS + HEARING OFFICERS
        DETERMINATION) N▢▢▢▢▢▢ REFUSAL TO STAY IN CLASS IMPACTED
        PROGRESS NOT DENIAL OF FAPE.

PHI :  MS. HINSON AGREED TO BOTH REQUEST + RELEASE OF
        PERSONAL HEALTH INFORMATION

MS. EKEKWE WANTED THE FOLLOWING ISSUES TO BE DOCUMENTED AS
    ITEMS SHE WANTED THAT SHE DID NOT AGREE WITH :
    1. PLACEMENT
    2. MATH OBJECTIVE #2 - DIDN'T LIKE THE WAY IT WAS WRITTEN
    3. FREQUENCY OF PSYCHOLOGICAL SERVICES

DCPS MERRITT WANTS TO DOCUMENT THAT MS. EKEKWE WAS
THE ONLY MEMBER OF MDT THAT DID NOT AGREE WITH ABOVE
ISSUES. MS. HINSON, PARENT, EVEN AGREED TO WHAT WAS PROPOSED
FOR N▢▢▢▢ GOALS, OBJECTIVES AND FREQUENCY OF SERVICES, AND
PLACEMENT.

ALSO, ALTHOUGH MS. HINSON IS OPPOSED TO MEDICATION FOR N▢▢▢▢
DIAGNOSED ADHD, SHE STATED THAT SHE IS WILLING TO RETURN
TO OUTSIDE COUNSELING FOR N▢▢▢▢ AND HERSELF. THE SCHOOL
PSYCHOLOGIST AND SOCIAL WORKER GAVE MS. HINSON SEVERAL REFERRALS
ALONG WITH THE NUMBER TO DE MENTAL HEALTH SERVICES.

122

## DOCUMENTED LEVEL OF SERVICE
### Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School | Merritt Elementary | Principal Eugene Pair | Special Education Coordinator Ms. Bradley |

Assistant Director Elva Gloster

| | |
|---|---|
| Date | Case Manager Desmond Williams |

Student Newman Hinson    DOB ____/1993 Age 13 Grade 07 ID# 9055476   SSN# _____

Parent D. Hinson/O. Ekekwe    Telephone (H) 2025821203    (W)

Address: 5121 Fitch St Se Apt 103    SE    Washington    DC    20019
Street # Street    Quad Apt. No. City    State Zip Code

REFERRAL SOURCE: (Check)  [X] 120 Day  [ ] Reeval.  [ ] HOD  [ ] SA  [ ] MA  [ ] Annual
[ ] Nonpublic  [ ] Residential  [ ] Citywide  [ ] Courts  [X] Local School  [ ] Other:

Previous least restrictive environment (LRE Setting):    No previous LRE / not currently in Special Education

## JUSTIFICATION FOR SETTING CONSIDERATION
### (Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

**2. ACCOMMODATIONS/ MODIFICATIONS**

Behavioral support
concise directions, clear and specific consequences for inappropriate behaviors, concise description of acceptable and unacceptable behaviors, preferential seating, proximity to teacher, reduced/minimalized distractions, praise for appropriate behaviors

**3. DATA REQUIREMENTS**

| | Yes | No |
|---|---|---|
| Current IEP | [ ] | [X] |
| Signatures of required participants (MDT notes) | [X] | |
| Intervention Behavior Plan | [X] | |
| Copies of current class work and homework assignments: | [X] | |
| Medical Reports: | [ ] Yes | [ ] No |
| Clinical Reports: | [X] Yes | [ ] No |
| Psychiatric Reports | [X] Yes | [ ] No |
| Medications: | [X] Yes | [ ] No |
| Attendance Record | [X] Yes | |
| Copies of most recent evaluation(s) | [X] Yes | |

**4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.)**

found ineligible in 2004
eligibility meeting scheduled for 10/31/2006
Ineligible 10/31/2006
Eligibility & initial IEP 01/23/2007

**5. Resources needed for program implementation**

pencil grasp device

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | [ ] in general education classroom setting | [ ] general educators with consultation from special education staff | [ ] between 0% and 20% of service time |
| 2 | [X] combination general education and resource classroom | [X] combination of general educators, special educators and related service providers | [X] between 21 % and 60% of service time |
| 3 | [ ] *out of general education classroom | [ ] special educators and related service providers | [ ] between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children m those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

### Check the level of need as indicated:
### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

## 7. LEVEL OF NEED

| [ ] LOW | [X] MODERATE | [ ] HIGH |
|---|---|---|

Attention: Technical Support Supervisor, Compliance Team

07-02-2001

123

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

## RELEASE FOR PERSONAL HEALTH INFORMATION

STUDENT: ~~Nevaeh~~      H~~inson~~      SCHOOL: Merritt Elementary     DATE: 1/23/2007

The Family Education Rights and Privacy Act (FERPA), a federal law, requires that DCPS, with certain exceptions, obtain your written consent prior to the disclosure of personally identifiable information from your child's education records. Personally identifiable information includes your child's name, social security number, identification numbers and characteristics that would make the identity of the student easily accessible.

I, __DARLENE HINSON__ , __1/23/2007__ :
         Parent/Guardian Name        Date

☐ consent to the disclosure of my child's education records for the purpose of submitting claims to Medicaid and other third party payers for those services.

☐ do not consent to the disclosure of my child's education records for any purpose.

_____     1-23-07
Parent/Guardian Signature                          Date

_____     1-23-07
Witness Signature                                         Date

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
WASHINGTON, D.C.

## REQUEST FOR PERSONAL HEALTH INFORMATION

I, _DARLENE  HINSON_  hereby ☒ consent ☐ do not consent for _MEDICAID_
   Parent/Guardian Name                                                    Doctor/HMO

to release the Personal Health Information of my child _N███  Hi███_  to DCPS
                                                       Child's Name

for Health Related Services.

_[signature]_ _____    _1-23-07_
Parent/Guardian Signature                Date

_[signature]_ _____    _1-23-07_
Witness Signature                        Date

N▬▬ feels competent in his athletic ability, particularly in his ability to play basketball. He reportedly plays for the Benning Park Recreation Center basketball team, and would like to try out for the school basketball team. N▬▬ takes pride in his physical ability and performance, as well as his physical appearance. He feels that he can persevere and succeed at most things with hard work and effort.

N▬▬ described himself as happy, most of the time. He thinks about death and has a fear of someone killing him as retaliation for some real or imagined slight. When this examiner inquired if there was a specific person, or situation in which someone would want to harm him, N▬▬ responded that he is speaking hypothetically.

N▬▬ feels that his familial relationship with his mother is positive. He does admit to frequently disobeying household rules, especially curfews. When N▬▬ breaks the rules, he is often punished by his mother; occasionally, N▬▬ reports that she will "just let it go". When discussing his deceased aunt, N▬▬ stated that he was close to his aunt, but he feels able to handle his grief on his own.

If N▬▬ had three wishes they would be: to be a famous basketball player, to be out of school, to have everyone be nice to each other. He has no idea of his future goals.

Behavior Assessment System for Children, Second Edition – Teacher Rating Scales – Adolescent

To ascertain N▬▬ social-emotional functioning in the school environment, the Behavior Assessment System for Children, Second Edition – Teacher Rating Scales – Adolescent (BASC-2, TRS:A) was given to Ms. Weaver, N▬▬ science teacher. As with the BASC-2, SRP, scores in the Clinically Significant range suggest a high level of maladjustment. Scores in the At-Risk range may identify a significant problem that may not be severe enough to require formal treatment or may identify the potential of developing a problem that needs careful monitoring.

The Behavioral Symptoms Index (BSI) reflects the overall level of problem behavior. The BSI consists of the Hyperactivity, Aggression, Depression, Attention Problems, Atypicality, and Withdrawal scales. N▬▬ obtained a T-score of 69 on the BSI, which is within the At-Risk classification range. His T-scores on the following scales that comprise the BSI are within the Clinically Significant range (Hyperactivity T-score = 84, Aggression T-score = 87, and Attention Problems T-score = 80). Ms. Weaver reports that N▬▬ engages in disruptive classroom behaviors, such as defiance and argumentativeness. He also reportedly has difficulty maintaining necessary levels of attention at school which interfere with his academic performance. N▬▬ T-scores on the remaining BSI scales are within the Average range (Depression T-score = 45, Atypicality T-score = 44, and Withdrawal T-score = 55).

Student's name _N____ H____

Testing date __12-12-06__

# Scores

Grade Placement _7_
Chronological Age _13_

| | RAW SCORES | DERIVED SCORES | | | |
|---|---|---|---|---|---|
| | | ☒ Grade Equivalents<br>☐ Age Equivalents<br>(Table G.1 or G.3) | Standard Scores<br>☒ Grade (G.2) F W S (circle one)<br>☐ Age (G.4) | Percentile Ranks<br>(Table G 5) | Written Expression<br>☐ Level I<br>☒ Level II, Prompt A / B |
| | % confidence | % confidence | % confidence³ | % confidence | |

**General Information**
Raw Score SEM Values by Confidence Level

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| K / 5 · 13 | 3 | 5 | 6 |
| 8 · 12 / 14 · 18 | 2 | 3 | 4 |

Raw: 48 | GE: 3.7 | SS: 67 | PR: 1

Raw Score: 24
Grade based Stanine: 2
(Levels I and II) (Table G.6 or G.8)

**Reading Recognition**
Raw Score SEM Values by Confidence Level

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| K · 12 / 5 · 18 | 2 | 3 | 4 |

Raw: 61 | GE: 4.0 | SS: 75 | PR: 5

Developmental Scaled Score: 4
(Level II only) (Table G.7)

**WRITTEN LANGUAGE COMPOSITE**

**Reading Comprehension**
Raw Score SEM Values by Confidence Level

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| 1 · 5 / 6 · · | 4 | 7 | 8 |
| K · 12 / 7 · 18 | 5 | 5 | 6 |

Raw: 65 | GE: 5.2 | SS: 86 | PR: 18

Spelling Raw Score: 70
Written Expression Raw Score: 24

**TOTAL READING¹**
Raw Score SEM Values by Confidence Level
(Add Reading Rec. and Reading Comp. raw scores)

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| 1 · 12 / 5 · 15 | 4 | 7 | 8 |
| K / 16 · 18 | 5 | 6 | 6 |

Raw: 126 | GE: 4.5 | SS: 77 | PR: 6

Scaled Score (Table I.1 or I.7): 15 + 13

**Mathematics**
Raw Score SEM Values by Confidence Level

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| K · 8 / 5 · 9 | 2 | 3 | 4 |
| 5 · 12 / 10 · 18 | 3 | 5 | 6 |

Raw: 64 | GE: 6.6 | SS: 95 | PR: 37

Scaled Score Sum: 28

**Standard Score**
☒ Grade (Table I.2 or I.8) F Ⓦ S (circle one)

**Spelling**
Raw Score SEM Values by Confidence Level

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| K · 6 / 5 · 7 | 3 | 5 | 6 |
| 7 · 12 / 18 | 3 | 5 | 6 |

Raw: 70 | GE: 5.3 | SS: 84 | PR: 14

☐ Age (Table I.3 or I.9)
% confidence (I.4 or I.5)

135

**TOTAL TEST²**
Raw Score SEM Values by Confidence Level
(See Note 2 below)

| Grade / Age | 68% | 90% | 95% |
|---|---|---|---|
| K · 8 / 5 · 14 | 6 | 10 | 12 |
| 8 · 12 / 15 · 18 | 5 | 8 | 10 |

Raw: 308 | GE: 4.8 | SS: 75 | PR: 5

Percentile Rank: 99
(Table G.5)

¹ The Total Reading composite raw score is the sum of the Reading Recognition and Reading Comprehension subtest raw scores.
² The Total Test composite raw score is the sum of the General Information, Reading Recognition, Reading Comprehension, Mathematics, and Spelling subtest raw scores. Do not include the Total Reading composite raw score.
³ Values to be used in the standard score confidence intervals are given in Appendix H of the manual.

## PERFORMANCE EVALUATION

| | | | |
|---|---|---|---|
| Rapport: | Excellent | (Average) | Poor |
| Need for Praise: | Extreme | Average | Negligible |
| Attention Span: | Long | (Average) | Short |
| Anxiety: | Relaxed | (Average) | Tense |

| | | | |
|---|---|---|---|
| Cooperativeness: | Antagonistic | (Average) | Obliging |
| Persistence: | Minimal | (Average) | Persevering |
| Decisiveness: | Confident | Average | Indecisive |
| Assertiveness: | Timid | Average | Forceful |

Record observations about the subject, incidents that occurred during testing, or other factors that might have an effect on the validity or the interpretation of these PIAT-R results:

_N____ was cooperative but needed breaks often. He would stay away too long on the breaks. Twice I had to go look for him._

10

# Jose R. Dorce

1269 Sumner Road SE Washington, DC  20020 Tel. (202) 210-2814
E-mail:  josedorce@yahoo.com

## EXPERIENCE

Education Specialist with extensive experience in curriculum development teaching secondary, adult and special bilingual education. Excellent writing and presentations skills: Speak Spanish, English, French, and beginner Arabic.

