IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARLENE HINSON et al.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**MERRIT EDUCATIONAL CENTER,** )<br>    **et al.** )<br>)<br>**Defendants.** ) | **Civil Action No. 07-0934(CKK)**<br><br>Judge: Hon. Colleen Kollar-Kotelly |

**Parties' Joint Meet and Confer Statement**

Counsel for the parties met and conferred by telephone on November 29, 2007, pursuant to LC v. R 16.5 and respectfully submit the following:

1. This case can be decided by dispositive motion.
2. The parties do not anticipate the need for joining parties.
3. The parties may amend the pleadings.
4. The parties believe that the factual and legal issues can be agreed upon or narrowed within 30 days of the initial scheduling conference.
5. The parties agree that settlement does not seem possible at this time.
6. The parties do not believe that ADR will be beneficial in this case.
7. The parties propose the following schedule:
    a. Defendant filed the administrative record.
    b. Plaintiff will file its Motion for Summary Judgment no later than February 4, 2008.
    c. Defendants will file their Cross Motion for Summary Judgment no later than March 4, 2008.
    d. Plaintiff will file Opposition and Reply no later than April 4, 2008.
    e. Defendants will file their Reply no later than May 4, 2008.

1

8. The parties do not believe there is a need for disclosure under Fed. R. Civ. P. 26(a)(1).
9. Plaintiffs plan to call expert witnesses.
10. The instant case is not a class action.
11. There is no need to bifurcate discovery or trial.
12. The parties do not believe there are any other matters to consider at this time.

Respectfully Submitted,
Law Offices of Olekanma A. Ekekwe, PC

*/s/ Olekanma Ekekwe*_____
Olekanma A. Ekekwe, D.C. Bar# 479967
Attorney for Plaintiffs
1001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
(202) 742-6694 (ph)
(800) 524-2370 (fax)


_/s/marie Markowitz_____
Marie Markowitz, Esq.
Attorney for Defendants
Office of the Attorney General for the District of Columbia
441 4th St., NW
Washington, DC 20001

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARLENE HINSON et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-0934(CKK) |
| v. ) | |
| ) | Judge: Hon. Colleen Kollar- |
| ) | Kotelly |
| **MERRIT EDUCATIONAL CENTER,** ) | |
| **et al.** ) | |
| ) | |
| **Defendants.** ) | |

PROPOSED SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on the _____ day of _____, 2007/2008, it is hereby **ORDERED** that:

1. Plaintiffs shall have until February 4, 2008 to file their Motion for Summary Judgment.

2. Within thirty (30) days of the filing of Plaintiff's Motion for Summary Judgment, Defendant shall file its Opposition and/or Cross Motion for Summary Judgment.

3. Within thirty (30) days of the filing of Defendant's Opposition and/or Cross Motion for Summary Judgment, Plaintiffs shall file their Opposition and/or Response thereto.

4. Defendant shall file its Reply within thirty (30) days of the filing of Plaintiff's Opposition and/or Response to Defendant's Motions.

5. This Schedule shall be modified, where all parties consent, upon a showing of good cause and by leave of Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

_____
**Honorable Colleen Kollar-Kotelly,
U.S. District Court Judge**