IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DARLENE HINSON et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Civil Action No. 07-0934(CKK) |
| v. | ) | |
| | ) | Judge: Hon. Colleen Kollar-Kotelly |
| | ) | |
| **MERRIT EDUCATIONAL CENTER,** et al. | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through Counsel, respectfully move this Honorable Court to grant a Summary Judgment in favor of Plaintiffs. Plaintiffs present that Defendants failed to provide free appropriate public education that is uniquely tailored to meet Plaintiff's individual needs. Defendants' failure to provide free appropriate public education to NH caused Plaintiff NH to suffer irreparable harm for which compensatory education award is an appropriate remedy.

Wherefore, Plaintiffs pray the Honorable Court to deny Defendants' Motion for Summary Judgment and grant this payer for Summary Judgment in favor of Plaintiffs.

Respectfully submitted,
Law Offices of Olekanma A. Ekekwe, PC

  /s/    Olekanma A. Ekekwe
Olekanma A. Ekekwe Bar # 479967
1001 Pennsylvania Avenue NW
Suite 600
Washington DC 20004
202 742-6694 (ph)
1 800 524-2370 (fax)

1

**CERTIFICATE OF SERVICE**

I certify that a copy of the forgoing motion for summary judgment, memorandum of points and authorities and proposed order was served on February 4, 2008 to defendants electronically through court's electronic service to:

Marie Markowitz, Esq.
Attorney for Defendants
Office of the Attorney General for the District of Columbia
441 4th St., NW Washington, DC 20001

                                          /s/   Olekanma A. Ekekwe
                                         Olekanma A. Ekekwe Bar # 479967

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DARLENE HINSON et al.,)
                                )
**Plaintiff,)**
                                )     Civil Action No. 07-0934(CKK)
**V.)**
                                )     Judge: Hon. Colleen Collar-
                                )     Kotelly
**MERRIT EDUCATIONAL CENTER,)**
    **Et al.**                        )
                                )
**Defendants.**               )

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, through Counsel, respectfully move this Honorable Court to grant a Summary Judgment in favor of Plaintiffs. Plaintiffs present that Defendants failed to provide free appropriate public education that is uniquely tailored to meet Plaintiff 's individual needs. Defendants' failure to provide free appropriate public education to NH caused Plaintiff NH to suffer irreparable harm for which compensatory education award is an appropriate remedy.

Wherefore, Plaintiffs pray the Honorable Court to deny Defendants' Motion for Summary Judgment and grant this payer for Summary Judgment in favor of Plaintiffs.

## UNDISPUTED FACT

NH is a thirteen-year-old boy, special education with the classification of multiple disabilities in the area of other health impaired and emotional disturbed. NH is enrolled Merritt Educational center. NH has not received appropriate services since 2005/2006 school years to present.

On November 11, 2005, the parties reached a settlement where DCPS agreed to comprehensively revaluate NH and develop individualize education plan (IEP), issue a notice of placement and provide compensatory services for period of time appropriate services were not provided to student.

DCPS did not complete evaluation. Parent obtained independent evaluation submitted the independent evaluation to requested that DCPS convene multidisciplinary team meeting. DCPS took 14 months from the date of the settlement and 6 months from the date parent submitted evaluation to convene MDT/IEP meeting.

While waiting for DCPS to develop IEP, NH suffered several academic and behavioral difficulties. While waiting for DCPS to develop appropriate IEP, NH was hospitalized at a mental hospital. While waiting for DCPS to develop appropriate IEP, NH has also been suspended several times or sent home without proper interventions

On February 20, 2007, DCPS developed an IEP that Plaintiffs believed were not tailored to meet NH's educational and related service needs. To seek relief Plaintiff filed a due process hearing request. The hearing officer denied the relief that Plaintiff sought. Parent files this appeal to the decision of the hearing officer dated April 25, 2007

## II. DEFENDANTS FAILED TO PROVIDE FREE APPROPRIATE PUBLIC EDUCATION AFTER REACHING A SETTLEMENT WITH PLAINTIFF

Plaintiffs request that this Honorable Court grant the relief sought in this motion for summary judgment. Defendants failed to provide free appropriate public education to plaintiff, NH. Defendant failure to provide appropriate services caused Plaintiff, NH to suffer irreparable harm.

The parties reached a settlement agreement on November 11, 2005. Defendants agreed to evaluate Plaintiff, NH, develop an IEP for NH and provide a notice of placement to an appropriate setting. Defendants did not performed as agreed in the November 11, 2005 settlement. Defendants' failure to perform as agreed under the settlement is a denial of free appropriate public education.

20 U.S.C.A § 1412(a) (1) (A) provides that "free appropriate pubic education is available to all children with disabilities residing in the state.." Moreover, 5 D.C.M.R. § 3002.1 of the local regulation go a step further stating that:

(a) The LEA shall make a free appropriate public education (GFAPE) available to each child with a disability, ages three to twenty-two, who resides in, or is a ward of the District.