## PROFESSIONAL EXPERIENCE

2006- Present                    **Sanz School**                                          Spring, MD
**Teacher**
Adult education language trainer

2004-Present                    **ABC Nightline**                              Washington, DC
*Consultant/Fixer*
Research, translate and arrange for difficult to find on camera guest, and contribute with story development ideas.

1999-2004              **DCPS - Cardozo High School**           Washington, DC
*High School Teacher and Case Manager*
Designed and delivered bilingual education training to Special Bilingual Education students. Taught High School inclusion Spanish and English. Wrote curriculum tailored to diverse and multilevel student's needs. Directed International programs and supervised graduate school education interns.

2002-2004              **DCPS Office of the Superintendent**        Washington, DC
*Education Consultant*
Analyzed and advised on the selection of city-wide training books and materials. Planned and facilitated Professional Development training to educators and administrators.

1998-2000                    **The World Bank**                        Washington, DC
*Education Project Consultant*
Researched, analyzed and reported on education policy reform in Education. Planned and organized training and conferences for foreign government officials and staff members.  Recruited, screened and drafted international consultants contracts. Wrote and presented project progress reports as required.

1993-1998              **U.S. Food and Drug Administration**        Rockville, MD
*Office Automation Specialist*
Researched and monitored Congressional legislation and policy issues related to FDA. Represented The National Center for Toxicological Research(NCTR) Director on various U.S. multilateral legislative advisory committee meetings. Wrote and presented reports to senior staff.  Identified and recruited FDA Advisory Board consultants.

128

Dorce, 2

1994-1995 **WTTG FOX Channel 5** Washington, DC
*Intern*
Researched, contacted and invited Fox Morning News guest that included, writers, Hollywood celebrities, international, national and local political figures.

## EDUCATION

Master of Art in Human Development and Education
George Washington University and Trinity University   - Spring 2007

Bachelor of Art in Mass Media Broadcast Communication, Minor in French
University of the District of Columbia – Summer 1997

## PROFESIONAL DEVELOPMENT

1999    Teaching and training Certificate - The College Board/Washington, DC
1998    Law research and writing courses - Georgetown University/Washington, DC
1996    Certificate Media Relations U.S. - Presidential Advanced School/Atlanta GA.
1995    Preventive Medicine Certificate – La Clinica del Pueblo - Washington, DC

## COMMUNITY AND VOLUNTEER EXPERIENCE

2006- Present    Concern Black Male – International Committee member
1999-Present    DCVOICE – (Committee member) Parent-Teacher-Government advocate
1999-2004    US DC Health Department - (Trainer) HIV/AIDS prevention
2000-2001    La Clinica del  Pueblo – ( trainer)
1997-1996    Rock the Vote – U.S. Presidential camping media relations volunteer
1995-1996    Elizabeth Taylor HIV/AIDS Clinics – (Fund Raiser

129

843 DRAFT



N7-16

DISTRICT OF COLUMBIA PUBLIC SCHOOL
WASHINGTON, D.C.

**Multidisciplinary Team
(MDT)
MEETING NOTES**

**Meeting Notes**

12/05/06

STUDENT: N██ H██          SCHOOL: Merritt Elementary     DATE: ~~10/19/2006~~

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| DARLENE HINSON | Darlene Hinson | Mother |
| DIANE ANDERSON | Diane L. Anderson | Special Education Teacher |
| MICHELLE DAVIS | Michelle Davis | School |
| N██ H██ | H██ H██ | Student |
| PAMELA CAREY-TORRENCE | Pamela Carey Torrence Pt | Speech Therapist |
| O. EKEKWE | | Advocate |
| SUE BRADLEY | | LEA |

PURPOSE OF MEETING: CONTINUATION OF MEETING FROM 10/31/2006, DETERMINE ELIGIBILITY. ADDITIONAL ASSESSMENTS NEEDED

11/16/2006 - MR. WHITE OT WAS AT MERRITT TO ASSESS N██ AND N██ REFUSED TO GO WITH HIM.
N██ REPLY TODAY WAS THAT HE DIDN'T KNOW WHO MR. WHITE WAS OR WHAT HE WANTED.
MS. HINSON STATED THAT N██ WASN'T EVEN SUPPOSED TO BE IN SCHOOL THAT DAY. HE WAS SUSPENDED.

EDUCATIONAL ASSESSMENT IS ALSO NEEDED TO BE COMPLETED.
MS. ANDERSON STATED THAT SHE CALLED N██ TO THE OFFICE AND HAS ATTEMPTED ON OTHER OCCASIONS TO TRACK HIM DOWN
MS. ANDERSON WILL ASSESS N██ ON 12/12/06 AT 10AM. MS. HINSON WILL ACCOMPANY N██ TO SCHOOL.

MR. WHITE WILL BE CONTACTED TO SEE IF HE IS AVAILABLE ON 12/12/06 TO COMPLETE HIS PART OF ASSESSMENT.

M. DAVIS ASSESSED N██ 10/31 + 11/20/06. ADDITIONAL ASSESSMENTS WERE RECOMMENDED AFTER MDT ON 10/31/06. AN INDEPENDENT PSYCHO. EDUCATIONAL WAS ALSO DONE 7/27/06, AND ADDITIONAL DATA WAS DEEMED VITAL TO DETERMINING THE EXISTENCE OF AN EDUCATIONAL DISABILITY.

The Parent ☐ is present ☐ is **not** present at the meeting.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES (continuation)**

MDT

12/05/06
DATE: 10/19/2006

STUDENT: N___ H___    SCHOOL: Merritt Elementary

MS. DAVIS COMPLETED A PARENT INTERVIEW, CDI-S, BASC-2, SRP-A,
MULTIDIMENSIONAL SENTENCE COMPLETION, CLINICAL INTERVIEW WITH N___
BASC-2 SELF-REPORT, PARENT + TEACHER

SOCIAL EMOTIONAL FUNCTIONING

   CDI - SCORES SUGGEST N___ IS EXPERIENCING FEELINGS OF DEPRESSION SLIGHTLY
   LESS THAN OTHER PEERS IN AGE RANGE

   BASC-2 SELF-REPORT - N___ REPORTED LOW LEVELS RELATIVELY LOW LEVELS OF
   DIFFICULTY IN ESTABLISHING + MAINTAINING RELATIONSHIPS WITH OTHERS
   AS COMPARED TO PEERS, N___ ALSO REPORTED THAT SCHOOL PROBLEMS FALL
   IN AVERAGE RANGE, N___ HEALTH-RELATED PROBLEMS, BETTER SELF-CONTROL
   THAN SAME AGED PEERS

   BASC-2 TEACHER - MS. JEANOR COMPLETED. N___ HAS DIFFICULTY
   MAKING DECISIONS, LACKS CREATIVITY, DEMONSTRATES POOR EXPRESSIVE + RECEPTIVE
   COMMUNICATION SKILLS, OFTEN ENGAGES IN RULE-BREAKING BEHAVIOR

   BASC-2 PARENT RATING - STUBBORN, DIFFICULTY MAINTAINING FOCUS ON SCHOOL
   ASSIGNMENTS, SOMETIMES DISPLAYS AGGRESSIVE BEHAVIORS, FREQUENTLY
   ENGAGES IN RULE BREAKING BEHAVIOR

MS. EKEKWE REQUESTED THAT THE SECTION DES REGARDING FEELINGS OF
DECEASED BROTHER. N___ STATED THAT HE WAS TALKING ABOUT HIS
AUNT. MS. DAVIS AGREED THAT SHE WOULD REVISE THAT PORTION.

QUESTIONS SURROUNDING OUTSIDE COUNSELING AND MEDICATION WERE BROUGHT
UP AGAIN. N___ REFUSED TO CONTINUE COUNSELING AND MOTHER
STOPPED MEDICATION BECAUSE SHE DID NOT SEE ANY CHANGE EXCEPT THAT
N___ WAS DROWSY.

   MS. EKEKWE STATED THAT SHE STILL BELIEVES N___ ACTIONS ARE
   UNINTENTIONAL AND NOT HE IS NOT ABLE TO CONTROL ACTIONS. SHE
   ALSO STATED THAT A BEHAVIOR MANAGEMENT PLAN IS AN IMPORTANT PART
   OF N___ EDUCATIONAL PLAN.

MS. ANDERSON ASKED N___ WHAT THE ADULTS COULD DO TO HELP HIM
BECOME A MODEL STUDENT. - BASIC QUESTION - HOW CAN WE HELP HIM STAY
IN CLASS AND KEEP HIM OUT OF TROUBLE. N___ REPLY - "I CAN DO THAT



DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
**MEETING NOTES (continuation)**

| MDT |

STUDENT: _____ N____ H_____ _____  SCHOOL: Merritt Elementary _____  DATE: ~~10/19/2006~~ 12/05/06

ON MY OWN." WHEN ASKED WHY HE DOESN'T DO IT N_____ REPLY
"I DON'T KNOW."

MS. EKEKWE REQUESTED THAT N_____ HAVE ACCESS TO STAFF PERSON
WHEN HE NEEDS SUPPORT - MS. BRADLEY POINT PERSON
BEHAVIOR INTERVENTION PLAN WHEN HE RETURNS FROM
SUSPENSION (12/14/06). MS. ANDERSON WILL DEVELOP BEHAVIOR PLAN.