    (b)    A child with disability found by the LEA to be eligible for a special education and related services shall remain eligible through the end of the semester he or she turns twenty-two.

**Wherefore**, Plaintiffs pray the Honorable Court to grant this motion for summary judgment and find that Defendants failed to provide free appropriate public education to NH.

### III. DEFENDANTS DENIED PLAINTIFFS FREE APPROPRIATE PUBLIC EDUCATION WHEN DEFENDANTS DID NOT PROVIDE OR ATTEMPT TO PROVIDE APPROPRIATE SERVICES TO PLAINTIFF, NH

On November 11, 2005, the parties agreed that Defendants would perform evaluations, convene multidisciplinary team meeting and develop IEP and provide notice of placement. Defendants failed to conduct evaluations, failed to convene multidisciplinary team meeting, failed to develop appropriate IEP for NH and failed to issue a notice of placement to an appropriate setting for NH. For fourteen months Defendant did not do anything to perform and did not inform parent that they would not perform. Nonetheless, Defendant took 14 months from the date of the settlement and 6 months from the date parent submitted evaluation to convene MDT/IEP meeting.

While waiting for Defendant to develop IEP, NH suffered several academic and behavioral difficulties. While waiting for Defendant to develop appropriate IEP, NH was hospitalized at a mental hospital. While waiting for Defendant to develop appropriate IEP, NH was suspended several times or sent home without proper interventions.

Even after convene the meeting, Defendant failed to provide appropriate placement and services. Defendant placed NH a child with ADHD and learning disability in an open space school where no services were not provide. NH has been suspended several times since the IEP was developed. Defendant did not provide appropriate placement. Defendants' denial of free appropriate public education (FAPE) caused plaintiff, NH to suffer irreparable harm for which compensatory education award is an appropriate remedy.

Plaintiffs present that the 20 U.S.C.A § 1414(a) (1) (A), (B) and (C) and 5 DCMR 3006.5 requires a child with disabilities to be evaluated in all areas of suspected

disabilities, within 60 days of receiving the consent to evaluate. Plaintiffs consented to evaluation on November 11, 2005, Defendants failed to perform a clinical evaluation on Plaintiff, NH.

NH's is classified as a child with multiple-disabilities; specifically Learning disabled and other health impaired.

Wherefore, Plaintiffs pray the Honorable Court to grant Plaintiffs' Motion for Summary Judgment and find that Defendants failed to provide free appropriate public education.

## IV. CONCLUSION

On November 11, 2005, the parties agreed that Defendants would perform evaluations, convene multidisciplinary team meeting and develop IEP and provide notice of placement. Defendants failed to conduct evaluations, failed to convene multidisciplinary team meeting, failed to develop appropriate IEP for NH and failed to issue a notice of placement to an appropriate setting for NH. Defendants' failure to perform denied Plaintiff, NH free appropriate public education. Defendants' denial of free appropriate public education (FAPE) caused plaintiff, NH to suffer irreparable harm for which compensatory education award is an appropriate remedy.

WHEREFORE, Plaintiffs pray the Honorable Court to grant Plaintiffs' Motion for Summary Judgment and find that Defendants failed to provide free appropriate public education.

Plaintiffs pray the Court should Order DCPS to fund NH placement at Cross Creek academy.

Plaintiffs pray the Court should award compensatory education for two years.

Plaintiffs pray the Court to issue an Order awarding court cost, attorneys' fees and cost to Plaintiffs.

Plaintiffs pray the Court to Grant such other and further relief, as this Honorable Court deems proper in the interest of justice.

Respectfully submitted,
Law Offices of Olekanma A. Ekekwe, PC

　/s/    Olekanma A. Ekekwe＿＿＿＿＿＿＿＿
Olekanma A. Ekekwe Bar # 479967

1001 Pennsylvania Avenue NW
Suite 600
Washington DC 20004
202 742-6694 (ph)
1 800 524-2370 (fax)

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARLENE HINSON et al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 07-0934(CKK) |
| v. ) | |
| ) | Judge: Hon. Colleen Kollar- |
| ) | Kotelly |
| **MERRIT EDUCATIONAL CENTER,** ) | |
| et al. ) | |
| ) | |
| **Defendants.** ) | |

ORDER

UPON consideration of Plaintiffs' Motion for Summary Judgment and opposition thereto, it is hereby **ORDERED** that

Plaintiffs' motion for Summary Judgment is **GRANTED**.

It is **FURTHER ORDERED** that DCPS fund placement at Sunrise Academy or Cross Creek School for NH.

**FURTHER ORDERED,** That Plaintiff, NH is award compensatory education for two years.

Plaintiffs be awarded court cost, attorneys' fees and cost to Plaintiffs.

**SO ORDERED.**


Dated _____          _____
                                      **Colleen Kollar - Kotelly**
                                      United States District Judge