WE WILL RECONVENE WHEN ASSESSMENTS HAVE BEEN COMPLETED.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                0192
RECIPIENT ADDRESS       4425097
DESTINATION ID
ST. TIME                02/27 11:44
TIME USE                04'26
PAGES SENT               32
RESULT                  OK
```

circle with a connecting box. N▆▆▆▆ demonstrated appropriate form constancy, visual closure, and spatial relationship reproducing a cross with directional arrows, a 6-circle triangle, a circle with a connecting diamond, and a three-line cross. On the Visual Motor subtest, N▆▆▆▆ demonstrated visual perceptual skills that are equivalent to a child who is 12 years, 10 months old. He was able to accurately match simple pre-handwriting strokes and shapes. he demonstrated no difficulty with connecting and intersecting shapes when given more than 4 answer choices. On the Motor Coordination subtest, N▆▆▆▆ demonstrated motor coordination skills that are age equivalent to a child who is 12 years, 11 months old. He demonstrated no difficulty with planning and coordinating his pencil movements within some of the 1/4 inch and all of the 1/8 inch borders to completely reproduce basic lines and shapes.

**Bruininks-Oseretsky Test of Motor Proficiency (BOTMP)** - assesses the motor functioning of children. The portions of this test administered to N▆▆▆▆ were:

1- **Subtest #7 — Visual Motor Control** - Involves using the eyes and hands together to complete a task. Fine motor table top tasks: (i.e., copying shapes, drawing in lines, cutting on lines)

2- **Subtest #8 — Upper Limb Speed and Dexterity** - Includes fine motor tasks done in a coordinated, efficient manner: (i.e., placing pennies in small containers, stringing beads, making a series of rapid consecutive dots, sorting cards by color)

With the subtests that were administered, the following scores are provided below:

| Subtest | Point Score | Age Equiv. | Verbal Descript. |
| --- | --- | --- | --- |
| Visual Motor Control | 21 | 12-11 | Average |
| U-Limb Speed/Dexterity | 47 | 11-8 | Average |

On the Visual Motor Control subtest, he demonstrated no difficulty with reproducing basic shapes with a circle, triangle, two overlapping pencils, and a horizontal diamond. Overall, he demonstrated average visual motor control.

133

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
**(MDT)**
**MEETING NOTES**

MEETING DATE: 4/10/2007

| MDT |
|---|

JDENT: N██████    Hi█████    SCHOOL: Merritt Elementary

| RTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| RLENE HINSON | _[signature]_ | MOTHER |
| IANE ANDERSON | Diane C. Anderson | SPED TEACHER |
| FANI WEAVER | | GEN ED TEACHER |
| KEMA EKEKWE | | ADVOCATE |
| ELA CAREY TORRENCE | Pamela Carey-Torrence P.C. | SPEECH |
| YDONIA POTTS | | SOCIAL WORKER |
| ICHELLE DAVIS | Michelle Davis | PSYCHOLOGIST |
| E BRADLEY | | LEA |
| AR BROADIE | | |

EETING SCHEDULED FOR 11AM. PARENT PRESENT. ADVOCATE DID NOT ARRIVE UNTIL
1:40AM. MS. EKEKWE WAS STILL IN OFFICE AT 11:40 AM WHEN I CALLED TO SEE IF
SHE WAS GOING TO ATTEND MEETING. MS EKEKWE DID STATE SHE WOULD PARTICIPATE BY
PHONE OF MEETING 5A AND MANIFESTATION MEETING. PHONE—BUT DECIDED TO COME IN
DUE TO PROBLEM WITH ROOM/PHONE.

**NIFESTATION MEETING**
N██████ IS ACCUSED OF TRYING TO STEAL A CELL PHONE FROM ANOTHER
STUDENT. THREATENING TO PUT STUDENT'S HEAD IN TOILET. — ADVOCATE REQUESTING
INCIDENT REPORT — MOTHER STATED THAT SHE ALSO REQUESTED AN INCIDENT REPORT.
POSSIBLE SUSPENSION FOR 10 DAYS. INCIDENT OCCURRED 3/29/07. POLICE CALLED BUT
N██████ WAS NOT ARRESTED. —
MS EKEKWE ASKED THAT MR. BROADIE INFORM SPED. COORDINATOR PRIOR TO MR BROADIE OR
MR FAIR STATING STUDENT IS SUSPENDED.

**TTLEMENT AGREEMENT**
LD MDT TO REVIEW/REVISE IEP, PLACEMENT, AND BIP.

**LED TEACHER** — MS WEAVER REPORTED THAT N██████ HAS ATTENDED CLASS THREE
TIMES SINCE SHE LAST MET WITH MOTHER. MS WEAVER ALSO REPORTED THAT
SHE BELIEVES THAT N██████ DOES HAVE ABILITY TO CONTROL BEHAVIORS AND

E PARENT ☒ IS PRESENT ☐ IS NOT PRESENT  AT THE MEETING

TER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT N██████    Hi█████

❙ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

❙ IS TO BE EXITED FROM SPECIAL EDUCATION

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**SPECIAL EDUCATION**

MULTIDISCIPLINARY TEAM (MDT)

**Prior to Action Notice**

**Check Purpose:**

☐ Initial Evaluation
☐ Initial Placement
☒ Reevaluation
    ☐ Change in Category Exit
    ☐ Related Service Add
    ☐ Related Service
    ☐ Change in Placement
    ☐ Annual
    ☒ Other _REQUESTED MDT MEETING_

Date _____

Student N█████ H█████  DOB ███1993

School _Merritt Elementary_

Current Disability Category _OHI_

Setting _COMBINATION GEN ED + SPECIAL ED CLASSROOM_

Dear _Darlene Hinson/O. Ekekwe_

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.

**Therefore, you are being notified of the following proposed changes:**

☒ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
☐ Other _____

**A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)**

☐ Your child is not eligible for special education service(s).

☒ Your child is eligible or continues to be eligible to receive special education services as a student with _OHI_

☐ Your child will begin receiving _SPEECH, PSYCHOLOGICAL COUNSELING_ as a related service(s).

☐ Your child will no longer receive _____ as a related service(s).

☐ Your child's category of disability is being changed from _____ to _____

☐ Your child's alternative placement on continuum (next setting) is being changed,
    from _____ to _____

☐ Your child is no longer eligible and will be exited from the special education program.

☐ Other: _____

Location of Services _MERRITT MS_

**Description and Explanation of agency action proposed or refused.**

_THE MDT REVIEWED ALL DOCUMENTATION AND PROPOSED THE FOLLOWING SETTING: COMBINATION GENERAL EDUCATION CLASSROOM AND SPECIAL EDUCATION RESOURCE ROOM._

**Description of Other Options Considered and reasons for rejection of each option**

_IN GENERAL EDUCATION AND OUT OF GENERAL EDUCATION CLASSROOM CONSIDERED BUT N█████ HAS NOT ATTEMPTED TO FOLLOW ANY OF THE SCHEDULES GIVEN HIM AND DCPS IS UNABLE TO DETERMINE IF A MORE RESTRICTIVE ENVIRONMENT IS IN FACT NEEDED._

Other relevant factors to the decision- _____

MDT Members: ☒ Principal or Designee    ☒ General Education Teacher    ☒ Psychologist
    ☐ Parent    ☒ Special Education Teacher    ☐ Other: _____
    ☐ Student    ☒ Speech and Language    _____
    ☒ Social Worker    ☒ LEA & interpreter (*may be one)    _____

Parents may bring individuals to participate in the MDT meeting. These participants should have knowledge or special expertise regarding the child. The following individuals invited by parent: _____

Any questions you may have concerning your child's program may be directed to the principal.

You are protected under the Procedural Safeguards for parents, which are enclosed for your information.

If I can be of assistance to you, or have questions regarding the Procedural Safeguards,

please contact Ms. Bradley    at _(202)724-4618_    (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior to Action Notice    1
07-02-2001

135



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## NOTICE OF STUDENT DISCIPLINARY ACTION

### SUSPENSION LEVEL I

_Merritt M.S_
School

(202) 724-4618
Telephone

Signature of Principal

3-29-07
Date of Delivery
[ ] Certified Mail
[✓] Hand Delivery

Student ███████  Date of Birth ████-93

Student's Grade _7_   Male [✓] Female [ ]   Ethnicity Code _B_

Sp. Ed. Student: Yes [ ] No [✓]   Disability Code _____   LRE/Educational Setting _____

Parent/Guardian _Mrs. Himson_

Address _5121 Fitch St. SE #103 WDC 20019_

Home Telephone _582-1203_   Work Telephone _____

Dear _Mrs. Himson_
Name of Parent/Guardian

Please be advised that pursuant to the <u>Rules of the Board of Education</u>, Section 2500 your son/daughter is being disciplined for violating the following section(s) of the Board <u>Rules</u>:

_2503, 1h_

Brief description of incident:

_Theft, disruptive behavior_

(State each section individually)

Page 1 of 4
SHO 101
August 2000

136



# *Manifestation Determination*



## MANIFESTATION DETERMINATION

### SETTING THE STAGE

In carrying out a manifestation determination review, the *MDT must consider, in terms of the behavior in subject to disciplinary action, all relevant information, including:

- Evaluation and diagnostic results or other relevant information supplied by the parent;
- Observation/anecdotal records of the student;
- IEP and placement of the student;
- Functional Behavior Assessment and/or Behavior Intervention Plan
- The current IEP and placement were appropriate and the special education services, supplemental aides and services, and behavior intervention were provided consistent with the IEP & placement

### NEXT STEPS

If the manifestation determination of the MDT is "NO" to either statement below, then the behavior must be considered a manifestation of the student's disability.

1) The student understood the impact and consequences of the behavior subject to disciplinary action;

   ☒ YES   _____ NO   Ms. Ahern is Mentioned A strategist Ms. Ahern said he understood but did not know student would tell administration about incident

2) The student had the ability to control the behavior subject to disciplinary action.

   ✓ YES   2 NO   Parent to advocate can not say if he has the ability to control behaviors

The determination of the MDT is that the behavior is:

   2 a manifestation of the disability

   1 not a manifestation of the disability. (Transfer records to general education for Chapter 25 procedures.)

All District of Columbia Public Schools' students are given due process rights relative to student discipline in Chapter 25 of the District Columbia Municipal Regulation, Title Five (DCMR). The DCMR Title Five document is located in all public libraries and in the main office of District of Columbia Public Schools.

137

# MANIFESTATION DETERMINATION (Cont.)

District of Columbia Municipal Regulations, Chapter 25 requires parental notification prior to any action taken against the student. In addition, a pre-suspension parent conference with the student is required within two school days of the infraction. Infractions fall in the following categories:

- Level 1— Ten days or less
- Level 2— Eleven to twenty-four days*
- Level 3— Twenty-five or more days*

\* Requires Authorization form the Student Hearing Office

IDEA '97 requires a manifestation determination review by the MDT immediately, if possible, but in no case later than ten school days after the date on which the decision to take disciplinary action is made. The review must be conducted by the MDT in a meeting.

*Although IDEA allows up to ten days for a **manifestation determination (MDT meeting)**, DCPS requires a pre-conference within two days of the infraction.

Committee Recommendation(s):

MDT DOES NOT AGREE - MANDATORY OF TEAM FEELS BEHAVIOR IS NOT A MANIFESTATION OF DISABILITY & PROPOSED THAT _____ RECEIVE 4 DAYS - THE REST OF THIS WEEK AND RETURN 4/10/07 - FOR DE-CAS. MOTHER WAS STATED SHE WAS FINE WITH THE 4 DAYS THAN 10 AND STATED SHE WAS FINE WITH THE 4 DAYS BETTER

| Signatures | Title | YES | NO |
|---|---|---|---|
| (signature) | Social Worker | | ✓ |
| (signature) | Special Educ... | ✓ | |
| (signature) | SpecialEduc... | ✓ | |
| (signature) | ad hoc P.E. | | ✓ |
| (signature) | psychologist... | | ✓ |
| (signature) | SSC | ✓ | |

**DISTRICT OF COLUMBIA**
**PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
825 North\ Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000  Fax # 202-442-5098
*www.k12.dc.us*

February 27, 2007

Olekanma Ekekwe, Esquire
Attorney at Law
717 D Street, NW  Suite 314
Washington, D.C. 20004

**By Facsimile: 202-783-1751**
**No. of pages:   6**
*(Including Title Pages)*

Re:     N██████ H██████
           DOB: ███/93

## Disclosure Notice

Dear Ms. Ekekwe:

At the upcoming due process hearing in the above-referenced matter, that is scheduled
for **Tuesday,  March 6th at 3:00 p.m.** and pursuant to **34 C.F.R. 300.509(a)(3)**.
In addition to any documents and witnesses disclosed by the parent, DCPS may rely
upon any of the following witnesses/documents:

## Witnesses

Marla Oakes*, or her designee(s), Assistant Superintendent, Sp. Ed. Div.
**[Address:  825 North Capitol Street, NE, Washington, DC 20002,  Telephone # (202) 442-4800  same for all**
**persons in Special Education Division]**
Carol Helton*, or her designee(s), Assistant Director, School Support Services, Sp. Ed.
Linda Smalls*, or her designee(s), Compliance Specialist, Sp. Ed. Div.
Koliwe Moyo*, or her designee(s), Compliance Specialist, Sp. Ed. Div.
Eugene Pair*, or her designee(s), Principal, Merritt Educational Center
**[Address: 5002 Hayes Street, NE, Washington, DC 20001-4875, Telephone #: (202) 7240-4618 same for**
**all persons in Merritt EC]**
Susan Bradley, or her designee(s), Special Education Coordinator, Merritt EC
Special Education Teacher, Merritt EC
School Psychologist, Sp. Ed. Div.
Social Worker, Sp. Ed. Div.
Speech Pathologist, Sp. Ed. Div.
OT/PT Therapists, Sp. Ed. Div.

---

*Witnesses may be testifying via telephone*

*Children First*

139

Page 2
Disclosure Notice for N███████ Hi██████, DOB: ██████793

## Documents

**DCPS-01**—Due Process Complaint Notice, dated 02/08/07
**DCPS-02**—DCPS response to Due Process Complaint, dated 02/14/07
**DCPS-03**—Resolution meeting notes, dated 02/21/07

DCPS reserves the right to rely on any documents/witnesses presented by the parent if it deems relevant in this case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at 202/442-5172.

Sincerely,

*Karen J. Herbert*
Karen J. Herbert
Attorney Advisor

cc:     Student Hearing Office

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs



## Expedited Due Process Complaint Notice

- This form is used to give notice of a complaint to the District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) an/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a Free appropriate public education to that child. A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).

- The complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, D.C. 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. The Student Hearing Office does NOT schedule resolution meetings.

- Mediation is also available to all parties as an alternative to a resolution meeting of a Due Process Hearing.

A.    **INFORMATION ABOUT THE STUDENT:**

Student Name: N█████ H█████          Birth Date: ████/93

Address: 5121 Fitch Street, SE #103 Washington, DC 20019

Home School: Merritt Educational Center

Present School of Attendance: Merritt Educational Center

1                                                       DCPS – 01

141

Is this a charter school? _____No_____     (If yes, you must provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: Darlene Hinson

Address (If different from the student's above): Same

Phone/Contact Number: 202 783-1750     Fax Number (if applicable): 202 783-1751

**B.     Individual Making the Complaint/Request for Due Process Hearing:**

Name:     Olekanma Ekekwe on behalf of Darlene Hinson

Address:     717 D Street NW Suite 314, Washington, DC 20004

Phone: (w) _____202 783-1750_____ (fax) _____202 783-1751_____ (e-mail) _____academy@olekanmalaw.com_____

Relationship to Student:

Ɡ   Parent              Ɡ   Legal Guardian              Ɡ   Parent Surrogate
Ɡ   Self/Student        Ɡ   Local Education Agency (LEA) Ɡ   Parent Advocate

**C.     Legal Representative:**

Name:     Law Offices of Olekanma A. Ekekwe, PC

Address:     717 D Street NW Suite 314, Washington, DC 20004

Phone: (w)  202 783-1750  (fax)     Olekanma Ekekwe     (e-mail)   academy@olekanmalaw.com

Will attorney / legal representative attend the resolution session? Ɡ  Yes       Ɡ   No

**D.     Complaint Made Against (check all that apply):**

Ꞡx   DCPS school (name of school if different from page one)

Ɡ   Charter school (name of school if different from page one)

Ɡ   Non-public school or residential treatment facility (name)

Ɡ   Parent

**E.     Resolution Session Meeting between Parent and LEA:**

I understand that it is my right to have a resolution meeting to receive this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: all Parties must agree to waive the resolution meeting to avoid having this meeting).

Ꞡ x   I wish to waive the Resolution Session Meeting

02/08/2007 11:51 FAX

## F. Mediation Process:

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

G   I am requesting mediation as an alternative to the resolution session meeting.

G   I am requesting mediation only at this time.

xG   I am requesting a due process hearing. (suggested dates 2/19/07; 2/20/07; 2/26/07)

G   I am requesting mediation only at this time.

## G.   Facts and Reasons for the Complaint:

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1.   What is the nature of the problem, including the facts related to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

DCPS violation of the sections 1412, 1414(d) of the IDEA

   N████ H████ is a thirteen year old special education student attending Merritt Educational Center. The prinicpal informed parent that is not allowed to come to the school anymore. Parent does not want her child to remain at home and parent. Since DCPS through Merrit has refused to allow N████ to attend school and DCPS has failed to provide norma with appropriate services; Parent is requesting that N████ be either placed at Accotink academy, Leary School, or Sunrise Academy or similar school that would provide the services that her son needs.

   Merrit on prior occasion filed a trespassing charge against N████ when he arrived at school. At that time the teacher and the principal informed N████ that they no longer want him at the school. N████ is not in school right now because he is not allowed into the DCPS school

   In addition, DCPS recently developed an IEP for N████ however the IEP goal did not seem tailored to N████ level but the DCPS standard for 7th grade students. N████ is repeating seventh grade and his performing at a third and fourth grade level in math and reading. Furthermore, Merritt did not provide N████ with enough service hours in his IEP to sufficiently allow for N████ to obtain appropriate benefit from the IEP that is develop. Parent alleges that DCPS has denied her son free appropriate public education. Ms. Hinson wants N████ to attend a therapeutic school where his academic and related service needs would be met.

   Based upon the above, Parent contends:

1.   DCPS denied N████ FAPE by failing to provide appropriate placement 2006/2007 school

2.   DCPS denied N████ FAPE by failing to properly develop appropriate IEP's in 2006/2007 school year.

3.   DCPS denied N████ FAPE by failing to provide appropriate services in 2006/2007 school year.

To the extent known to you at this time, how can this problem be resolved?

3

143

We are seeking:

1. A determination that DCPS denied N▓▓▓ FAPE by failing to provide appropriate placement for N▓▓▓

2. A determination that DCPS denied N▓▓▓ FAPE by failing to properly develop appropriate annual IEP 2006/2007 school year

3. A determination that DCPS denied N▓▓▓ FAPE by failing to provide appropriate services

4. Declaratory relief for denial of FAPE, denial of due process and for discrimination based solely on client's disability by DCPS.

5. A determination that N▓▓▓ be placed at Sunrise Academy.

6. A determination that all meetings be scheduled through Parent's counsel, Ms. Olekanma Ekekwe, Esq., via fax at (202) 783-1751.

H. Estimated amount of time needed for the hearing:    two hours

Note: In the absence of a specified amount of time SHO schedules hearing in two hour blocks of time and will allocate two hours to conduct the hearing. Please indicate if you believe more than two hours will be needed

I. **Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting / Mediation Conference / Due Process Hearing:    NONE

| G | Interpreter (please specify the type) | |
|---|---|---|
| G | Special Communication (please describe the type) | |
| G | Special Accommodation for Disability (please be specific) | |
| G | Other | |

J.    **Waiver of Procedural Safeguards:**

G    I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

K.    **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

Signature of Parent or Guardian                    Date

L. Signature of Attorney/Legal Representative:

4

144

02/08/2007 11:57 FAX 2027831197

_____     2/8/07
Legal Representative/Advocate                Date

M. Signature of LEA Represcatative (if hearing requested by LEA):


_____     _____
Representative of LEA                        Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number 202/442-5556

5

145

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**

N██████ Hi██████
DOB: ██/██/93

    Petitioner,

v.

District of Columbia Public Schools

    Respondent

*[stamp: 2007 FEB 20 AM 11:15 DC PUBLIC SCHOOL SYSTEM]*

**District of Columbia Public School's Response to**
**Parent's Administrative Due Process Complaint Notice**

    The District of Columbia Public School (hereinafter "DCPS"), by and through the undersigned Attorney Advisor, hereby provides its Response to the Administrative Due Process Complaint Notice ("Complaint") filed on or about February 8, 2007 on behalf of the parent of N██████ Hi██████, DOB: ██/██/93, pursuant to the Individual's with Disabilities Education Improvement Act (hereinafter "IDEA 04"), 20 U.S.C. §1415(c)(2)(B)(i)(I). Specifically, DCPS asserts the following:

1.  DCPS denies there was a failure to provide an appropriate placement for the student during the 2006/2007 school year. An eligibility and Individual Educational Program ("IEP") meeting was held on January 23, 2007. The parent was in attendance and signed the IEP stating that she participated in its development and agreed with its implementation at Merritt Educational Center.

2.  DCPS denies that there was a failure to develop an appropriate IEP for the 2006/2007 school year. As stated in my previous answer, the parent was present at the IEP meeting and agreed to its contents and implementation. The only party who disagreed with the development of the IEP was parent's counsel.

3.  DCPS denies that there was a failure to provide the student with appropriate services during the 2006/2007 school year. After review of all assessments the IEP Team who convened on January 23, 2007 agreed that the student would benefit from specialized instruction, psychological counseling and speech therapy. Theses services were developed into his IEP. These services are available to the student

when he agrees to attend school. Parent's counsel is asking for a therapeutic school, Merritt Educational Center can implement the student's IEP. The Least Restrictive Environment was determined to be a combination general education classroom and a special education resource room. Again, these services cannot be implemented if the student does not attend school on a regular basis.

4.  DCPS denies that the student has been suspended from Merritt Educational Center. The student does not attend school on a consistent basis. A letter was sent to the parent on February 5, 2007 requesting that the parent come in for a conference with the principal. The parent informed the principal that she would not come in for a meeting and the student has not been to school since February 6, 2007. The parent was informed that the student was not suspended and DCPS has no documentation to dispute this fact. The only documentation that was sent home was a letter requesting a conference with the parent.

Date:  February 14, 2007

Submitted by:

*Quinne Harris-Lindsey*/signed electronically
Quinne Harris-Lindsey, Esquire
Supervisory Attorney Advisor
c/o Ann J. Williams
Senior Paralegal Specialist
Office of the General Counsel
DC Public Schools
825 North Capitol Street, N.E., 9th Floor
Washington, D.C.  20002
(202) 442-5166 – direct
(202) 442-5097/8 - fax

147

## CERTIFICATE OF SERVICE

I, Quinne Harris-Lindsey, Esq., hereby certify that a copy of DCPS' <u>Response</u> to the Administrative Due Process Complaint Notice was served on February 14, 2007 on Olekanma Ekekwe, Law Offices of Olekanma Ekekwe via facsimile at 202/783-1751.

*Quinne Harris-Lindsey*/signed electronically
Quinne Harris-Lindsey, Esquire

148

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

__ PUBLIC    ___DPCS CHARTER    __ LEA CHARTER    __ NONPUBLIC    __ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 2/21/2007    Meeting Held: 2/21/2007

Student: Na████ H████    DOB: ██/██/93  School: MERRITT MS

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| DARLENE HINSON | Darlene Hinson | PARENT |
| OLEKANMA EKEKWE | | ADVOCATE |
| SUE BRADLEY | | LEA |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

____ Resolved              ____ Unresolved

PURPOSE OF MEETING IS TO RESOLVE ISSUES ON COMPLAINT FILED FEB 8, 2007

1. FAILED TO PROVIDE APPROPRIATE PLACEMENT 2006-2007 SY
   PARENT SIGNED CONSENT FOR INITIAL PLACEMENT 1/23/2007. PARENT ALSO
   STATED THAT N████ WANTED TO REMAIN AT MERRITT

2. FAILED TO DEVELOP APPROPRIATE IEP IN 2006-2007 SY
   PARENT AGREED TO IEP SIGNED 1/23/2007. ATTORNEY DID NOT
   AGREE BUT WANTED SERVICES STARTED SO SHE SAID ADVISED
   PARENT TO SIGN IEP

3. FAILED TO PROVIDE APPROPRIATE SERVICES IN 2006-2007 SY.
   SPECIALIZED INSTRUCTION, SPEECH THERAPY, AND PSYCHOLOGICAL SERVICES
   WERE WRITTEN ON IEP. PARENT AGREED WITH SERVICES PROPOSED.
   ATTORNEY DISAGREED WITH FREQUENCY OF PSYCHOLOGICAL SERVICES.

DCPS, MERRITT, EAH IS OFFERING AN MDT MEETING TO DISCUSS PLACEMENT
PARENT AND ATTORNEY AGREED TO ATTEND MDT. LETTER OF INVITATION
WITH 3 DATES/TIMES. MOTHER IS NOW STATING THAT N████ DOES
NOT WANT TO ATTEND MERRITT ANY LONGER. U████ HAS NOT BEEN TO

DCPS – 03

149
nioaa

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

XL PUBLIC    ___DPCS CHARTER    ___ LEA CHARTER    ___ NONPUBLIC    ___ PRIVATE/RELIGIOUS

**RESOLUTION MEETING NOTES Cont'd.**

Meeting Confirmation Date: 2/21/2007          Meeting Held: 2/21/2007

Student: N_____ H_____          School: MERRITT NS

SCHOOL FOR THE PAST 2 WEEKS. MOTHER STATED THAT MERRITT PRINCIPAL
TOLD HER TO KEEP N_____ HOME, HE IS TRYING TO GET AN INVOLUNTARY
TRANSFER FOR N_____.

AS TO ISSUE #2, ATTORNEY STATED THAT SHE ADVISED PARENT TO SIGN
THAT SHE PARTICIPATED ONLY, NOT TO SIGN IMPLEMENTATION LINE. IT WAS
EXPLAINED TO ATTORNEY AGAIN THAT SERVICES COULD NOT BE STARTED
UNLESS PARENT GAVE CONSENT TO INITIATE IEP GOALS.

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 03/27/2007 11:37
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROE6J471573

┌─────────────────────────────────────────────────────────┐
│  DATE,TIME              03/27  11:37                       │
│  FAX NO./NAME           97831751                           │
│  DURATION               00:00:16                           │
│  PAGE(S)                01                                 │
│  RESULT                 OK                                 │
│  MODE                   STANDARD                           │
│                         ECM                                │
└─────────────────────────────────────────────────────────┘
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
|---|

TO:    Parent (or Representative): D. EKEKWE          Fax No.: 788.1751

LEA Legal Counsel: OGC

RE:    H██████ N███████          and (LEA)  DOB: ████/93
       Student's Name

FROM:  **SHARON NEWSOME**
       Special Education Student Hearing Office Coordinator

DATE SENT: 3/27/07

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
2/8/07      . Please be advised that the hearing has been scheduled for:

DATE: 4/12/07

TIME: 1:00 pm

151

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: | ) | BEFORE A SPECIAL EDUCATION |
| | ) | |
| Hi████, N.                    Petitioner | ) | |
| | ) | HEARING OFFICER |
| Vs. | ) | |
| | ) | |
| **DCPS** | ) | |
| **Merritt EC** | ) | DISTRICT OF COLUMBIA |
| | ) | |
| Respondent | ) | PUBLIC SCHOOLS |

ExP. 

## SCHEDULING MEMORANDUM

1. A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision-making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings**.

2. The complaint notice was filed on **February 8, 2007**

3. The deadline for the resolution meeting is **February 18, 2007** unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## RESPONSE TO THE COMPLAINT

A. ***Prior Written Notice Not Issued by the Local Educational Agency***. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

1. An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;

2. A description of other options that the IEP Team considered and the reasons why those options were rejected;

3. A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

Rev'd. 7/6/05

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5693



# Fax

# Time Sensitive Materials Attached

**Prompt Attention: Principal/Administrator**
**Special Education Coordinator**

Telephone Number: **(202) 724-4618**          Pages: **9**
      Fax Number: **(202) 724-4620**          Date: **February 8, 2007**

**Please find attached a copy of a Scheduling Memorandum and a copy of the Due
Process Complaint Notice regarding:**

Student: N██████ H██████

School:  **Merritt EC**

**The complaint Intake Unit is responsible for only providing parties with
information notice that a Due Process Complaint has been filed with the Student
Hearing Office.  If you have questions about the attached Notice, regarding any
fax errors or discrepancies, please contact the Complaint Intake Unit @ (202) 724-
6556.**

                              **Thank You,**
                              **Marica P. Brown**
                              **Staff Assistant**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

153

Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 724-6556

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
State Enforcement & Investigation Division
For Special Education Programs

# Fax

## Time Sensitive Materials Attached

**Prompt Attention: Attorney:Olekanma Ekekwe, Esq.**
**Parent: Darlene Hinson**

Telephone Number: **(202) 783-1750**
Fax Number: **(202) 783-1751**

Pages: **3**
Date: **February 8, 2007**

---

**Please find attached a copy of a Scheduling Memorandum regarding:**

Student: **N███████ Hi█████**
School:  **Merritt EC**

The Complaint Intake Unit is responsible for providing parties with
information notice that a Due Process Complaint has been filed with the
Student Hearing Office.  If you have questions about the attached Notice,
please contact the Complaint Intake Unit at (202) 724-6556.  Otherwise, if
you have questions about the content of the compliant you should contact
your legal counsel for further advice.

**Thank You**
**Marica Brown**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

154

State Education Agency for the District of Columbia
State Enforcement and Investigation Division (SEID)
Special Education Programs



## Expedited Due Process Complaint Notice

- This form is used to give notice of a complaint to the District of Columbia Public Schools, District of Columbia Public Charter School (DCPS or LEA) an/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a Free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, D.C. 20002; fax number 202/442-5556.

- **Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.** Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting of a Due Process Hearing.

A.    **INFORMATION ABOUT THE STUDENT:**

Student Name: N██████ H██████    Birth Date: █████/93

Address: 5121 Fitch Street, SE #103 Washington, DC 20019

Home School: Merritt Educational Center

Present School of Attendance:  Merritt Educational Center

1

155

Is this a charter school? ____No____     (If yes, you must provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: Darlene Hinson

Address (If different from the student's above): __Same__

Phone/Contact Number: 202 783-1750     Fax Number (if applicable): 202 783-1751

B.     **Individual Making the Complaint/Request for Due Process Hearing:**

Name: ____Olekanma Ekekwe on behalf of Darlene Hinson____

Address: ____717 D Street NW Suite 314, Washington, DC 20004____

Phone: (w) ____202 783-1750____ (fax) ____202 783-1751____ (e-mail) ____academy@olekanmalaw.com____

Relationship to Student:

G  Parent                    G  Legal Guardian              G  Parent Surrogate

G  Self/Student              G  Local Education Agency (LEA)  G  Parent Advocate

C.     **Legal Representative:**

Name: ____Law Offices of Olekanma A. Ekekwe, PC____

Address: ____717 D Street NW Suite 314, Washington, DC 20004____

Phone: (w) ____202 783-1750____ (fax) ____Olekanma Ekekwe____ (e-mail) ____academy@olekanmalaw.com____

Will attorney / legal representative attend the resolution session?  G  Yes     G  No

D.     **Complaint Made Against (check all that apply):**

Gx  DCPS school (name of school if different from page one)

G  Charter school (name of school if different from page one)

G  Non-public school or residential treatment facility (name)

G  Parent

E.     **Resolution Session Meeting between Parent and LEA:**

I understand that it is my right to have a resolution meeting to receive this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: all Parties must agree to waive the resolution meeting to avoid having this meeting).

G x   I wish to waive the Resolution Session Meeting

2

156



**F. Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

**G**   I am requesting mediation as an alternative to the resolution session meeting.

**G**   I am requesting mediation only at this time.

x**G**   I am requesting a due process hearing. (suggested dates 2/19/07; 2/20/07; 2/26/07)

**G**   I am requesting mediation only at this time.

**G.**   **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1. **What is the nature of the problem, including the facts related to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?**

DCPS violation of the sections 1412, 1414(d) of the IDEA

N█████ H█████ is a thirteen year old special education student attending Merritt Educational Center. The prinicpal informed parent that is not allowed to come to the school anymore. Parent does not want her child to remain at home and parent. Since DCPS through Merrit has refused to allow N█████ to attend school and DCPS has failed to provide norma with appropriate services; Parent is requesting that N█████ be either placed at Accotink academy, Leary School, or Sunrise Academy or similar school that would provide the services that her son needs.

Merrit on prior occasion filed a trespassing charge against N█████ when he arrieved at school. At that time the teacher and the principal informed N█████ that they no longer want him at the school. N█████ is not in school right now because he is not allowed into the DCPS school

In addition, DCPS recently developed an IEP for N█████ however the IEP goal did not seem tailored to N█████ level but the DCPS standard for 7th grade students. N█████ is repeating seventh grade and his performing at a third and fourth grade level in math and reading. Furthermore, Merritt did not provide N█████ with enough service hours in his IEP to sufficiently allow for N█████ to obtain appropriate benefit from the IEP that is develop. Parent alleges that DCPS has denied her son free appropriate public education. Ms. Hinson wants N█████ to attend a therapeutic school where his academic and related service needs would be met.

Based upon the above, Parent contends:

1. DCPS denied N█████ FAPE by failing to provide appropriate placement 2006/2007 school

2. DCPS denied N█████ FAPE by failing to properly develop appropriate IEP's in 2006/2007 school year.

3. DCPS denied N█████ FAPE by failing to provide appropriate services in 2006/2007 school year.

To the extent known to you at this time, how can this problem be resolved?

3

157

We are seeking:

1. A determination that DCPS denied N██████ FAPE by failing to provide appropriate placement for N██████.

2. A determination that DCPS denied N██████ FAPE by failing to properly develop appropriate annual IEP 2006/2007 school year

3. A determination that DCPS denied N██████ FAPE by failing to provide appropriate services

4. Declaratory relief for denial of FAPE, denial of due process and for discrimination based solely on client's disability by DCPS.

5. A determination that N██████ be placed at Sunrise Academy.

6. A determination that all meetings be scheduled through Parent's counsel, Ms. Olekanma Ekekwe, Esq., via fax at (202) 783-1751.

H. Estimated amount of time needed for the hearing:    two hours

Note: In the absence of a specified amount of time SHO schedules hearing in two hour blocks of time and will allocate two hours to conduct the hearing. Please indicate if you believe more than two hours will be needed

I.  Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting / Mediation Conference / Due Process Hearing:   NONE

| G | Interpreter (please specify the type) | |
|---|---|---|
| G | Special Communication (please describe the type) | |
| G | Special Accommodation for Disability (please be specific) | |
| G | Other | |

J.     Waiver of Procedural Safeguards:

G   I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

K.     Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

_____
Signature of Parent or Guardian                    Date

L.  Signature of Attorney/Legal Representative:
_____

4

_____     2/8/07
Legal Representative/Advocate                 Date

   M.  Signature of LEA Representative (if hearing requested by LEA):


_____     _____
Representative of LEA                         Date

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number 202/442-5556**

5

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
STUDENT HEARING OFFICE


IN THE MATTER OF N███████ H███████

HEARING DATE:   APRIL 12, 2007


TRANSCRIBED BY
LEGAL PERSONNEL, INC.   (301) 277-5711

<u>APPEARANCES</u>

HEARING OFFICER:                        CHARLES JONES


ATTORNEY ADVISOR FOR                    MR. PRICE
    DISTRICT OF COLUMBIA
    PUBLIC SCHOOLS

ATTORNEY FOR PARENT                     MS. EKEKWE

PARENT                                  MS. HENSON

1    HEARING OFFICER:  We're on the record now; it's now 1:53 on

2  April the 12th, 2007.  My name is Charles Jones and I am the

3  Hearing Officer and I convening an Administrative Due Process

4  Hearing on behalf of N████ H█████.  This Hearing is being

5  conducted in accordance with the Guidelines and Rights

6  established by the IDEA, the rules of the Board of Education of

7  the District of Columbia and the D.C. Appropriations Act.  Now

8  for the purpose of the record, I'd like everyone to introduce

9  themselves, counsel for DCPS.

10    MR. PRICE: Good afternoon, Aaron E. Price, Sr., appearing

11  of behalf of the District of Columbia Public Schools.

12    MS. EKEKWE: Good Afternoon Olathama EKEKWE on behalf of

13  N██████ H█████ and Darlene Henson.

14    MS. HENSON: Good afternoon, I'm Darlene Henson, N████

15  H█████ mother.

16    HEARING OFFICER: All right. Glad to have you here.  Ms.

17  EKEKWE do you waive the formal reading of the Due Process

18  Rights?

19    MS. EKEKWE:  Yes.

20    HEARING OFFICER: At the conclusion of this hearing, within

21  10 calendar days, but within the 45 day limit, I will prepare an

22  order. That order is appealable by either party to a court of

23  law.  Now as it relates to disclosure letters, DCPS do you have

1    a disclosure letter in this matter?

2        MR. PRICE:  Yes we do.  There is a disclosure with three

3    documents.  Well, if I may Mr. Hearing Officer, this matter was

4    originally convened as I understand it. I was not the original

5    attorney for DCPS.  I understand my colleague Ms. Herbert was

6    the original attorney.  This matter was originally convened by

7    Hearing Officer Ruff on March the 3rd. And at that Hearing he

8    continued this matter until today; I believe it was so that the

9    parties could participate in a MDT/BIP/IEP meeting as well as a

10   manifestation meeting?

11       HEARING OFFICER: Today, or when was this supposed to --.

12       MR. PRICE: He continued it until today so that that could

13   occur.

14       HEARING OFFICER: Has that occurred?

15       MR. PRICE: That occurred on Tuesday.  Accordingly, DCPS

16   would ask that the material be made a part of the record because

17   that was the reason why the Hearing Officer continued the

18   Hearing.  Ms. EKEKWE has that material to present.

19       HEARING OFFICER: Do you have any opposition to it?

20       MS. EKEKWE: No I haven't --.

21       HEARING OFFICER: But the parties agree that they want to

22   extend the disclosure date to include documents that were

23   prepared after the close date, if the parties agree to it, I

4

1   have no problem with allowing it to be entered into the record.

2        MS. EKEKWE: Okay.

3        HEARING OFFICER: So, the parties do agree that the

4   disclosure should be admitted?

5        MR. PRICE: Yes.

6        MS. EKEKWE: Yes.

7        HEARING OFFICER: All right, so where are the documents?

8        MS. EKEKWE: This is the documents from --.

9        MR. PRICE:  This is the MDT from the meeting and the

10  manifestation --.

11       MS. EKEKWE: Manifestation meeting --.

12       MR. PRICE: Manifestation determination.

13       HEARING OFFICER: So what I'll do is I'll put those as

14  exhibit in NH 17 and there are MDT notes?

15       MS. EKEKWE: Yes.

16       HEARING OFFICER: And Manifestation Determination?

17       MR. PRICE: That's correct.

18       MS. EKEKWE: Yes.

19       MR. PRICE: However, -- well – It's --.

20       HEARING OFFICER: Wait.  Let me deal with this first. Let me

21  just say I have – I'll allow the parties to amend the five-day

22  disclosure to include NH 17, which is the MDT meeting notes and

23  a Manifestation Determination notes as the parties agreed to

5

1  that.  Okay, now.  Is this another part of the preliminary

2  matter?

3       MR. PRICE: Yes.

4       HEARING OFFICER: All right, go ahead.

5       MR. PRICE: It's my concern that there may not be

6  jurisdiction for this Hearing Officer to hear this case, as it

7  was it continued for the specific purpose date, I'm not sure how

8  certain how far they got into the testimony, but they agreed to

9  convene that meeting, so I believe that the Hearing may need to

10 referred back to the Hearing Officer that originally convened

11 this matter.

12      HEARING OFFICER: Are you saying that Mr. Ruff took

13 testimony?

14      MR. PRICE: I was not the original party.

15      MS. EKEKWE: Mr. Ruff questioned the parents and a special

16 education coordinator. I do believe - yes.  I believe those were

17 the statements.

18      HEARING OFFICER: And his - when he continued the matter did

19 he retain jurisdiction?

20      MS. EKEKWE: Ahhh.

21      HEARING OFFICER: That's the way we usually do it. If you

22 retain jurisdiction, then that's not a problem, but if he didn't

23 then that says to me that he --, he has no problem with moving

1   forward with another hearing officer.

2       MR. PRICE: I followed the Hearing Officer, I would just

3   present that by virtue of him accepting testimony, would

4   automatically, jurisdiction would automatically attach if you

5   will.

6       MR. HEARING: I don't think the jurisdiction invests with a

7   Hearing Officer because he asked a couple of questions, unless

8   there has been an extensive amount of testimony taken.  And I

9   would imagine he would have the best - he is the best judge of

10  whether or not he would retain jurisdiction. Did he indicate at

11  the last Hearing Ms. EKEKWE that he would desire to retain

12  jurisdiction in this matter?

13      MS. EKEKWE: He did say that he would set it up for us to

14  come back and he will hear the case.

15      HEARING OFFICER: Oh, okay.  Well, let's off the record. All

16  right, I've made brief communication with Mr. Coles, he

17  indicated that he did not retain jurisdiction, so let's move

18  forward.  Now.  So as the relationship to this disclosure date

19  of February 26th, 2007 do you have any problems with

20  admissibility?

21      MR. PRICE: No sir.

22      HEARING OFFICER: And in your own disclosure, do you have

23  one?

1      MR. PRICE: Yes I have one on me. It's dated the same day.

2      HEARING OFFICER: It's a disclosure dated February 27th,

3   2007.  Do you have any problems with admissibility?

4      MS. EKEKWE: No.

5      HEARING OFFICER: All right. Both disclosure records are

6   entered into the record with no objection by either party. Now,

7   this disclosure date of April 4th, 2007, which is an amendment to

8   your original disclosure?

9      MS. EKEKWE: Right.  Mr. Hearing Officer --.

10      HEARING OFFICE: Let me ask Mr. - first before you get into

11   it, do you have any problems with admissibility.

12      MR. PRICE: I need to see it because that's the one with the

13   --.

14      MS. EKEKWE: That's the one with the messed up name.

15      MR. PRICE: Did it get to him?  While DCPS didn't receive

16   it, DCPS does not object to it.

17      HEARING OFFICER: All right, so both of the disclosures by

18   parent counsel, the amended disclosures are entered in the

19   record with no objections.  All right, any preliminary matters?

20   We've resolved the preliminary matters, right?

21      MR. PRICE: That's correct.

22      HEARING OFFICER:  All right so let's move forward.  Ms.

23   EKEKWE why don't you tell me what the narrow issue and the

1    remedy you are seeking.

2        MS. EKEKWE: Well the remedy we are seeking is to have a

3    change in placement for Norman.  The last time - okay, we filed

4    a Hearing Request requesting that the team meet to revise the

5    behavior intervention plan and to re-develop the IEP to also to

6    issue a notice of placement to an appropriate setting.  We

7    believe that N██████ should be in a therapeutic setting receiving

8    full time special education services. However the IEP that he

9    has only gives him 15 hours of specialized instruction and I

10   believe and 1½ hours of social emotional counseling. Since the

11   IEP was developed, N██████ experienced several suspensions and a

12   possible expulsion, which has been resolved, and we believed

13   that the placement where he is currently is not appropriate. The

14   last meeting that was held on April 10th, which was required by

15   the Hearing Officer that we go forward and try to revise the IEP

16   and behavior intervention plan and discuss placement, at that

17   meeting DCPS reduced the latest suspension time from 10 days to

18   4 days, and decided that they would not revise the IEP and not

19   revise the behavior intervention plan because they needed the

20   student to request help or present that they are able to try the

21   15 hours services before they can get a full time services.

22       HEARING OFFICER: How old is the IEP?

23       MS. EKEKWE: The IEP was just recently developed on February

1    - it's two months old.

2         HEARING OFFICER:  So an IEP was developed on about February

3    the --.

4         MS. EKEKWE: On or about February the first or second.

5         HEARING OFFICER: 2007?

6         MS. EKEKWE:  2007, yes.

7         HEARING OFFICER: And were evaluations performed?

8         MS. EKEKWE: Yes they were. Yeah there were evaluations

9    performed?

10        HEARING OFFICER:  Where are the evaluations that were

11   performed?

12        MS. EKEKWE: There were speech and language evaluations

13   which were performed in August of 2006, there were psycho

14   education evaluations which were performed on July 2006, there

15   were neuro-psychological evaluation on July 2006, there was a

16   review by DCPS, Dr. Davis that was done in November of 2006.

17        HEARING OFFICER:  What kind of review?

18        MS. EKEKWE: It was a medical review of the neuro-psych. And

19   there was a review done by DCPS of the psycho-educational.

20        HEARING OFFICER:  So the psycho-educational was

21   independent?

22        MS. EKEKWE: Right. It was an independent psycho-

23   educational.

1      HEARING OFFICER:  And DCPS performed the review?

2      MS. EKEKWE: Right.

3      HEARING OFFICER: When was that review performed?

4      MS. EKEKWE: The review was performed in November and

5  December.

6      HEARING OFFICER:  2006.

7      MS. EKEKWE: Yes, 2006.

8      HEARING OFFICER:  All right so you got a speech and

9  language and psycho ed and neuro psychological and then two

10 DCPS's reviews.

11     MS. EKEKWE: Yes.

12     HEARING OFFICER: All right, go ahead.

13     MS. EKEKWE: A meeting was finally held to develop the IEP

14 and the IEP that was developed was developed based on the least

15 restrictive IEP and as part of our disclosure we stated that the

16 IEP should not be based on the least restrictive it should be

17 based on the need of this child, and the child had at that time

18 a (inaudible) suspension to arrest as a result of DCPS calling

19 the police on the child.

20     HEARING OFFICER: What's the student's disability

21 classification?

22     MS. EKEKWE: Well, according to the classification, his

23 classifies OHI and as well as learning disabled based on

1    evaluation, however the IEP only lists OHI.  And our – this

2    dissatisfaction with the IEP is that it did not include all his

3    classifications and it did not give him enough service hours and

4    it did not give enough related services to address the areas of

5    disabilities.  And DCPS position was that he was cutting class

6    so he could not progress, that is why he has all F's, and they

7    refused to revise the IEP and the behavior intervention plan.

8         HEARING OFFICER: All right so, you have the burden of this

9    Ms. EKEKWE and as you know, the burden of proof requires you to

10    in some sense, if you're talking about a full time special

11    education which is what you're requesting, you have to have at

12    least of the evaluations that indicate that they who are the

13    subject matter experts desire or recommend that type of

14    evaluation. Do you have any evidence like that?

15         MS. EKEKWE: Yes, Mr. Hearing Officer.  The evaluation that

16    was submitted, the psycho educational and the neuro psych state

17    that the child needs to be in a structure therapeutic

18    environment where - - where his services could be met. And the

19    school that the child currently attend is a open-space school,

20    and based on the notes that we received from the meeting notes

21    they informed us that DCPS does not have a full time specialized

22    instruction school to deal with child with OHI. That's part of

23    the meeting notes and as well part of the evaluations, and that

1   the child has to try the least restrictive first before they can

2   move to a full time placement.  And in addition, that DCPS does

3   not have a full time OHI placement.

4        HEARING OFFICER: All right so, you're indicating to me that

5   these evaluations warrant a full time placement for a multiplied

6   disabled student?

7        MS. EKEKWE: Correct.

8        HEARING OFFICER: And where do you provide, where is that?

9   What evaluation recommends that?

10       MS. EKEKWE: There - there --- one evaluation that

11  recommends LD placement, LD classification is DCPS --.

12       HEARING OFFICER:  Tell me the evaluation first.

13       MS. EKEKWE: Okay. That would be DCPS Psycho educational - I

14  don't have my own, because I gave you mine copy, but it would be

15  the psycho educational evaluation report that was done by --.

16       HEARING OFFICER: Let me find that.

17       MS. EKEKWE: Okay.

18       MR.PRICE:   What's the date of it?

19       MS. EKEKWE: Is 10 -30.  Okay, the report is 11/28/06. This

20  was the review.

21       HEARING OFFICER: And this is a psycho educational?

22       MS. EKEKWE: Yes.

23       MR.PRICE:  Did you disclose it?

1        HEARING OFFICER: Here, I got it, it's NH 10.  From Inter-

2   dynamics.  Direct my attention to the language.

3        MR.PRICE:  If we can have indulgence, this is not an Order

4   under 5-10.

5        MS. EKEKWE: Your indulgence, please sir.

6        HEARING OFFICER: HmmmHmmm.

7        MS. EKEKWE: Your indulgence please, Mr. Hearing Officer. My

8   pages are (inaudible).

9        HEARING OFFICER: I've gotten it, have the two of you gotten

10  it?  Have you gotten it Mr. Price?  I have the psycho

11  educational evaluation dated July 27th, 2006.

12       MR.PRICE:  I have – that's the one you --.  Psycho ed.  I'm

13  sorry because I am a little confused because the document she

14  was holding up was a DCPS document.  So, are we looking at the

15  review or the actual evaluation?

16       HEARING OFFICER: The first thing I'm looking at is the

17  psycho educational prepared by Inter-Dynamics.

18       MS. EKEKWE: If I could point you to the page, which is the

19  last page which page 5 of the psycho educational.

20       MR.PRICE:  Okay.

21       MS. EKEKWE: And the number 1, under recommendation.

22       MR.PRICE:    HmmmHmmm I read it.

23       HEARING OFFICER: It does say normal cognitive abilities are

1    not commensurate with his academic achievement skills, thus

2    providing an education of a presence of a learning disability.

3    That being said, it is documented the emotional liability

4    appears to impede his academic performance.  And a clinical

5    (inaudible) administered to (inaudible) the extent that a

6    significant emotional (inaudible) may account for his lack of

7    academic progress.  Was there a clinical prepared?

8         MS. EKEKWE: No, we were not able to obtain a clinical

9    because that was not caught up by independent evaluation but a

10   neuro psych was prepared as part of that.

11        HEARING OFFICER: Okay, where is the IEP?

12        MS. EKEKWE: It's on --.

13        MR.PRICE:  There is a January 07 IEP.

14        MS. EKEKWE: Right.

15        HEARING OFFICER:  Is that's the IEP that was --.

16        MS. EKEKWE: Right.

17        HEARING OFFICER: That was created as well as the main --.

18        MS. EKEKWE: Yes.

19        MR.PRICE:  No.  That's the initial --.

20        MS. EKEKWE: That's the only --.

21        HEARING OFFICER: Wait just a minute now.  Wait a minute, I

22   can't hear of yall at the same time.

23        MS. EKEKWE: I apologize.

1    HEARING OFFICER: Mr. Price.

2    MR.PRICE:  The initial IEP was developed in January of 07.

3    The team met again and reviewed the IEP and a couple of days

4    ago.

5    HEARING OFFICER: So they just reviewed the old one, they

6    didn't do any changes to it, correct.

7    MR.PRICE:  There was no review - well I need to compare

8    them side-by-side.  But I don't necessarily believe there was

9    any actual revisions.

10    HEARING OFFICER: Is that okay - Ms. EKEKWE what were you

11    going to say?

12    MS. EKEKWE: I was just going to that there is only one IEP,

13    the 1/07.  We met two days and they refused to revise the IEP.

14    HEARING OFFICER: All right, let me see what that says.

15    MR.PRICE:  I'm looking the January IEP, yeah, I got that.

16    (Inaudible) for her easy access.

17    HEARING OFFICER: Okay, I'm looking at the IEP dated January

18    23, 2007, according to this IEP, the student's disability is OHI

19    - other health impaired.  He has 15 hours of specialized

20    instruction, he has .30 minutes of the other - speech and

21    language therapy and 30 minutes of psychological counseling, so

22    this is not a full time IEP.  In fact they say that the student

23    should be out of the general education setting 45% of the time.

1    And I note that the parent did approve of it.  All right, so

2    okay, here is an IEP that says that the student is not a full

3    time special education student.  Nor does it say that he is

4    multiplied disabled.  Now who are the witnesses you are going to

5    put on.

6        MS. EKEKWE: Well, we had hoped to call Dr. Ballard and I

7    don't know if she is going to be available at this time. I gave

8    him the time of 1 O'clock, so I could attempt to reach him, and

9    the only other person that I have to - that I know for sure that

10   I will call is Ms. Henson and then also, DCPS special education

11   coordinator as well the psychologist, DCPS psychologist which is

12   listed on the disclosure.

13       HEARING OFFICER: Did you compel those witnesses?

14       MS. EKEKWE: No, I did not.  Yes, I said that --.  I

15   requested to come, but no there was no summons issued to get the

16   witness.

17       HEARING OFFICER: If you are going to compel someone, there

18   is a standard operating procedure that you have to if - that you

19   have to adhere to - to insure that they are going to be

20   available for your testimony.

21       MS. EKEKWE: In the disclosure, we just basically stated

22   that we would rely on the - also rely on the witnesses that was

23   disclosed by DCPS, we did not issue a summons.

1      HEARING OFFICER: All right, well who are you going to call

2  Ms. EKEKWE?

3      MS. EKEKWE: I want to call Ms. Henson.

4      HEARING OFFICER: All right.  Ms. Henson you want to raise

5  your right hand?

6      MS. HENSON: Yes.

7      HEARING OFFICER: Do you swear to tell the truth, the whole

8  truth and nothing but the truth so help you God?

9      MS. HENSON: I do.

10     HEARING OFFICER: Speak up a little louder and into the

11  phones, yes.

12     MS. HENSON: Can you hear me?

13     HEARING OFFICER:  Yes.  Please state for the record your

14  full name and your residence.

15     MS. HENSON:  My name is Darlene Henson, I'm N████ H██████

16  mother.  We live at 5121 5th Street, S.E., Apartment 103.

17     HEARING OFFICER: All right go forward with your

18  examination.

19     MS. HENSON: I'm very concerned with --.

20     HEARING OFFICER: Just a minute.  What happens is he's going

21  to give you some questions.

22     MS. HENSON: Okay.

23     HEARING OFFICER: And you respond to the questions and then

1    Mr. Price will have some question for you.

2         MS. HENSON: Okay.

3         HEARING OFFICER: And then I may have some questions for

4    you.

5         MS. HENSON:  Okay.

6         HEARING OFFICER: The way we get the information from you is

7    to ask you questions rather than you just saying --.

8         MS. HENSON: Come out and say --.  Okay.

9         HEARING OFFICER: Okay.

10        MS. HENSON: Okay.

11        HEARING OFFICER: No problem.  All right go forward with

12   your examination Ms. EKEKWE.

13        MS. EKEKWE: Do you participate in a IEP meeting for you

14   son?

15        MS. HENSON:  Yes.

16        MS. EKEKWE: At that meeting, did you --.

17        HEARING OFFICER: What's the date of the meeting that you're

18   talking about?

19        MS. EKEKWE: Okay.  Do you recall the date that the IEP was

20   developed?

21        MS. HENSON:  No, I don't recall the date.

22        MS. EKEKWE: Have you participated in all the meetings at

23   (inaudible)?

1        MS. HENSON:  Yes.

2        MS. EKEKWE: How many meetings do you recall (inaudible)?

3        MS. HENSON:  All of them since October, around October,

4   start going to the meetings, round October I believe Ms. EKEKWE.

5        MS. EKEKWE: Okay, would you state whether it was four or

6   five meetings or 10 meetings?

7        MS. HENSON:  It was six maybe 7.

8        MS. EKEKWE: There is an IEP on record, which is parent's

9   exhibit number --.

10       HEARING OFFICER: Oh, you don't have it?

11       MS. EKEKWE: Yeah, I gave you my copy.  I had submitted a

12  copy to the file that is not here --.

13       HEARING OFFICER: Always bring two copies to the Hearing

14  Room in the event the Hearing Officer does not put the

15  disclosure into the file, so that you won't be left and so that

16  I have copy to follow you.

17       MS. EKEKWE: Yes.  Do you remember going to the meeting in

18  January 23, 2007?

19       MS. HENSON:  Yes.

20       HEARING OFFICER: Go ahead and use the copy.

21       MS. EKEKWE: Was a IEP developed at that meeting?

22       MS. HENSON:  Yes.

23       MS. EKEKWE: I'm going to show you what is marked as

1    parent's exhibit number 14.

2         MR. PRICE: Objection. DCPS would like to proffer that we

3    have fact witness and what purpose are we giving information to

4    the witness to testify from?

5         HEARING OFFICER: Well she is just identifying the IEP, is

6    that correct?

7         MS. EKEKWE: Yes.

8         HEARING OFFICER: I'll overrule it, go ahead.

9         MS. EKEKWE: What is the document you're holding?

10        MS. HENSON:  IEP.

11        MS. EKEKWE: Okay, were you party to that IEP?

12        MS. HENSON:  Yes.

13        MS. EKEKWE:  Is that your signature on the bottom of the

14   IEP?

15        MS. HENSON:  Yes.

16        MS. EKEKWE: Is there another IEP on the record besides this

17   one?

18        MS. HENSON:  No.

19        MS. EKEKWE: What don't you like about the IEP that you

20   pointed to parent's exhibit number 14?

21        MS. HENSON:  Well they said they were helping me,

22   everything is just what they were impartial. What we asked for

23   is full time because that is what N██████ needs.

21

1      MS. EKEKWE: Go ahead.

2      MS. HENSON:  N██████ at Merrick is just like being at a

3  playground. He don't get any work done.  He don't go to any of

4  his classes.  He has a behavior problem and it's just not

5  working and they trying to make it work, but he just won't

6  participate which my son, which my son was in on that meeting.

7  He was there.  So, he agreed to everything they asked him to do

8  but that was just for them to get them off his back.  N██████

9  really have a serious problem.  They can't help him there.

10  There is nothing they can do for N█████ there.  And you know

11  this Ms. EKEKWE.

12      MS. EKEKWE: I can't testify.

13      MS. HENSON:  Okay, I'm just saying.  It's just unbelievable

14  how much --.  Okay, I'm talking too much.

15      MS. EKEKWE: If you just wait.

16      MS. HENSON:  Okay.

17      MS. EKEKWE: When you participate at this meeting, you

18  signed that you agreed with the IEP.

19      MS. HENSON:  I did and you know why Ms. EKEKWE, because I

20  just wanted to try to make it work.  See if it would work for

21  N██████, but it is not working for him.

22      MS. EKEKWE: Did you tell the school that it has not worked

23  for him?

22

1      MS. HENSON:  Yes.  I told them in the meeting the other

2  day, Tuesday.

3      MS. EKEKWE: Is that the first time that you told the school

4  that is not working.

5      MS. HENSON:  No, that's not the first time.

6      MS. EKEKWE: If I may ask, how long have you -since the IEP

7  was developed, has N███████ ever been suspended?

8      MS. HENSON:  Yes.

9      MS. EKEKWE: Do you recall how many times he's been

10  suspended?

11      MS. HENSON:  I believe twice - maybe more than - twice,

12  that I can think of right now.

13      MS. EKEKWE: Okay. And each time that N██████ was suspended

14  was there - do you know how many days was that for the

15  suspension?

16      MS. HENSON:  March 29th when he was suspended, they told me

17  ten days and I asked them to put it in writing, which they

18  didn't until Tuesday, this past.  Before then he was suspended

19  the earlier part of March, I think it was round ten days again.

20  It's always ten days.

21      MS. EKEKWE: In the Hearing Request, we mentioned that

22  N██████ was never allowed back into the school on about February

23  8, 2007, was that suspension lifted or was that another

23

1    suspension?

2         MS. HENSON:  I think - he was suspended and he stayed home

3    a few days and I called Mr. Pear, which is the principal at

4    Merrit.  I told him I couldn't come in because I was sick at the

5    time and he told me to send N███████ back to school.

6         MS. EKEKWE: So that issue was resolved.

7         MS. HENSON:  Yes, over the phone.

8         MS. EKEKWE: The IEP that was developed, you testified that

9    you wanted to try to get help with it?

10        MS. HENSON:  Yes, I wanted to see if it would work for

11   N██████.

12        MS. EKEKWE: What is it on the IEP that is not working for

13   N████████?

14        MS. HENSON:  Everything.

15        MS. EKEKWE: What would you like the Hearing Officer to do

16   as part of this Hearing?

17        MS. HENSON:  Well I would like for N██████ to be removed

18   from Merrick Middle School and I would like for N██████ to be

19   placed in Sunrise Boy's Academy where they can deal with N██████

20   behavior problems and the ADHD.  And he need to be in a smaller

21   classroom where they can focus more on N██████.

22        MS. EKEKWE: Okay, have you made this information known to

23   this school?

1    MS. HENSON:  Yes.

2    MS. EKEKWE: What was the response from the school?

3    MS. HENSON:  Well Ms. Bradley said they have to work with

4    what they doing right now for N██████, and that's nothing.  He

5    won't go to any of his special classes.  None.  N██████ makes all

6    F's.

7    MS. EKEKWE: I don't have any questions, right now.  I might

8    ask you another question later.

9    MS. HENSON:  Okay.

10    MS. EKEKWE: The attorney for DCPS will ask you questions.

11    HEARING OFFICER: All right Mr. Price you want to do cross-

12    examination?

13    MR. PRICE: Very briefly.  Good afternoon Ms. Henson.

14    MS. HENSON: Hello.

15    MR. PRICE:  It was your testimony that N██████ was suspended

16    recently for ten days, correct?

17    MS. HENSON:  Yes.

18    MR. PRICE:  And that is as a result of an incident that

19    occurred on March 29th, correct?

20    MS. HENSON:  Yes.

21    MR. PRICE: And as a result of that incident that occurred

22    on March on 29th, the school suspended N██████ for four days,

23    correct?

1        MS. HENSON:  That was changed this week, Tuesday by Sue

2    Bradley.

3        MR. PRICE:  So it was changed so he only in effect was

4    suspended out of class for four days, correct?

5        MS. HENSON:  Four days, he goes back to school Tuesday.

6        MR. PRICE:  Okay. And you received a suspension notice for

7    that suspension, correct?

8        MS. HENSON:  For the four days.

9        MR. PRICE:  Yes.

10       MS. HENSON:  Not the ten, which when they do suspend N████

11   and they call me, I ask them to please paper home with him.

12       MR. PRICE:  And so you received suspension documents,

13   correct?

14       MS. HENSON:  Just Tuesday.

15       MR. PRICE:  For….for…

16       MS. HENSON:  Not for the ten days but for the four days.

17       MR. PRICE:  He's not been excluded from school for ten days

18   correct?

19       MS. HENSON:  Right.

20       MR. PRICE:  He's only been excluded for four days?

21       MS. HENSON:  Correct.

22       MR. PRICE:  And you received the suspension document for

23   that period, correct?

1          MS. HENSON:  Yes.

2          MR. PRICE:  And you received no other documents suspended

3     N█████, correct?

4          MS. HENSON: No.

5          MR. PRICE:  Are you aware of who Mr. Adams is, correct?

6          MS. HENSON: N███████ teacher?

7          MR. PRICE:  Okay.  And you were present at the meeting,

8     well let me back up.  N██████ initial, very first IEP was

9     developed this January, correct?

10         MS. HENSON:  Correct.

11         MR. PRICE:  And at that initial IEP meeting, you were

12    present correct?

13         MS. HENSON: Yes.

14         MR. PRICE:  As well as N██████.

15         MS. HENSON:  Yes.

16         MR. PRICE: And Mr. Adams.

17         MS. HENSON:  Yes.

18         MR. PRICE:  Isn't it correct that Mr. Adams informed and

19    the team that N██████ had been absent for 45 days from school at

20    that time?

21         MS. HENSON:  You know what, I really don't remember that,

22    but I figure, if N██████ had been absent for 45 days from his

23    class, I would have gotten some type of Notice.

1        MR. PRICE:  Okay.  And, isn't it correct that at the

2   meeting in January that developed the IEP, it was N████████

3   position that he just didn't want to go to school, that's why he

4   was not in class.

5        MS. HENSON:  N██████ was going to school, N██████ was running

6   the hallways.  And their classrooms are open space. Anybody can

7   stick they head in and say come on out and play or whatever,

8   there's no classrooms.

9        MR. PRICE:  Isn't it also correct, that a meeting was just

10  convened for N██████ on the tenth of April?

11       MS. HENSON:  Yes.

12       MR. PRICE: And you participated in those meeting correct?

13       MS. HENSON: Yes, I participated in all the meetings.

14       MR. PRICE:  And at that meeting, DCPS or the team, they

15  discussed the current IEP correct?

16       MS. HENSON: Yes.

17       MR. PRICE:  And it was determined that his absences

18  prohibited him from receiving most of his instruction, correct?

19       MS. HENSON:  Yes.

20       MR. PRICE:  And isn't it also correct that they discussed

21  how Merrick could provide educational benefit and service to

22  N██████ at that meeting, correct?

23       MS. HENSON:  Correct, but that's their job. And I'm saying

28

1  this because I have been in that school unannounced and seen

2  things go on that shouldn't been going on. And N████ to go to

3  school, but he just go to those classes. I can't justify why

4  N████ don't go. N████ just, he don't need to be in that

5  environment.

6        MR. PRICE: And it's also correct that at that meeting, held

7  just a few days ago the team discussed the BIP that was in

8  effect for N████, correct?

9        MS. HENSON:  Correct.

10       MR. PRICE:  And, isn't it also correct that there was

11  discussion that his absences affected a implementation of that

12  BIP?

13       MS. HENSON:  Like I said before, N████ is at school. It's

14  not like he's at home.  He's in the school building, he just

15  won't go the classes.

16       MR. PRICE:  And isn't it also correct that at that meeting

17  in April, the team had a manifestation determination meeting?

18       MS. HENSON:  Yes.

19       MR. PRICE:  And isn't it correct that at that manifestation

20  determination meeting, it was determined the incident  -- that

21  the incident of N████ attempting to steal or take another

22  student's property was not a manifestation of his – was not a

23  result of his disability, correct?

1    MS. HENSON:  Well that agreed on it wasn't about his

2    disability. I think it was his disability.  And they can say

3    what they want to say, they not living in my household.  They

4    don't know what's going on.  And it's really said because I'm

5    just asking for help and my child to be placed in the right

6    school. N███████ is 13 years old.  And he needs to go to school,

7    and if he stays in Merrick, he's going to be suspended next week

8    when he goes back, the week after that.  Every little thing they

9    suspend N██████ for.  Oh it's some serious problems over there, I

10   having.  I am in Court right now because of an incident. And I

11   don't - I just want - I'm not saying my son --. (Inaudible)

12   can't control what he's doing.  And I know because he's in my

13   household.  And I've tried to explain that to him, and they see

14   just a portion of it, I'm seeing it all.  N██████ can probably do

15   better in a school that's focus on behavior and ADHD.  They are

16   not really talking about N███████ behavior, but they should.

17   And he don't need to be over there with those children. And I'm

18   tired of being bothered every other day or whatever.

19       HEARING OFFICER: Any other question?

20       MR. PRICE:  I… No.  No further questions.

21       HEARING OFFICER: Any redirect?

22       MS. EKEKWE: Yes.  He mentioned that N██████ was out of

23   school for 45 days prior to the day the IEP was being developed,

1    was N█████ ever suspended? Prior to January --.

2         MS. HENSON:  Yes!!  Yes!! Yes, he been suspended January

3    8th, they suspended ever since he been at Merrick Middle School.

4         MS. EKEKWE:  Was when you were at the meeting, were all the

5    team members aware of the suspensions?

6         MS. HENSON:  I don't believe so.

7         MS. EKEKWE: When you had this last manifestation meeting,

8    were all the team members aware that he was suspended?

9         MS. HENSON:  They found out then.

10        MS. EKEKWE: Okay.

11        MS. HENSON:  Ms. Bradley didn't know.

12        MS. EKEKWE: When did Ms. Bradley knew of the suspension?

13        MS. HENSON:  Tuesday.

14        MS. EKEKWE: The day of the meeting?

15        MS. HENSON:  Yes.

16        MS. EKEKWE: Was there any suspension letters given to you

17   prior to the meeting?

18        MS. HENSON:  No.

19        MS. EKEKWE: Okay.  You mentioned that you had a Court

20   incident, a Court case based on what happened at the school,

21   could you --. Let me rephrase that question.  Was that as a

22   result of a suspension or was that a result of outside school

23   activity?

1      MS. HENSON: Suspension.

2      MR. PRICE: DCPS is going to object, that is beyond the

3  scope of my cross-examination and relevance.

4      HEARING OFFICER: Well, I understand your concerns, but I'd

5  like to hear it, I'll overrule the objection. What's the

6  problem?

7      MS. HENSON:  Well, can I tell him about.

8      MS. EKEKWE: Tell the Hearing Officer - (Inaudible)

9  everything.

10     MS. HENSON:  One time they called me and told me - one time

11  N████ was suspended and he went up to the school and they had

12  N████ locked up.  And I to get him from receiving home.  Then

13  the next time, I got home late that evening and I saw a number

14  of my caller I.D. so I called and it was Youth Center. They said

15  that N████ had hit this security guard and right now we are in

16  Court for that I have to go to Court April the 26th.

17     MS. EKEKWE: Where is the security guard?

18     MS. HENSON:  Where is the security guard? He's at Merrick.

19     MS. EKEKWE: So this is that incident that happened --.

20     MS. HENSON:  It happened in the school, they were on their

21  way out. I had witnesses saying that the security grabbed

22  N████, and the security has witnesses saying that N████ hit

23  him.  My son was injured, which they took him to Youth Center,

1   Monoff Sp? Road, from there they took N██████ to Children's

2   Hospital.

3        HEARING OFFICER: All right, any other questions?

4        MS. EKEKWE: No other questions.

5        HEARING OFFICER:  Do you have any other questions?

6        MS. EKEKWE: I can try to reach Dr. Ballard, who performed

7   the psycho educational.

8        HEARING OFFICER: That's up to you.

9        MS. EKEKWE:  I had him listed for 1 o'clock but I don't

10   know if he is available.

11        HEARING OFFICER: I understand, did you call him to let him

12   know you're going to be a little late?

13        MS. EKEKWE: I did try to call and to leave a message, but

14   he was not available at the time when I was leaving --.

15        HEARING OFFICER: So he wasn't available at 1 o'clock which

16   is the time you told him?

17        MS. EKEKWE: No, he wasn't available at 1:30 when I was

18   sitting in this room.  I left another one to come to this room

19   at 1:30.

20        HEARING OFFICER: So have you called him since 1:30?

21        MS. EKEKWE: Okay, you can try.

22        MS. EKEKWE: Indulgence sir.

23        HEARING OFFICER: I'm the one that's getting indulged Ms.

33

1    EKEKWE not him.

2        MS. EKEKWE: I said Indulgence, I just waived my hand.

3        HEARING OFFICER: Oh, okay.

4        MS. EKEKWE: I'm sorry Mr. Hearing Officer.

5        HEARING OFFICER: No problem. No problem, Ms. EKEKWE.

6        MS. EKEKWE: (Inaudible). I tried two numbers and a voice

7    mail came on. I don't have another witness to call at this

8    time, so I will rely on record and also testimony, cross-

9    examination testimony.

10       HEARING OFFICER: All right, you want to do your summary.

11       MS. EKEKWE: All right, is DCPS calling any --.

12       HEARING OFFICER: Any witnesses?

13       MR. PRICE: No sir.

14       MS. EKEKWE: We brought this Hearing Request seeking a

15   change, a revision of the IEP to include the child's suspected

16   areas of disability, diagnosed areas of disability which is

17   cognitive disorder leading to learning disability as well as

18   emotional behavior concerns. We have a neuro psychological and

19   a psycho educational as well as a review from DCPS, which

20   indicate that, the child have OHI impairment under the DCPS

21   classification of a child in need of services as well as

22   learning disability. However, DCPS developed an IEP with only

23   OHI listed; DCPS failed to provide enough service hours to

1    address the needs of the student. DCPS neglected to add the

2    learning disability and DCPS failed to provide appropriate

3    behavior intervention plan to address the behavior problems that

4    the child was experiencing in school and as a consequence the

5    child has missed several days of school due suspensions and not

6    being available because of his disability in school.  We are

7    requesting that DCPS be ordered to revise the IEP and issue a

8    notice of placement to a different school.  Parents have

9    informed the school on several occasions that the school is not

10   an appropriate setting for the student. The school had also

11   mentioned that the student is not able to any of its programs in

12   the school. Although he may be in school but he not being in a

13   class, wondering a class it wasn't enough structure to be in a

14   classroom that will address his disability. We request that the

15   Hearing Officer issue an Order ordering DCPS to revise the IEP,

16   issue a notice of placement to an appropriate setting that will

17   deal with a child with behavioral as well as a learning

18   disability enough service hours to address his areas of

19   disability.

20       HEARING OFFICER: One question to the parent, how are you

21   going to insure that he attends another school?

22       MS. HENSON: Well, that's - I have find out. And I think he

23   would, because I did go to Sunrise Academy and took the

1  paperwork up there and we looked around.  And I think he would

2  be able to make it there, instead of at Merrick, because Merrick

3  is like a playground.  And they are little bit more firm, firmer

4  at this school where I would like for him to be at. This Boys

5  Academy.

6      HEARING OFFICER: One of the things that happens in these

7  situations is, there is a equal responsibility to obtain

8  education is just not a one-way street.  You understand what I'm

9  saying?

10     MS. HENSON: Yes.

11     HEARING OFFICER: It is important that a student be

12  available for education and at this point, it just seems like

13  he's going to school, but he's not interested in getting an

14  education.  I mean, I haven't heard anything here that says he –

15  I know you want him to get educated.

16     MS. HENSON: Yes.

17     HEARING OFFICER: It takes – so I'm hearing you say what you

18  want.  And I agree that he should get education, but how are you

19  going to force him.  I mean, I put him in Sunrise and he doesn't

20  go to school, that's just wasted money isn't it?

21     MS. HENSON: No. Just like I gave Merrick the chance to

22  prove themselves --.

23     HEARING OFFICER: The chance is not just for Merrick, it's

1  also --.

2      MS. It's for N███████ too, but if he go to Merrick, and walks

3  right into the building and everybody just playing, he's going

4  to play.

5      HEARING OFFICER: Have you talked to him and made him aware

6  of the importance of education?

7      MS. HENSON: Sir, I have done everything.  I have gone as

8  far as putting my son in Riverside PIW, --.

9      HEARING OFFICER: And none of that's worked?

10      MS. HENSON: I've having a hard time.  It's just seem like

11  when he went to Merrick, and just all the spaces, he just want

12  to play, play, play, that's all he has on his mind.  I asked

13  about schoolwork, I go up to school unannounced, I'm there for

14  my son.  I'm just want to see him make it, because I'm the only

15  person he has.

16      HEARING OFFICER: All right, DCPS, what's your summary, do

17  you have one?

18      MS. PRICE: All right, very briefly.  What we have here is a

19  student with an initial IEP.  The initial IEP was developed less

20  than 90 days ago.  Approximately 90 days ago.

21      HEARING OFFICER: He was just found eligible?

22      MR. PRICE: This is the initial IEP, that is correct.

23  According to these notes.  The student was classified as OHI by

1    subject matter experts that actually served this child. While we

2    have evaluations, independent evaluations which we could view as

3    being objective, they don't recommend a full time 100% out of

4    general education setting. They do not.

5        HEARING OFFICER: Well, they did suggest that he was L.D.   I

6    mean how do you get past that?

7        MR. PRICE: I will clearly do so. I will put my note away.

8    The evaluator who did not conduct a classroom observation of the

9    student or make any recommendation with the student, how this

10   student interacts in an educational environmental, his

11   recommendation and his comments, and I quote, "N▆▆▆▆ cognitive

12   abilities are not commensurate with his academic achievement

13   skills."  That is providing an indication. Now the term

14   indication is not conclusive. No where in this document does

15   this evaluator indicate that this indication has an actual – an

16   actual academic impact, only an indication.

17       HEARING OFFICER: Well there is a strong presumption when he

18   is failing every course that there is possibility.

19       MR. PRICE: And I will go even further with you.  Faced with

20   this evaluation, at the Hearing a month ago, the Hearing Officer

21   ordered the folks to go back to the MDT team.  The MDT team

22   reconvened again.  The individuals that act – the subject matter

23   experts, let's not just say individuals, the subject matter

1   experts that actually serves this child along with the parent,

2   who is an equal member of the team and any other individuals

3   that the child chose to have present and it's my understanding,

4   based upon, if you have representation, Dr. Ballard was going to

5   testify.  But there is not indication that Dr. Ballard

6   participated in the MDT meeting that just occurred to indicate

7   or share with the team his impression. So, leads us with the

8   team members, subject matter experts that actually service this

9   child. And they -- .

10   HEARING OFFICER: What are the medical reviews - - what are

11   the reviews that DCPS - what do they say.

12   MR. PRICE: Okay, give me one second.  While I look at the,

13   one the subject matter experts that actually service the child,

14   I think that is the critical point because they actually service

15   the child.  They indicated that N█████ has been absent as of

16   January, this year 45 days.

17   HEARING OFFICER: Could that not be --.

18   MR. PRICE: 45 days.

19   HEARING OFFICER: Could that not be a part of the fact that

20   he is ADHD and he can't focus within an open space. He comes in

21   and begins to play around and he doesn't go to class, as a

22   result of the fact that the class is not structured.  I mean

23   there have been plenty of incidences like that. Did the team

1  discuss that?

2      MR. PRICE: That would be speculation at this point. There

3  was no indication whatsoever that that was the case for this

4  student. That's not --.

5      HEARING OFFICER: So why is he – Okay, but my question is

6  this?  He goes to school.

7      MR. PRICE: Well -.

8      HEARING OFFICER: Wait a minute.  He's in school. That's

9  what I heard testimony, you haven't rebutted the fact.  The

10  parent has testified here that he is going to school. So he's in

11  the school.  And he's in an under-control of the DCPS officials,

12  but he does not attend the classes. Why is he walking around

13  rather than being in the classroom. There should be some

14  structure.

15      MR. PRICE: In all due respect, Mr. Hearing Officer, I

16  believe --.

17      HEARING OFFICER: Is that something to discuss – did they

18  discuss that the MDT?

19      MR. PRICE: Just give me one second. In all due respect, I

20  believe I have rebutted it, because on cross-examination of the

21  parent, there was the testimony that the student was absent from

22  school. There was no indication as per the notes, that it was

23  exclusive absence from a particular class or particular classes.

1    HEARING OFFICER: So, it's your statements or your

2  representation?

3    MR. PRICE: No sir.  My cross-examination.

4    HEARING OFFICER:  I didn't hear that. I didn't hear the

5  fact that he was not at school at all.  I heard her say he goes

6  to school, he doesn't go to classes.  That's what I heard.  He

7  goes to school, but he was not in classes. And she said the

8  reason he wasn't in classes is based upon the fact of open-space

9  and he gets there and there is no structure, that's what I heard

10 her say.  Is that the review?

11   MR. PRICE: This is the (Inaudible) to review.

12   HEARING OFFICER: Let me see it.

13   MR. PRICE: This is the review of the neuro-psych.

14   HEARING OFFICER: Can I see it?

15   MR. PRICE: Because you had asked me a question --.

16   HEARING OFFICER: I know. I know.  But I'm --.  You can take

17 speed-reading --.

18   MR. PRICE: Actually, I did take speed-reading.

19   HEARING OFFICER: Oh, okay.  It does say clear here, his

20 achievement testing was not commensurate with his cognitive

21 abilities. So that's LD.

22   MR. PRICE: That is --.

23   HEARING OFFICER: That's classic.

1        MR. PRICE: That is not a conclusive determination for it.

2        HEARING OFFICER: All right. All right, Mr. --.

3        MR. PRICE: That is a model.

4        MS. HENSON: Excuse me.

5        HEARING OFFICER: Talk to your counsel, that's what she's

6    here for, tell her what you want to say, and then she'll --.

7        MS. HENSON: (talking in background).

8        HEARING OFFICER: What was it?

9        MS. EKEKWE: She wanted Mr. Price to make a visit at the

10   school to see that it was a hectic place.

11       HEARING OFFICER: Have you been there?

12       MS. EKEKWE: Yes I have.

13       HEARING OFFICER: What is your representation?

14       MS. EKEKWE: My representation is that is an open-space.

15   Every single day that I been there, there has been an incident

16   at the school.

17       HEARING OFFICER: Now did you attend the MDT meeting?

18       MS. EKEKWE: I attended the last MDT meeting, yes, and I

19   have attended most of the meetings, in person. The only meeting

20   I didn't attend in person, was I here in a Hearing that ran

21   over, and I attended by phone sitting in this room.

22       HEARING OFFICER: All right Mr. Price, I'm sorry. I

23   interrupted you when you were concluding your summary. You want

1    to go forward.

2          MR. PRICE: I believe I was at the point where I was

3    discussing the second bite at the apple with respect to --.

4          HEARING OFFICER: With the previous Hearing Officer had

5    done.

6          MR. PRICE: That's correct.

7          HEARING OFFICER: Right.  Go ahead.

8          MR. PRICE:  And there was no subject matter expert

9    information provided to MDT team that would contradict what that

10   team had done in January or again on their testimony – on their

11   recommendations and opinions just a week ago.  The team in each

12   of their meetings was clear that the key in determining whether

13   or not the student placement would be in fact, in appropriate

14   was the student availing himself of the services.  Lastly, there

15   has been no testimony whatsoever with respect to Sunrise's

16   ability to receive the student or (Inaudible).

17         HEARING OFFICER: All right. Thank you very much the Hearing

18   is adjourned.

19         MS. EKEKWE: Thank you.

20